# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brian Mart,

           *Plaintiff,*

v.                                                          Case No. 0:20–cv–02074–NEB–BRT

Lynn Blake, et al.,

           *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Tactile Systems Technology, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Daniel C Hedlund
                120 South 6th Street
                Suite 2600
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                                     By:

                                                                                     Kate M. Fogarty, Clerk of Court

Date of Issuance:  September 30, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−02074−NEB−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Tactile Systems Technology, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brian Mart,

          *Plaintiff,*

v.                                                 Case No. 0:20−cv−02074−NEB−BRT

Lynn Blake, et al.,

          *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Gerald R. Mattys

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Daniel C Hedlund
               120 South 6th Street
               Suite 2600
               Mpls, MN
               55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                            By:

                                                                            Kate M. Fogarty, Clerk of Court

Date of Issuance:  September 30, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−02074−NEB−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Gerald R. Mattys

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brian Mart,

*Plaintiff,*

v.                                                                    Case No. 0:20−cv−02074−NEB−BRT

Lynn Blake, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Lynn Blake

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel C Hedlund
> 120 South 6th Street
> Suite 2600
> Mpls, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:   *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  September 30, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:20−cv−02074−NEB−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Lynn Blake

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brian Mart,

      *Plaintiff,*

v.                                         Case No. 0:20–cv–02074–NEB–BRT

Lynn Blake, et al.,

      *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Brent A. Moen

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Daniel C Hedlund
      120 South 6th Street
      Suite 2600
      Mpls, MN
      55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By: *M. Fogarty*

Kate M. Fogarty, Clerk of Court

Date of Issuance:  September 30, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−02074−NEB−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Brent A. Moen

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: