United States District Court                                    DISTRICT OF MINNESOTA

Brian Mart                                                      Court File Number

              Plaintiff,                          0:20-cv-02074

v.

Lynn Blake, et al.

              Defendant,                         **Affidavit of Service**

State of Minnesota     )
                                )
County of Hennepin    )

I, Greg Westerlund, state that on Wednesday, October 7, 2020 at 11:35 AM I served the Summons; Complaint; and Civil Cover Sheet upon Tactile Systems Technology, Inc., therein named, personally at Ste 230, 2345 Rice Street, Roseville, MN 55113, by handing to and leaving with Chris Olund, Agent for Corporation Service Company, authorized to accept service, the Registered Agent for Tactile Systems Technology, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10/7/2020    _____
                               Greg Westerlund, Process Server


*2448576 - 1*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Mart v Blake                        -1-