# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN BLAKE, and BRENT A. MOEN,<br><br>Defendants. | Civ. No. 20-2074 (NEB/BRT)<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Based upon the Stipulation Extending Time To Respond To Complaint (Doc. No. 12) filed by the parties, **IT IS HEREBY ORDERED** that:

1. Defendants are not required to respond to the pending Complaint, whether under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

2. The operative pleading, and the due date for Defendants to respond to that pleading, will be set after the Court appoints a lead plaintiff and lead counsel.

3. After the appointment of a lead plaintiff and lead counsel, the parties shall confer in good faith about a schedule for pleading and motion practice and submit a stipulated proposed schedule to the Court.

4. The Court's Order Setting Pretrial Conference entered on October 13, 2020 (Doc. No. 11) is vacated.

5. The parties must file a joint status report by **December 11, 2020**.

Date:  October 20, 2020.

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge