UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN BLAKE, and BRENT A. MOEN,<br><br>Defendants. | No. 0:20-cv-02074-NEB-BRT<br><br><u>CLASS ACTION</u> |

**MOTION OF BRIAN MART FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

Plaintiff Brian Mart hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for an Order:

1. appointing Mr. Mart as lead plaintiff pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B); and

2. approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel and Gustafson Gluek PLLC as liaison counsel for the class.

This motion is made on the grounds Mr. Mart is the most adequate plaintiff as defined by the PSLRA because he possesses a significant financial interest in this Action, and he otherwise satisfies the requirements of Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the putative class and that he will fairly and adequately represent the interests of the class.

1

This motion is based upon the accompanying Memorandum of Law, the Declaration of Daniel C. Hedlund and exhibits thereto, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED: November 30, 2020

Respectfully submitted,

GUSTAFSON GLUEK PLLC

By: */s/ Daniel C. Hedlund*
    DANIEL C. HEDLUND

Daniel E. Gustafson (202241)
Daniel C. Hedlund (258337)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

Dennis Stewart
GUSTAFSON GLUEK PLLC
600 B Street, Suite 1700
San Diego, CA, 92101
Telephone: (612) 333-8844
dstewart@gustafsongluek.com

*[Proposed] Liaison Counsel*

Reed R. Kathrein
Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP

2

              1301 2nd Avenue, Suite 2000
              Seattle, WA  98101
              steve@hbsslaw.com
              Telephone: (206) 623-7292
              Facsimile:  (206) 623-0594

              *[Proposed] Lead Counsel*

010953-11/1410154 V1