UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN BLAKE, and BRENT A. MOEN,<br><br>Defendants. | No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION |

**NOTICE OF MOTION OF BRIAN MART FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

PLEASE TAKE NOTICE that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), proposed lead plaintiff Brian Mart respectfully moves this Court, in connection with the securities fraud class action lawsuit filed against Tactile Systems Technology, Inc., Gerald R. Mattys, Lynn Blake, and Brent A. Moen, at a date and time to be determined by the Court, for appointment as Lead Plaintiff and for approval of Mr. Mart's selection of the law firm of Hagens Berman Sobol Shapiro LLP to serve as Lead Counsel for the Class, and the law firm of Gustafson Gluek PLLC to serve as Liaison Counsel for the Class.

Mr. Mart is aware of Local Rule 7.1(a)(1)(A), which requires the filing of a Notice of Hearing. At this time, however, Mr. Mart is unaware of the number or names of any

1

other potential lead plaintiff movants. Once the November 30, 2020 filing deadline established by the PSLRA passes and any other moving parties are known, Mr. Mart anticipates contacting the Clerk to arrange a mutually agreeable and appropriate hearing date.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Daniel C. Hedlund and exhibits thereto, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED: November 30, 2020           Respectfully submitted,

GUSTAFSON GLUEK PLLC

By: */s/ Daniel C. Hedlund*
       DANIEL C. HEDLUND

Daniel E. Gustafson (202241)
Daniel C. Hedlund (258337)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

Dennis Stewart
GUSTAFSON GLUEK PLLC
600 B Street, Suite 1700
San Diego, CA, 92101
Telephone: (612) 333-8844
dstewart@gustafsongluek.com

*[Proposed] Liaison Counsel*

Reed R. Kathrein
Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

2

Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*[Proposed] Lead Counsel*