# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**BRIAN MART**

                Plaintiff(s),

vs.                                      Case No. **0:20-cv-02074-NEB-BR**

**TACTILE SYSTEMS
TECHNOLOGY, INC. et al.**

                Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name) **Daniel C. Hedlund**, representing the

(party) **Plaintiff(s)**, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: **Wendy J. Wildung, Esq.** (party/parties or attorney/attorneys you met with)

    On: **November, 30th 2020** (date you met and conferred)

    Discussing the following motion:

    **Motion to Appoint Lead Plaintiff and Approve Selection of Lead and Liaison Counsel.**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☐ Do **not** agree on the resolution of any part of the motion.

✓ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Defendants take no position on the lead plaintiff and lead counsel appointment issues.

Signed this **30th** day of **November, 2020**

Signature of Party

Mailing Address

**GUSTAFSON GLUEK PLLC**
**120 South 6th Street, Suite 2600**
**Minneapolis, MN 55402**

Telephone Number **(612) 333-8844**

Note: All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number. Attach additional sheets of paper as necessary. The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).