UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN BLAKE, and BRENT A. MOEN,<br><br>　　　　　　　　　　　Defendants. | No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION OF BRIAN MART FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered Movant Brian Mart's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel, and good cause appearing therefore, it is hereby ORDERED as follows:

1.　　The Motion is GRANTED;

2.　　The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), hereby appoints Brian Mart as lead plaintiff; and

3.　　Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), lead plaintiff's selection of Hagens Berman Sobol Shapiro LLP as lead counsel, and Gustafson Gluek PLLC as

1

liaison counsel, for the class is approved.

    IT IS SO ORDERED.

    Dated: _____              _____
                                                  NANCY E. BRASEL
                                                U.S. District Court Judge