# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>                          Defendants. | Civ. No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION<br><br>LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION |

I, Carolyn G. Anderson, certify that St. Clair County Employees' Retirement System's Memorandum of Law in Opposition to Competing Lead Plaintiff Motion complies with LR7.1(f).

I further certify that, in preparation of this memorandum, Word 2010 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  The font is 13 point Times New Roman.

I further certify that the above referenced memorandum contains 1,301 words.

DATED:  December 7, 2020   ZIMMERMAN REED LLP
          CAROLYN G. ANDERSON, MN 275712
          JUNE P. HOIDAL, MN 033330X
          BEHDAD C. SADEGHI, MN 393374


          s/ Carolyn G. Anderson
          CAROLYN G. ANDERSON

          1100 IDS Center, 80 South 8th Street
          Minneapolis, MN  55402
          Telephone:  612/341-0400
          612/341-0844 (fax)
          Carolyn.Anderson@zimmreed.com
          June.Hoidal@zimmreed.com
          Behdad.Sadeghi@zimmreed.com

          Local Counsel

- 1 -

4839-9160-0851.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for [Proposed] Lead
Plaintiff

- 2 -