# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:20-cv-02074-NEB-BRT

**Case Title:** Brian Mart v. Tactile Systems Technology, Inc., et al.

### Affidavit of Movant

I, June P. Hoidal, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Ashley M. Price, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify **ONE** specific district to which the attorney is admitted) Southern District of California, but not admitted to the bar of this court, who will be counsel for the X plaintiff ___defendant movant St. Clair County Employees' Retirement System in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

___I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: *June Hoidal*   Date: 12/09/20

MN Attorney License #: 033330X

1

**Affidavit of Proposed Admittee**

I, __Ashley M. Price__, am currently a member in good standing of the U.S. District Court for the (please identify *ONE* specific district to which you are admitted) __Southern District of California__, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _[signature]_  Date: __12/7/2020__

Typed Name: __Ashley M. Price__

Attorney License Number: __281797__ issued by the State of __California__

Federal Bar Number (if you have one): _____

Law Firm Name: __Robbins Geller Rudman & Dowd LLP__

Law Firm Address: __655 West Broadway, Suite 1900__
__San Diego, CA 92101__

Main phone: __(619) 231-1058__  Direct line: (___)_____

E-mail address: __APrice@rgrdlaw.com__

2