# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRIAN MART, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s)

v.

TACTILE SYSTEMS TECHNOLOGY, INC. et al.

Defendant(s)

LR 7.1(f) & LR 72.2(d)
**CERTIFICATE OF COMPLIANCE**

Case Number: 0:20-cv-02074-NEB-BRT

I, Daniel C. Hedlund *[name of filer]*, certify that the

[✓] Memorandum titled: Brian Mart's Memorandum of Law in Opposition to the Competing Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead and Liaison Counsel complies with Local Rule 7.1(f).

or

[ ] Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

[✓] Used the following word processing program and version: Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

[ ] Counted the words in the document.

I further certify that the above document contains the following number of words: 2,191

Date: 12/14/2020

s/ Daniel C. Hedlund
Name DANIEL C. HEDLUND

Address 1 120 South 6th Street, Suite 2600
Address 2 Minneapolis, MN 55402
Phone    612-333-8844
Email    dhedlund@gustafsongluek.com
Bar ID   258337