UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN BLAKE, and BRENT A. MOEN,<br><br>　　　　　　　　Defendants. | No. 0:20-cv-02074-NEB-BRT |

**WITHDRAWAL OF BRIAN MART'S OPPOSITION TO COMPETING MOTION OF ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL</u>**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that class movant Brian Mart ("Movant") withdraws his opposition with respect to the competing motion of St. Clair County Employees' Retirement System in the above-captioned action for appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

By this notice, Movant does not waive his right to participate and recover as a class member or ability to act, if so needed, as a representative plaintiff. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises. Movant's counsel will continue to work in the case at the direction of lead counsel.

DATED: December 21, 2020　　　　　　Respectfully submitted,

1

GUSTAFSON GLUEK PLLC

By: */s/ Daniel C. Hedlund*
     DANIEL C. HEDLUND

Daniel E. Gustafson (202241)
Daniel C. Hedlund (258337)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

Dennis Stewart
GUSTAFSON GLUEK PLLC
600 B Street, Suite 1700
San Diego, CA,  92101
Telephone: (612) 333-8844
dstewart@gustafsongluek.com

*[Proposed] Liaison Counsel*

Reed R. Kathrein
Lucas E. Gilmore (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA  98101
steve@hbsslaw.com
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

*[Proposed] Lead Counsel*

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.