UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>    Defendants. | Civ. No. 20-2074 (NEB/BRT)<br><br>**ORDER EXTENDING DEADLINES TO FILE AN AMENDED COMPLAINT AND RESPOND THERETO** |

Based upon the Joint Stipulation to Extend Deadlines to File an Amended Complaint and Respond Thereto filed by the parties on March 26, 2021 (Doc. No. 46),

**IT IS HEREBY ORDERED** that:

1. Lead Plaintiff shall file and serve its Amended Complaint by **April 19, 2021**.

2. Defendants shall file and serve their motion or motions to dismiss or otherwise respond to the Amended Complaint by **June 18, 2021**.

3. Lead Plaintiff shall file and serve its opposition or oppositions to Defendants' motion or motions to dismiss, if any, by **August 18, 2021**.

4. Defendants shall file and serve their replies to Lead Plaintiff's opposition or oppositions, if any, by **September 22, 2021**.

DATED: March 26, 2021         _s/ Becky R. Thorson_____
                              BECKY R. THORSON
                              United States Magistrate Judge