# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Brian Mart, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tactile Systems Technology, Inc., et al.,<br><br>Defendants. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:         20-2074 NEB/BRT<br>Date:             May 4, 2021<br>Time Commenced: 10:00 am<br>Time Concluded:  10:30 am<br>Time in Court:    30 Minutes |

Hearing on: **STATUS CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Daniel C. Hedlund, Lucas Gilmore, June Pineda Hoidal, Ashley M. Price, Jessica Schinnefield

    Defendants:    Matthew B. Kilby, Wendy Jo Wildung

**PROCEEDINGS:**

    X    Via Phone

**Other Remarks:**

Telephone status conference regarding Letter Request at Docket No. 52 held.

 

*s/ MSK*
Courtroom Deputy/Judicial Assistant