**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al,<br><br>    Defendants. | File No. 0:20-cv-02074-NEB-BRT<br><br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Wendy J. Wildung, certify that Defendants' Memorandum in Support of Their Motion to Dismiss complies with the requirements of Local Rule 7.1(f) and 7.1(h).  I certify that the Memorandum of Law contains 11,792 words.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count.

Date:  June 18, 2021.

**FAEGRE DRINKER BIDDLE & REATH LLP**

 /s/ *Wendy J. Wildung*
Wendy J. Wildung (#117055)
Matthew Kilby (#0335083)
Anderson C. Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
wendy.wildung@faegredrinker.com
matthew.kilby@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Attorneys for Defendants*

1