**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TACTILE SYSTEMS TECHNOLOGY, INC., et al. <br><br> Defendants. | ) Civ. No. 0:20-cv-02074-NEB-BRT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF WENDY J. WILDUNG**
**IN SUPPORT OF DEFENDANTS' MEMORANDUM OF**
**LAW IN SUPPORT OF MOTION TO DISMISS**

**Wendy J. Wildung** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.      I submit this declaration in support of Defendants' Memorandum of Law in Support of Motion to Dismiss in the above action.  The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.      I am an attorney at Faegre Drinker Biddle & Reath LLP in Minneapolis, Minnesota.  I am one of the attorneys representing Defendants in the action.

3.      Attached hereto as the exhibits stated are true and correct copies of the following documents:

1

| Exhibit | Description |
|---|---|
| 1 | Docket of *Qui Tam* Lawsuit |
| 2 | Chart Comparing Amended Complaint's Allegations to *Qui Tam* Suit's Allegations |
| 3 | OSS Short Seller Report dated June 8, 2020 |
| 4 | OSS Short Seller Report dated December 10, 2020 |
| 5 | Chart Showing Tactile's Stock Price Over Class Period |
| 6 | Chart Summarizing Individual Defendants' Stock Sales |
| 7 | Gerald Mattys Form 4 dated February 19, 2019 |
| 8 | "Health and Economic Benefits of Advanced Pneumatic Compression Devices in Patients with Phlebolymphedema," by Thomas O'Donnell, et al., from the February 2019 edition of the *Journal of Vascular Surgery* |
| 9 | "The Clinical Characteristics of Lower Extremity Lymphedema in 440 Patients," by Steven M. Dean, et al., from the September 2020 edition of the *Journal of Vascular Surgery* |
| 10 | 1Q2018 Press Release dated May 7, 2018 |
| 11 | 1Q2018 Earnings Call Transcript dated May 7, 2018 |
| 12 | 1Q2018 Form 10-Q dated May 7, 2018 |
| 13 | 2Q2018 Press Release dated August 6, 2018 |
| 14 | 2Q2018 Earnings Call Transcript dated August 6, 2018 |
| 15 | 2Q2018 Form 10-Q dated August 6, 2018 |
| 16 | 3Q2018 Press Release dated November 5, 2018 |
| 17 | 3Q2018 Earnings Call Transcript dated November 5, 2018 |
| 18 | 3Q2018 Form 10-Q dated November 5, 2018 |

| Exhibit | Description |
|---|---|
| 19 | 4Q2018 Press Release dated January 7, 2019 |
| 20 | 4Q2018 and FY2018 Press Release dated February 28, 2019 |
| 21 | 4Q2018 and FY2018 Earnings Call Transcript dated February 28, 2019 |
| 22 | FY2018 Form 10-K dated February 28, 2019 |
| 23 | 1Q2019 Press Release dated May 6, 2019 |
| 24 | 1Q2019 Earnings Call Transcript dated May 6, 2019 |
| 25 | 1Q2019 Form 10-Q dated May 6, 2019 |
| 26 | 2Q2019 Press Release dated August 5, 2019 |
| 27 | 2Q2019 Earnings Call Transcript dated August 5, 2019 |
| 28 | 2Q2019 Form 10-Q dated August 5, 2019 |
| 29 | 3Q2019 Press Release dated November 4, 2019 |
| 30 | 3Q2019 Earnings Call Transcript dated November 4, 2019 |
| 31 | 3Q2019 Form 10-Q dated November 4, 2019 |
| 32 | 4Q2019 Press Release dated January 13, 2020 |
| 33 | 4Q2019 and FY2019 Press Release dated February 26, 2020 |
| 34 | 4Q2019 and FY2019 Earnings Call Transcript dated February 26, 2020 |
| 35 | FY2019 10-K dated February 26, 2020 |
| 36 | 1Q2020 Press Release dated April 6, 2020 |
| 37 | 1Q2020 Press Release dated May 4, 2020 |
| 38 | 1Q2020 Earnings Call Transcript dated May 4, 2020 |

| Exhibit | Description |
| --- | --- |
| 39 | FY2020 10-K dated February 23, 2021 |
| 40 | 1Q2021 10-Q dated May 3, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2021.                    /s/ Wendy J. Wildung
                                         Wendy J. Wildung