# EXHIBIT 1

UA

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:18–cv–02871

Veterans First Medical Supply LLC, ex rel. v. Tactile Medical systems Technology Inc
Assigned to: Judge George C Hanks, Jr
Cause: 31:3730 Qui Tam False Claims Act

Date Filed: 08/20/2018
Jury Demand: Both
Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a))
Jurisdiction: Federal Question

**Plaintiff**

**Veterans First Medical Supply LLC**
*ex rel.*

represented by **J Mark Brewer**
Brewer & Pritchard P.C.
800 Bering Dr.
Suite 201
Houston, TX 77057
713–209–2950
Email: brewer@bplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny W Carter**
Susman Godfrey LLP
1000 Louisiana
Ste 5100
Houston, TX 77002
713–653–7818
Fax: 713–654–6666
Email: jcarter@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidd Rao**
Shellist Lazarz Slobin LLP
11 Greenway Plaza
Suite 1515
Houston, TX 77046
713–621–2277
Email: srao@eeoc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Armstead Charlton Lewis**
Susman Godfrey LLP
1000 Louisiana St.
Ste. 5100
Houston, TX 77002
713–651–9366
Email: alewis@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Michael Todd Slobin**
Shellist Lazarz et al
11 Greenway Plaza
Ste 1515
Houston, TX 77046
713–621–2277
Email: tslobin@eeoc.net
*ATTORNEY TO BE NOTICED*

**Richard Wolf Hess**
Susman Godfrey LLP

1000 Louisiana St
Ste 5100
Houston, TX 77002
713–653–7858
Fax: 713–654–6677
Email: rhess@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Sean Ryan Buckley**
Sean Buckley, P.L.L.C.
770 South Post Oak Ln
Ste 620
Houston, TX 77056
713–380–1220
Fax: 713–552–0746
Email: sean@seanbuckleyattorney.com
*TERMINATED: 04/20/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**United States of America**     represented by **Melissa Michelle Green**
United States Attorney's Office
1000 Louisiana Street
Suite 2300
Houston, TX 77002
713–567–9000
Email: melissa.green@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tactile Medical Systems Technology, Inc.**     represented by **Brian Scott McBride**
*doing business as*     Morgan, Lewis & Bockius LLP
Tactile Medical     1000 Louisiana Street
Suite 4000
Houston, TX 77002–5005
(713) 890–5744
Fax: (713) 890–5001
Email: scott.mcbride@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Williams Petrelli**
Morgan Lewis et al
1000 Louisiana
Ste 4000
Houston, TX 77002
713–890–5474
Email: john.petrelli@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alethea M. Huyser**
Fredrickson & Byron PA
200 S 6th St.
Suite 4000
Minneapolis, MN 55402
612–492–7103
Email: ahuyser@fredlaw.com
*ATTORNEY TO BE NOTICED*

**David M Glaser**
Fredrickson & Byron, P.A.
200 South Sixth St
Ste 4000
Minneapolis, MN 55402
612–492–7143
Email: dglaser@fredlaw.com
*ATTORNEY TO BE NOTICED*

**Kevin C Riach**
The Law Office of Kevin C. Riach, P.L.L.C.
PO Box 270815
Vadnais Heights, MN 55127
612–203–8555
Email: kevin@riachdefense.com

**Interested Party**

**DO Vinay Satwah**                    represented by   **Jason M Storck**
                                                        Wilson Sonsini et al
                                                        900 S Capital of Texas Hwy
                                                        Austin, TX 78746
                                                        512–338–5435
                                                        Email: jstorck@wsgr.com
                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Tactile Medical Systems Technology, Inc.**    represented by   **Brian Scott McBride**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Alethea M. Huyser**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David M Glaser**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kevin C Riach**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**United States of America**          represented by   **Melissa Michelle Green**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Veterans First Medical Supply LLC**    represented by   **J Mark Brewer**
*ex rel.*                                                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sidd Rao**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Johnny W Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Todd Slobin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Wolf Hess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ryan Buckley**
(See above for address)
*TERMINATED: 04/20/2021*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2018 | 1 | COMPLAINT against Tactile Medical Systems Technology, Inc. filed by Veterans First Medical Supply LLC. (MarcelleLaBee, 4) (Entered: 08/20/2018) |
| 01/22/2019 | 5 | NOTICE of Election to Decline Intervention by United States of America, filed. (Attachments: # 1 Proposed Order) (MarcelleLaBee, 4) (Entered: 01/22/2019) |
| 01/23/2019 | 6 | AMENDED COMPLAINT with Jury Demand against Tactile Medical Systems Technology, Inc. filed by Veterans First Medical Supply LLC. Related document: 1 Complaint filed by Veterans First Medical Supply LLC. (MarcelleLaBee, 4) (Entered: 01/24/2019) |
| 02/13/2019 | 9 | Second AMENDED COMPLAINT with Jury Demand against Tactile Medical Systems Technology, Inc. filed by Veterans First Medical Supply LLC. Related document: 6 Amended Complaint/Counterclaim/Crossclaim etc. filed by Veterans First Medical Supply LLC. (MarcelleLaBee, 4) (Entered: 02/14/2019) |
| 03/13/2019 | 15 | Second AMENDED COMPLAINT with Jury Demand against Tactile Medical Systems Technology, Inc. filed by Veterans First Medical Supply LLC. (MarcelleLaBee, 4) (Entered: 03/14/2019) |
| 04/05/2019 | 17 | MOTION for Kevin C. Riach to Appear Pro Hac Vice by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 4/26/2019. (McBride, Brian) (Entered: 04/05/2019) |
| 04/05/2019 | 18 | MOTION for David Glaser to Appear Pro Hac Vice by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 4/26/2019. (McBride, Brian) (Entered: 04/05/2019) |
| 04/05/2019 | 19 | ORDER granting 17 Motion for Kevin C. Riach to Appear Pro Hac Vice for Tactile Systems Technology, Inc.(Signed by Judge Lynn N Hughes) Parties notified.(sanderson, 4) (Entered: 04/05/2019) |
| 04/05/2019 | 20 | ORDER granting 18 Motion for David M. Glaser to Appear Pro Hac Vice for Tactile Medical Systems Technology, Inc.(Signed by Judge Lynn N Hughes) Parties notified.(sanderson, 4) (Entered: 04/05/2019) |
| 04/05/2019 | 21 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Under Rules 12(b)(6) and 9(b)* by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 4/26/2019. (Attachments: # 1 Proposed Order Proposed Order)(McBride, Brian) (Entered: 04/05/2019) |
| 04/09/2019 | 22 | Order Resetting Conference. Initial Conference reset for 4/18/2019 at 03:00 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 04/09/2019) |
| 04/15/2019 | 23 | Joint MOTION for Continuance of Pre–Trial Conference by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 5/6/2019. (Attachments: # 1 Proposed |

| | | Order)(McBride, Brian) (Entered: 04/15/2019) |
|---|---|---|
| 04/15/2019 | 24 | Order Resetting Conference terminating 23 . Initial Conference reset for 5/10/2019 at 02:00 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 04/15/2019) |
| 04/16/2019 | 25 | Unopposed MOTION for Extension of Time To Respond to Defendant's Motion to Dismiss by Veterans First Medical Supply LLC, filed. Motion Docket Date 5/7/2019. (Attachments: # 1 Proposed Order)(Rao, Sidd) (Entered: 04/16/2019) |
| 04/16/2019 | 26 | ORDER on Extension. By 5/17/2019, Veterans First Medical Supply may respond to the motion to dismiss 25 . Internal review set for 5/20/2019. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 04/18/2019) |
| 05/09/2019 | 27 | Unopposed MOTION for Continuance of Pre–Trial Conference by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 5/30/2019. (Attachments: # 1 Proposed Order)(McBride, Brian) (Entered: 05/09/2019) |
| 05/09/2019 | 28 | Order Resetting Conference terminating 27 . Initial Conference reset for 6/11/2019 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 05/09/2019) |
| 05/17/2019 | 29 | RESPONSE in Opposition to 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Under Rules 12(b)(6) and 9(b)*, filed by Veterans First Medical Supply LLC. (Attachments: # 1 Proposed Order)(Rao, Sidd) (Entered: 05/17/2019) |
| 05/24/2019 | 30 | REPLY in Support of 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Under Rules 12(b)(6) and 9(b)*, filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 05/24/2019) |
| 06/07/2019 | 31 | Order Resetting Conference. Pretrial Conference reset for 6/11/2019 at 03:30 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2019) |
| 06/10/2019 | 32 | NOTICE of Appearance by Sean Buckley on behalf of Veterans First Medical Supply LLC, filed. (Buckley, Sean) (Entered: 06/10/2019) |
| 06/11/2019 | 33 | Minute Entry for proceedings held before Judge Lynn N Hughes. PRETRIAL CONFERENCE held on 6/11/2019. The Motion to Dismiss 21 is taken under advisement. Appearances: Todd Slobin, John Petrelli, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Sidd Rao, and Sean Ryan Buckley. (Court Reporter: Alcaraz), filed. (wbostic, 4) (Entered: 06/12/2019) |
| 09/03/2019 | 34 | NOTICE of Reassignment to Judge George C Hanks, Jr, pursuant to Special Order No. 2019–3. Deadlines in scheduling orders remain in effect, and all court settings are vacated. Judge Lynn N Hughes no longer assigned to the case. Parties notified, filed. (ndiaz, 4) (Entered: 09/03/2019) |
| 10/25/2019 | 35 | NOTICE of Setting. Parties notified. Scheduling Conference set for 11/13/2019 at 10:00 AM in Courtroom 600 in Houston before Judge George C Hanks Jr, filed. (jegonzalez, 3) (Entered: 10/25/2019) |
| 11/12/2019 | 36 | NOTICE of Resetting. Parties notified. Scheduling Conference RESET for 11/18/2019 at 02:00 PM in Courtroom 600 in Houston before Judge George C Hanks Jr, filed. (jegonzalez, 3) (Entered: 11/12/2019) |
| 11/13/2019 | 37 | Unopposed MOTION to Reset Status Conference by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 12/4/2019. (Attachments: # 1 Proposed Order)(McBride, Brian) (Entered: 11/13/2019) |
| 11/14/2019 | 38 | ORDER granting 37 Motion to Reset Status Conference reset for 12/2/2019 at 10:00 AM in Courtroom 600 in Houston before Judge George C Hanks Jr.(Signed by Judge George C Hanks, Jr) Parties notified.(gkelner, 4) (Entered: 11/14/2019) |
| 11/20/2019 | 39 | NOTICE of Resetting. Parties notified.( Scheduling Conference RESET for 12/2/2019 at 10:15 AM by telephone before Judge George C Hanks Jr), filed. Dial in Number: 713–250–5746, Conference ID: 45746#, Password: 42657# (jegonzalez, 3) (Entered: 11/20/2019) |

| | | |
|---|---|---|
| 12/02/2019 | 40 | Minute Entry for proceedings held before Judge George C Hanks, Jr. SCHEDULING CONFERENCE held on 12/2/2019. Notice of Compliance due by 12/16/2019 – parties to submit a joint proposed docket control order. Appearances: Brian Scott McBride, Kevin C Riach, Michael Todd Slobin, J Mark Brewer, Sidd Rao.(Digital # 10:25–10:51)(ERO:Yes), filed.(SusanGram, 3) (Entered: 12/03/2019) |
| 12/16/2019 | 41 | Joint PROPOSED ORDER *Joint Proposed Docket Control Order*, filed.(McBride, Brian) (Entered: 12/16/2019) |
| 01/15/2020 | 42 | SCHEDULING ORDER. Trial Term: April / May 2021. ETT: 10 days. Jury. Amended Pleadings due by 2/21/2020. Joinder of Parties due by 2/21/2020 Pltf Expert Report due by 6/30/2020. Deft Expert Report due by 7/28/2020. Discovery due by 11/30/2020. Dispositive Motion Filing due by 12/18/2020. Non–Dispositive Motion Filing due by 1/11/2021. Joint Pretrial Order due by 2/26/2021. Docket Call set for 3/5/2021 at 03:00 PM in Courtroom 600 in Houston before Judge George C Hanks Jr(Signed by Judge George C Hanks, Jr) Parties notified.(jegonzalez, 4) (Entered: 01/15/2020) |
| 02/20/2020 | 43 | Joint Letter to The Honorable George C. Hanks, Jr. regarding Stay Dispute by Tactile Medical Systems Technology, Inc., filed.(McBride, Brian) (Entered: 02/20/2020) |
| 02/21/2020 | 44 | ORDER denying 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Under Rules 12(b)(6) and 9(b)* (Signed by Judge George C Hanks, Jr) Parties notified.(olindor, 4) (Entered: 02/21/2020) |
| 03/06/2020 | 45 | ANSWER to 15 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand, COUNTERCLAIM against VFMS by Tactile Medical Systems Technology, Inc., filed.(McBride, Brian) Modified on 3/24/2020 (ckrus, 4). (Entered: 03/06/2020) |
| 04/17/2020 | 46 | Joint MOTION for Entry of Order re: Joint Motion for Entry of Stipulated Protective Orders by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 5/8/2020. (Attachments: # 1 Proposed Order Exhibit A – Proposed Protective Order, # 2 Proposed Order Exhibit B – Proposed Clawback Order)(McBride, Brian) (Entered: 04/17/2020) |
| 04/22/2020 | 47 | PROTECTIVE ORDER granting 46 Motion for Entry of Order.(Signed by Judge George C Hanks, Jr) Parties notified.(SusanGram, 3) (Entered: 04/22/2020) |
| 04/22/2020 | 48 | PROTECTIVE ORDER REGARDING PRIVILEGE PURSUANT TO FED. R. EVID. 502(d). (Signed by Judge George C Hanks, Jr) Parties notified.(SusanGram, 3) (Entered: 04/22/2020) |
| 04/27/2020 | 49 | REQUEST for pre–motion conference, filed.(Brewer, J) (Entered: 04/27/2020) |
| 04/29/2020 | 50 | NOTICE of Setting as to 49 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference for 4/30/2020 at 11:30 AM by telephone before Judge George C Hanks Jr, filed. (jegonzalez, 4) (Entered: 04/29/2020) |
| 04/29/2020 | 51 | Letter to Honorable George C. Hanks, Jr. from Counsel for Tactile Systems Technology, Inc. re Response to VFMS 4/27/2020 Pre–Motion Letter Under Rule 6(b) of the Court's Procedures by Tactile Medical Systems Technology, Inc., filed.(Petrelli, John) (Entered: 04/29/2020) |
| 04/30/2020 | 53 | Minute Entry for proceedings held before Judge George C Hanks, Jr. PRE–MOTION CONFERENCE held on 4/30/2020 approving 49 REQUEST for pre–motion conference Counter–defendant Veterans First may file a motion to dismiss by May 7, 2020. Counter–plaintiff Tactile Medical may request leave to amend its counterclaims within seven days of the date on which Veterans First files its motion. If leave is not requested, Tactile Medical may file a response to Veterans Firsts motion within 21 days of the date on which Veterans First files its motion. If Tactile Medical files a response brief, Veterans First may file a reply brief within seven days of the date on which Tactile Medical files its response. The parties will file a proposed order by the close of business on May 1, 2020 memorializing the extensions for responsive pleadings discussed on the record. Appearances: John Williams Petrelli, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Sidd Rao, Michael Todd Slobin.(Court Reporter: K. Metzger)(Digital # 11:31 – 11:49), filed.(SusanGram, 3) (Entered: 05/01/2020) |

| | | |
|---|---|---|
| 05/01/2020 | 52 | PROPOSED ORDER *Setting Briefing Schedule for Motion to Dismiss Tactile's Counterclaim* re: 49 REQUEST for pre–motion conference, 51 Document, 50 Notice of Setting, filed. (Attachments: # 1 Proposed Order Proposed Order)(Brewer, J) (Entered: 05/01/2020) |
| 05/04/2020 | 54 | ORDER After considering the parties pre–motion letters and holding a telephonic conference on April 30, 2020, the Court enters the following briefing schedule: Veterans First shall file its motion to dismiss the counterclaims on or before Thursday, May 7, 2020. Tactile Systems shall notify the Court and counsel if it wishes to amend its counterclaims on or before Thursday, May 14, 2020. Tactile Systems shall file any amendment to the counterclaims on or before Thursday,May 21, 2020. Tactile Systems shall file any response to the motion to dismiss the counterclaims on or before Thursday, May 28, 2020. Veterans First shall file any reply to the response of Tactile Systems on or before Thursday, June 4, 2020. If the Court does not dismiss Tactile System's counterclaims, Veterans First shall file its Answer to the counterclaims by the date set forth in the Court's order announcingsame.(Signed by Judge George C Hanks, Jr) Parties notified.(SusanGram, 3) (Entered: 05/04/2020) |
| 05/07/2020 | 55 | MOTION to Dismiss 45 Answer to Amended Complaint, Counterclaim by Veterans First Medical Supply LLC, filed. Motion Docket Date 5/28/2020. (Attachments: # 1 Proposed Order Proposed Order)(Brewer, J) (Entered: 05/07/2020) |
| 05/28/2020 | 56 | RESPONSE in Opposition to 55 MOTION to Dismiss 45 Answer to Amended Complaint, Counterclaim , filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 05/28/2020) |
| 06/04/2020 | 57 | REPLY in Support of 55 MOTION to Dismiss 45 Answer to Amended Complaint, Counterclaim , filed by Veterans First Medical Supply LLC. (Brewer, J) (Entered: 06/04/2020) |
| 08/17/2020 | 58 | REQUEST for pre–motion conference, filed.(Riach, Kevin) (Entered: 08/17/2020) |
| 08/18/2020 | 59 | NOTICE of Setting re: 58 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference set for 9/1/2020 at 10:45 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 08/18/2020) |
| 08/28/2020 | 60 | STIPULATION re: Stipulation to Amend Docket Control Order by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Proposed Order)(McBride, Brian) (Entered: 08/28/2020) |
| 08/31/2020 | 61 | RESPONSE *to Defendant's August 17, 2020 pre–motion letter to the Court*, filed by Veterans First Medical Supply LLC. (Rao, Sidd) (Entered: 08/31/2020) |
| 09/01/2020 | 62 | Minute Entry for proceedings held before Judge George C Hanks, Jr. PRE–MOTION CONFERENCE held on 9/1/2020 re: 58 REQUEST for pre–motion conference. Tactile is to file a letter outlining the allegations against Dr. Fife that it wants to strike at the close of business on 9/3/2020. Veterans First will file a letter by close of business 9/7/2020. Tactile's motion for summary judgement by close of business 9/8/2020. 60 Joint request to amended docket control order is granted in part.( Docket Call set for 4/9/2021 at 03:00 PM in Courtroom 600 in Houston before Judge George C Hanks Jr. Trial Term: May 2021. Status Conference set for 10/1/2020 at 10:45 AM in by video before Judge George C Hanks Jr). Appearances: John Williams Petrelli, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Sidd Rao, Michael Todd Slobin.(Court Reporter: N. Forrest)(Tape #10:53–11:28), filed.(gclair, 4) (Entered: 09/02/2020) |
| 09/03/2020 | 63 | September 3, 2020 Letter to Sidd Rao by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit A – Declaration of Dr. Fife)(McBride, Brian) (Entered: 09/03/2020) |
| 09/03/2020 | 64 | Amended PROPOSED ORDER *Amended Docket Control Order*, filed.(McBride, Brian) (Entered: 09/03/2020) |
| 09/04/2020 | 65 | AMENDED DOCKET CONTROL ORDER. Pltf Expert Witness List due by 9/28/2020. Pltf Expert Report due by 9/28/2020. Deft Expert Witness List due by 10/26/2020. Deft Expert Report due by 10/26/2020. Discovery due by 2/28/2021. Dispositive Motion Filing due by 3/5/2021. Joint Pretrial Order due by 4/2/2021. Docket Call set for 4/9/2021 at 03:00 PM in Courtroom 600 in Houston before Judge |

| | | George C Hanks Jr(Signed by Judge George C Hanks, Jr) Parties notified.(jguajardo, 4) (Entered: 09/04/2020) |
|---|---|---|
| 09/07/2020 | 66 | Response Letter to Kevin C. Riach's September 3, 2020 Letter by Veterans First Medical Supply LLC, filed.(Rao, Sidd) (Entered: 09/07/2020) |
| 09/08/2020 | 67 | MOTION for Partial Summary Judgment by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 9/29/2020. (Attachments: # 1 Exhibit 1 – Declaration of S. Hoy)(McBride, Brian) (Entered: 09/08/2020) |
| 09/29/2020 | 68 | RESPONSE in Opposition to 67 MOTION for Partial Summary Judgment , filed by Veterans First Medical Supply LLC. (Attachments: # 1 Proposed Order Proposed Order)(Brewer, J) (Entered: 09/29/2020) |
| 09/29/2020 | 69 | SEALED EXHIBITS re: 68 Response in Opposition to Motion by Veterans First Medical Supply LLC, filed. (Attachments: # 1 Exhibit A – Expert Report of Thomas Suehs SEALED, # 2 Exhibit B – Expert Report of Cynthia Brock SEALED) (Brewer, J) (Entered: 09/29/2020) |
| 10/01/2020 | 70 | Minute Entry for proceedings held before Judge George C Hanks, Jr. STATUS CONFERENCE held on 10/1/2020. Amended Complaint removing the allegations against Dr. Fife due by 10/8/2020. Parties will confer on discovery issues and contact the Court if additional conferences are needed. Appearances: John Williams Petrelli, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Sidd Rao, Michael Todd Slobin.(Court Reporter: M. Malone)(Tape #11:04–11:17), filed.(gclair, 4) (Entered: 10/02/2020) |
| 10/06/2020 | 71 | Third AMENDED COMPLAINT with Jury Demand against Tactile Medical Systems Technology, Inc. filed by Veterans First Medical Supply LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Brewer, J) (Entered: 10/06/2020) |
| 10/06/2020 | 72 | REPLY in Support of 67 MOTION for Partial Summary Judgment , filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 10/06/2020) |
| 11/18/2020 | 73 | REQUEST for pre–motion conference, filed.(Brewer, J) (Entered: 11/18/2020) |
| 11/19/2020 | 74 | NOTICE of Setting re: 73 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference set for 11/20/2020 at 11:30 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 11/19/2020) |
| 11/20/2020 | 75 | Response to Relator's November 18, 2020 Pre–Motion Letter by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(McBride, Brian) (Entered: 11/20/2020) |
| 11/20/2020 | 76 | Minute Entry for proceedings held before Judge George C Hanks, Jr. DISCOVERY HEARING held on 11/20/2020 re: 73 REQUEST for pre–motion conference. Tactile's expert disclosures may be served by midnight on 11/23/20. Appearances:Sarah Husbands, Robert Mitchell. John Williams Petrelli, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Michael Todd Slobin.(Tape #11:34–12:05)(ERO:yes), filed.(gclair, 4) (Entered: 11/23/2020) |
| 12/14/2020 | 77 | Unopposed MOTION to Withdraw as Counsel by Veterans First Medical Supply LLC, filed. Motion Docket Date 1/4/2021. (Attachments: # 1 Proposed Order)(Rao, Sidd) (Entered: 12/14/2020) |
| 12/15/2020 | 78 | ORDER Granting 77 Unopposed Motion to Withdraw.(Signed by Judge George C Hanks, Jr) Parties notified.(jguajardo, 4) (Entered: 12/15/2020) |
| 12/16/2020 | 79 | REQUEST for pre–motion conference, filed.(Brewer, J) (Entered: 12/16/2020) |
| 12/18/2020 | 80 | ORDER re: 79 Request for Pre–Motion Conference.(Signed by Judge George C Hanks, Jr) Parties notified.(ShoshanaArnow, 4) (Entered: 12/21/2020) |
| 01/02/2021 | 81 | MOTION for Partial Summary Judgment *for Anti–Kickback Violations (Count 1)* by Veterans First Medical Supply LLC, filed. Motion Docket Date 1/25/2021. (Attachments: # 1 Appendix Exhibit List, # 2 Appendix Declaration of J. Mark Brewer, # 3 Exhibit Ex 1, # 4 Exhibit Ex 4, # 5 Exhibit Ex 5, # 6 Exhibit Ex 7, # 7 |

| | | |
|---|---|---|
| | | Exhibit Ex 13, # 8 Exhibit Ex 17, # 9 Exhibit Ex 18, # 10 Exhibit Ex 25, # 11 Exhibit Ex 26, # 12 Exhibit Ex 28, # 13 Exhibit Ex 31, # 14 Exhibit Ex 32, # 15 Exhibit Ex 33, # 16 Exhibit Ex 34, # 17 Exhibit Ex 35, # 18 Exhibit Ex 36, # 19 Exhibit Ex 37, # 20 Exhibit Ex 38, # 21 Exhibit Ex 39, # 22 Exhibit Ex 40, # 23 Exhibit Ex 41, # 24 Exhibit Ex 42, # 25 Exhibit Ex 43)(Brewer, J) (Entered: 01/02/2021) |
| 01/02/2021 | 82 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1)* by Veterans First Medical Supply LLC, filed. (Attachments: # 1 Exhibit Ex 2, # 2 Exhibit Ex 3, # 3 Exhibit Ex 6, # 4 Exhibit Ex 8, # 5 Exhibit Ex 9, # 6 Exhibit Ex 10, # 7 Exhibit Ex 11, # 8 Exhibit Ex 12, # 9 Exhibit Ex 14, # 10 Exhibit Ex 15, # 11 Exhibit Ex 16, # 12 Exhibit Ex 17−A, # 13 Exhibit Ex 18−A, # 14 Exhibit Ex 19, # 15 Exhibit Ex 20, # 16 Exhibit Ex 21, # 17 Exhibit Ex 22, # 18 Exhibit Ex 23−A, # 19 Exhibit Ex 24, # 20 Exhibit Ex 27, # 21 Exhibit Ex 28−A, # 22 Exhibit Ex 29, # 23 Exhibit Ex 30, # 24 Exhibit Ex 36−A, # 25 Exhibit Ex 37−A, # 26 Exhibit Ex 38−A, # 27 Exhibit Ex 44) (Brewer, J) (Entered: 01/02/2021) |
| 01/14/2021 | 83 | MOTION to Quash Subpoena to Produce Documents, Information or Objects by Bio Compression Systems, Inc., filed. Motion Docket Date 2/4/2021. (Walker, James) (Entered: 01/14/2021) |
| 01/15/2021 | 84 | ORDER Striking Document re: 83 MOTION to Quash Subpoena to Produce Documents, Information or Objects. The motion does not comply with the Courts Procedures section 6(E) regarding discovery and scheduling disputes. These procedures apply to discovery regarding non−parties. The motion does not comply with the Courts Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.(Signed by Judge George C Hanks, Jr) Parties notified.(gkelner, 4) (Entered: 01/15/2021) |
| 01/20/2021 | 85 | REQUEST for pre−motion conference re: 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1)*, filed.(Petrelli, John) (Entered: 01/20/2021) |
| 01/21/2021 | 86 | ORDER Granting 85 REQUEST for pre−motion conference re: 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1)* (Signed by Judge George C Hanks, Jr) Parties notified.(jguajardo, 4) (Entered: 01/21/2021) |
| 01/25/2021 | 87 | RESPONSE to 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1)* filed by Tactile Medical Systems Technology, Inc.. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 15, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 23, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31, # 16 Exhibit 32, # 17 Exhibit 35, # 18 Exhibit 36, # 19 Exhibit 37, # 20 Exhibit 42, # 21 Exhibit 48, # 22 Exhibit 57, # 23 Exhibit 58)(McBride, Brian) (Entered: 01/25/2021) |
| 01/25/2021 | 88 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 16, # 8 Exhibit 17, # 9 Exhibit 18, # 10 Exhibit 21, # 11 Exhibit 22, # 12 Exhibit 25, # 13 Exhibit 26, # 14 Exhibit 27, # 15 Exhibit 33, # 16 Exhibit 34, # 17 Exhibit 38, # 18 Exhibit 40) (McBride, Brian) (Entered: 01/25/2021) |
| 01/25/2021 | 89 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 39, # 2 Exhibit 41, # 3 Exhibit 43) (McBride, Brian) (Entered: 01/25/2021) |
| 01/25/2021 | 90 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 44, # 2 Exhibit 45, # 3 Exhibit 46, # 4 Exhibit 47, # 5 Exhibit 50, # 6 Exhibit 51, # 7 Exhibit 52, # 8 Exhibit 53, # 9 Exhibit 55, # 10 Exhibit 56) (McBride, Brian) (Entered: 01/25/2021) |
| 01/25/2021 | 91 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 59, # 2 Exhibit 60, # 3 Exhibit 61, # 4 Exhibit 62, # 5 Exhibit 63, # 6 Exhibit 64, # 7 Exhibit 65, # 8 Exhibit 66, # 9 Exhibit 67, # 10 Exhibit 68, # 11 Exhibit 69, # 12 Exhibit 70, # 13 Exhibit 72, # 14 Exhibit 73, # 15 Exhibit 75, # 16 Exhibit 76, # 17 Exhibit 77, # 18 Exhibit 78) (McBride, Brian) (Entered: 01/25/2021) |

| 01/25/2021 | 92 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 74 (Part 1)) (McBride, Brian) (Entered: 01/25/2021) |
| --- | --- | --- |
| 01/25/2021 | 93 | SEALED EXHIBITS *Notice of Filing Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 74 (Part 2), # 2 Exhibit 79, # 3 Exhibit 80, # 4 Exhibit 81) (McBride, Brian) (Entered: 01/25/2021) |
| 01/25/2021 | 94 | OBJECTIONS to 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1) DEFENDANT TACTILE SYSTEMS TECHNOLOGY, INC.S OBJECTIONS TO RELATORS EVIDENCE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT*, filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 01/25/2021) |
| 01/26/2021 | 95 | AFFIDAVIT of Mary Fee re: 87 Response to Motion,,, filed. (Attachments: # 1 Exhibit Tactile Exhibit List in Support of Response)(Petrelli, John) (Entered: 01/26/2021) |
| 01/27/2021 | 96 | SEALED EXHIBITS *Notice of Filing Corrected Sealed Exhibits* re: 87 Response to Motion,, by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit 54 − CORRECTED, # 2 Exhibit 55 − CORRECTED) (McBride, Brian) (Entered: 01/27/2021) |
| 02/03/2021 | 97 | REQUEST for pre−motion conference re: 87 Response to Motion,,, filed.(Brewer, J) (Entered: 02/03/2021) |
| 02/04/2021 | 98 | RESPONSE to 97 REQUEST for pre−motion conference re: 87 Response to Motion,, , filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 02/04/2021) |
| 02/05/2021 | 99 | MOTION for Alethea M. Huyser to Appear Pro Hac Vice by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 2/26/2021. (Petrelli, John) (Entered: 02/05/2021) |
| 02/05/2021 | 100 | ORDER Granting 99 Motion for Alethea M. Huyser to Appear Pro Hac Vice.(Signed by Judge George C Hanks, Jr) Parties notified.(jguajardo, 4) (Entered: 02/08/2021) |
| 02/08/2021 | 101 | REPLY to Response to 81 MOTION for Partial Summary Judgment *for Anti−Kickback Violations (Count 1)*, filed by Veterans First Medical Supply LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Brewer, J) (Entered: 02/08/2021) |
| 02/08/2021 | 102 | RESPONSE to 94 Objections, *to Relator's Summary Judgment Evidence*, filed by Veterans First Medical Supply LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Brewer, J) (Entered: 02/08/2021) |
| 02/08/2021 | 103 | RESPONSE to 97 REQUEST for pre−motion conference re: 87 Response to Motion,,, 98 Response , filed by Veterans First Medical Supply LLC. (Brewer, J) (Entered: 02/08/2021) |
| 02/22/2021 | 104 | NOTICE of Appearance by Johnny W. Carter on behalf of Veterans First Medical Supply LLC, filed. (Carter, Johnny) (Entered: 02/22/2021) |
| 02/22/2021 | 105 | NOTICE of Appearance by Richard W. Hess on behalf of Veterans First Medical Supply LLC, filed. (Hess, Richard) (Entered: 02/22/2021) |
| 02/23/2021 | 106 | NOTICE of Appearance by Armstead C. Lewis on behalf of Veterans First Medical Supply LLC, filed. (Lewis, Armstead) (Entered: 02/23/2021) |
| 03/01/2021 | 107 | Joint REQUEST for pre−motion conference, filed. (Attachments: # 1 Proposed Order Proposed Amended Docket Control Order)(Petrelli, John) (Entered: 03/01/2021) |
| 03/02/2021 | 108 | AMENDED SCHEDULING ( Discovery due by 4/30/2021., Dispositive Motion Filing due by 5/28/2021., Non−Dispositive Motion Filing due by 7/12/2021., Joint Pretrial Order due by 7/26/2021., Docket Call set for 8/6/2021 at 03:00 PM in Courtroom 600 in Houston before Judge George C Hanks Jr)(Signed by Judge George C Hanks, Jr) Parties notified.(gkelner, 4) (Entered: 03/02/2021) |

| 03/24/2021 | 109 | REQUEST for pre–motion conference, filed.(Carter, Johnny) (Entered: 03/24/2021) |
|---|---|---|
| 03/25/2021 | 110 | RESPONSE to 109 REQUEST for pre–motion conference , filed by Tactile Medical Systems Technology, Inc.. (Petrelli, John) (Entered: 03/25/2021) |
| 03/26/2021 | 111 | NOTICE of Setting re: 109 REQUEST for pre–motion conference. Parties notified. Discovery Hearing set for 4/9/2021 at 11:30 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 03/26/2021) |
| 03/28/2021 | 112 | REQUEST for pre–motion conference, filed. (Attachments: # 1 Exhibit 4th Am. Complaint–Clean, # 2 Exhibit 4th Am. Complaint–Redline, # 3 Proposed Order)(Hess, Richard) (Entered: 03/28/2021) |
| 03/29/2021 | 113 | ORDER denying 55 Motion to Dismiss.(Signed by Judge George C Hanks, Jr) Parties notified.(gkelner, 4) (Entered: 03/29/2021) |
| 03/29/2021 | 114 | ORDER granting 67 Motion for Partial Summary Judgment; denying as moot 81 Motion for Partial Summary Judgment. Counts One and Three of Veterans Firsts complaint are DISMISSED WITH PREJUDICE.(Signed by Judge George C Hanks, Jr) Parties notified.(rguerrero, 4) (Entered: 03/30/2021) |
| 03/31/2021 | 115 | NOTICE of Setting re: 112 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference set for 4/9/2021 at 11:30 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 03/31/2021) |
| 03/31/2021 | 116 | RESPONSE to 112 REQUEST for pre–motion conference , filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 03/31/2021) |
| 04/01/2021 | 117 | REQUEST for pre–motion conference, filed.(McBride, Brian) (Entered: 04/01/2021) |
| 04/01/2021 | 118 | Joint REQUEST for pre–motion conference, filed.(Hess, Richard) (Entered: 04/01/2021) |
| 04/09/2021 | 120 | Minute Entry for proceedings held before Judge George C Hanks, Jr. DISCOVERY HEARING AND PRE–MOTION CONFERENCE held on 4/9/2021 re: 109 , 112 REQUEST for pre–motion conference. Veterans First will file Motion to Compel production of the 1099 info as discussed on the record by 4/16/2021.Response is due within 21 days. Reply Brief is due 7 days thereafter. Veterans First may file a Motion for Leave to Amend Complaint due by 4/16/2021. Response is due within 21 days. Reply Brief is due 7 days thereafter. Parties to discuss scope of third party subpoenas and file a joint letter summarizing by 4/14/2021. Appearances:Sarah Husbands, Robert Mitchell. James W Walker, John Williams Petrelli, Alethea M. Huyser, Brian Scott McBride, Kevin C Riach, J Mark Brewer, Richard Wolf Hess, Johnny W Carter, Armstead Charlton Lewis.(Court Reporter: L. Smith)(Tape #11:34–1:00), filed.(gclair, 4) (Entered: 04/14/2021) |
| 04/13/2021 | 119 | NOTICE of Setting re: 117 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference set for 4/22/2021 at 01:30 PM in by video before Judge George C Hanks Jr, filed. 118 The Joint Request for pre–motion conference will also be discussed. (gclairadi, 4) (Entered: 04/13/2021) |
| 04/15/2021 | 121 | STATUS REPORT by Tactile Medical Systems Technology, Inc., filed.(McBride, Brian) (Entered: 04/15/2021) |
| 04/16/2021 | 122 | Unopposed MOTION for Sean Buckley to Withdraw as Attorney by Veterans First Medical Supply LLC, filed. Motion Docket Date 5/7/2021. (Buckley, Sean) (Entered: 04/16/2021) |
| 04/16/2021 | 123 | SEALED MOTION *VFMS's Motion to Compel Tactile's Complete Set of Contract Trainer 1099s* by Veterans First Medical Supply LLC, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Proposed Order) (Hess, Richard) (Entered: 04/16/2021) |
| 04/19/2021 | 124 | PROPOSED ORDER re: 122 Unopposed MOTION for Sean Buckley to Withdraw as Attorney, filed.(Buckley, Sean) (Entered: 04/19/2021) |
| 04/20/2021 | 125 | ORDER granting 122 Motion to Withdraw as Attorney. Attorney Sean Ryan Buckley terminated.(Signed by Judge George C Hanks, Jr) Parties notified.(rguerrero, 4) |

| | | (Entered: 04/20/2021) |
|---|---|---|
| 04/30/2021 | 126 | NOTICE of Resetting re: 117 REQUEST for pre−motion conference. Parties notified. Pre−Motion Conference reset for 5/6/2021 at 11:30 AM in by video before Judge George C Hanks Jr, filed. 118 , 127 The Joint Request for pre−motion conference will also be discussed. (gclairadi, 4) (Entered: 04/30/2021) |
| 05/03/2021 | 127 | Joint REQUEST for pre−motion conference, filed.(Hess, Richard) (Entered: 05/03/2021) |
| 05/06/2021 | 132 | Minute Entry for proceedings held before Judge George C Hanks, Jr. PRE−MOTION CONFERENCE held on 5/6/2021. At the hearing, the following rulings were made as stated on the record: The Court held a pre−motion conference and discussed discovery matters as stated on the record. Appearances:Robert Mitchell for Veterans First. James W Walker, John Williams Petrelli, Alethea M. Huyser, Brian Scott McBride, Kevin C Riach, Richard Wolf Hess, Johnny W Carter, Armstead Charlton Lewis.(ERO:yes), filed.(gkelner, 4) (Entered: 05/12/2021) |
| 05/06/2021 | 134 | NOTICE of Setting as to 132 Minute Entry for Pre−Motion Conference. Parties notified. Status Conference set for 5/24/2021 at 10:00 AM in by video before Judge George C Hanks Jr, filed. (gclair, 4) (Entered: 05/12/2021) |
| 05/07/2021 | 128 | Letter to Court re Satwah Subpoena by Vinay Satwah, filed. (Attachments: # 1 Exhibit, # 2 Exhibit)(Storck, Jason) (Entered: 05/07/2021) |
| 05/07/2021 | 129 | SEALED RESPONSE re: 123 SEALED MOTION *VFMS's Motion to Compel Tactile's Complete Set of Contract Trainer 1099s* by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Affidavit Declaration of Alethea Huyser, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15) (McBride, Brian) (Entered: 05/07/2021) |
| 05/10/2021 | 130 | AO 435 TRANSCRIPT REQUEST by VFMS/ Richard Hess for Transcript of Request for Pre−Motion Conference, 5/06/21, Judge Hanks. 14−Day turnaround requested. Court Reporter/Transcriber: Veritext Legal Solutions, filed. (Hess, Richard) Electronically forwarded to Veritext Legal Solutions 5/12/21. Estimated Transcript Completion Date: 5/26/2021. Modified on 5/12/2021 (JacquelineMata, 4). (Entered: 05/10/2021) |
| 05/10/2021 | 131 | Corrected SEALED RESPONSE *TACTILES RESPONSE TO VFMS'S MOTION TO COMPEL CONTRACT TRAINER 1099S* re: 129 Sealed Response,, by Tactile Medical Systems Technology, Inc., filed. (McBride, Brian) (Entered: 05/10/2021) |
| 05/12/2021 | 133 | REQUEST for pre−motion conference, filed.(McBride, Brian) (Entered: 05/12/2021) |
| 05/12/2021 | 135 | NOTICE of Setting re: 133 REQUEST for pre−motion conference. Parties notified. Pre−Motion Conference set for 5/24/2021 at 10:00 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 05/12/2021) |
| 05/14/2021 | 136 | Unopposed MOTION for Extension of Time to File Reply In Support of Motion to Compel Tactile's Complete Set of Contract Trainer 1099s by Veterans First Medical Supply LLC, filed. Motion Docket Date 6/4/2021. (Attachments: # 1 Proposed Order)(Hess, Richard) (Entered: 05/14/2021) |
| 05/14/2021 | 137 | RESPONSE to 128 Document *[128−1] Dr. Satwah's Objections to Veterans First Medical Supply, LLC's Subpoena to Testify at a Deposition*, filed by Veterans First Medical Supply LLC. (Carter, Johnny) (Entered: 05/14/2021) |
| 05/17/2021 | 138 | RESPONSE to 133 REQUEST for pre−motion conference , filed by Veterans First Medical Supply LLC. (Attachments: # 1 Exhibit A)(Carter, Johnny) (Entered: 05/17/2021) |
| 05/17/2021 | 139 | SEALED REPLY *VFMS's Reply in Support of Its Motion to Compel Tactile's Complete Set of Contract Trainer 1099s* re: 123 SEALED MOTION *VFMS's Motion to Compel Tactile's Complete Set of Contract Trainer 1099s* by Veterans First Medical Supply LLC, filed. (Hess, Richard) (Entered: 05/17/2021) |

| 05/18/2021 | 140 | REQUEST for pre–motion conference, filed.(McBride, Brian) (Entered: 05/18/2021) |
|---|---|---|
| 05/18/2021 | 141 | REQUEST for pre–motion conference, filed.(Carter, Johnny) (Entered: 05/18/2021) |
| 05/19/2021 | 144 | ORDER granting 136 Motion for Extension of Time for Deadline to Reply.(Signed by Judge George C Hanks, Jr) Parties notified.(sguevara, 4) (Entered: 05/21/2021) |
| 05/20/2021 | 142 | Unopposed MOTION for Leave to File Sur–Reply in Opposition to Veterans First Medical Supply, LLC's Motion to Compel by Tactile Medical Systems Technology, Inc., filed. Motion Docket Date 6/10/2021. (Attachments: # 1 Proposed Order)(McBride, Brian) (Entered: 05/20/2021) |
| 05/21/2021 | 143 | ORDER Granting 142 Motion for Leave to File SurReply on Motion to Compel.(Signed by Judge George C Hanks, Jr) Parties notified.(jguajardo, 4) (Entered: 05/21/2021) |
| 05/21/2021 | 145 | RESPONSE to 141 REQUEST for pre–motion conference , filed by Tactile Medical Systems Technology, Inc.. (McBride, Brian) (Entered: 05/21/2021) |
| 05/24/2021 | 146 | RESPONSE to 145 Response, 140 REQUEST for pre–motion conference , filed by Veterans First Medical Supply LLC. (Carter, Johnny) (Entered: 05/24/2021) |
| 05/24/2021 | 147 | NOTICE of Resetting re: 132 Pre–Motion Conference,,. Parties notified. Status Conference reset for 6/2/2021 at 10:00 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 05/24/2021) |
| 05/24/2021 | 148 | NOTICE of Resetting re: 133 REQUEST for pre–motion conference. Parties notified. Pre–Motion Conference reset for 6/2/2021 at 10:00 AM in by video before Judge George C Hanks Jr, filed. 140 and 141 Requests for Pre–Motion Conference will also be discussed. (gclairadi, 4) (Entered: 05/24/2021) |
| 05/24/2021 | 149 | SEALED SURREPLY *Defendant Tactile Systems Technology, Inc.'s Sur–Reply on VFMS' Motion to Compel Contract Trainer 1099S* re: 139 Sealed Response, 143 Order on Motion for Leave to File by Tactile Medical Systems Technology, Inc., filed. (McBride, Brian) (Entered: 05/24/2021) |
| 05/25/2021 | 150 | Joint Letter to Judge Hanks regarding Motion for Summary Judgment Deadlines by Tactile Medical Systems Technology, Inc., filed.(McBride, Brian) (Entered: 05/25/2021) |
| 05/26/2021 | 151 | TRANSCRIPT re: hearing held on 5/6/21 before Judge George C Hanks, Jr. Court Reporter/Transcriber Veritext. Ordering Party Richard Hess Esq Release of Transcript Restriction set for 8/24/2021., filed. (VeritextLegalSolutions, ) (Entered: 05/26/2021) |
| 05/27/2021 | 152 | Notice of Filing of Official Transcript as to 151 Transcript. Party notified, filed. (hcarr, 4) (Entered: 05/27/2021) |
| 06/02/2021 | 153 | ANSWER to 45 Answer to Amended Complaint, Counterclaim with Jury Demand by Veterans First Medical Supply LLC, filed.(Carter, Johnny) (Entered: 06/02/2021) |
| 06/04/2021 | 154 | Supplemental SEALED RESPONSE *Re: Expert Report of Thomas Suehs* re: 133 REQUEST for pre–motion conference by Veterans First Medical Supply LLC, filed. (Hess, Richard) (Entered: 06/04/2021) |
| 06/04/2021 | 155 | SEALED DOCUMENT *Filing of Tactile Systems Technology, Inc.s Expert Report* by Tactile Medical Systems Technology, Inc., filed. (Attachments: # 1 Exhibit Confidential Expert Report of Edward J. Buthusiem) (Petrelli, John) (Entered: 06/04/2021) |
| 06/07/2021 | 156 | NOTICE of Setting. Parties notified. Status Conference set for 6/9/2021 at 11:30 AM in by video before Judge George C Hanks Jr, filed. (gclairadi, 4) (Entered: 06/07/2021) |