# EXHIBIT 5

EXHIBIT 5

# Tactile Stock Price from Initial Public Offering to June 14, 2021[1]



US:TCMD

*Red lines mark beginning and end of Class Period.

## Tactile Daily Stock Price During Class Period[2]

| Date | Open ($) | Close ($) |
|---|---|---|
| 5/7/2018 | 36 | 36.92 |
| 5/8/2018 | 37.8 | 43.23 |
| 5/9/2018 | 43.15 | 44.86 |
| 5/10/2018 | 44.61 | 45.52 |
| 5/11/2018 | 45.57 | 45.69 |
| 5/14/2018 | 45.86 | 45.44 |
| 5/15/2018 | 44.95 | 45.36 |
| 5/16/2018 | 45.43 | 45.55 |
| 5/17/2018 | 45.61 | 46.26 |
| 5/18/2018 | 46.44 | 45.99 |
| 5/21/2018 | 46.02 | 46.46 |
| 5/22/2018 | 46.6 | 46.92 |
| 5/23/2018 | 46.76 | 47.46 |
| 5/24/2018 | 47.45 | 48.36 |
| 5/25/2018 | 48.28 | 48.52 |
| 5/29/2018 | 48.3 | 48.97 |

[1] Chart created on https://www.wsj.com/market-data/quotes/TCMD/advanced-chart, on June 14, 2021.

[2] Chart created on https://investors.tactilemedical.com/stock-information, on June 14, 2021.

1

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 5/30/2018 | 49.11 | 49.06 |
| 5/31/2018 | 49.35 | 49.63 |
| 6/1/2018 | 50.21 | 50.44 |
| 6/4/2018 | 48 | 46.87 |
| 6/5/2018 | 47.09 | 49.05 |
| 6/6/2018 | 48.85 | 50.85 |
| 6/7/2018 | 50.63 | 49.39 |
| 6/8/2018 | 49.22 | 50.21 |
| 6/11/2018 | 50 | 51.37 |
| 6/12/2018 | 51.4 | 51.64 |
| 6/13/2018 | 51.94 | 55.01 |
| 6/14/2018 | 55.02 | 56.55 |
| 6/15/2018 | 55.69 | 55.16 |
| 6/18/2018 | 55.08 | 57.05 |
| 6/19/2018 | 56.72 | 55.58 |
| 6/20/2018 | 55.81 | 55.27 |
| 6/21/2018 | 55.32 | 52.92 |
| 6/22/2018 | 53.15 | 52.55 |
| 6/25/2018 | 53.14 | 53.64 |
| 6/26/2018 | 53.54 | 54.59 |
| 6/27/2018 | 54.5 | 51.42 |
| 6/28/2018 | 51.35 | 51.98 |
| 6/29/2018 | 52.13 | 52 |
| 7/2/2018 | 51.5 | 53.21 |
| 7/3/2018 | 53.29 | 54.78 |
| 7/5/2018 | 55.21 | 55.54 |
| 7/6/2018 | 55.57 | 56.08 |
| 7/9/2018 | 56.36 | 55.44 |
| 7/10/2018 | 55.42 | 53.37 |
| 7/11/2018 | 53.14 | 53.53 |
| 7/12/2018 | 53.89 | 53.5 |
| 7/13/2018 | 53.65 | 53.07 |
| 7/16/2018 | 52.49 | 54.26 |
| 7/17/2018 | 54.23 | 54.55 |
| 7/18/2018 | 54.55 | 55.11 |
| 7/19/2018 | 55.04 | 54.37 |
| 7/20/2018 | 54.31 | 55.6 |
| 7/23/2018 | 55.4 | 56.21 |
| 7/24/2018 | 56.64 | 51.84 |
| 7/25/2018 | 51.66 | 53.51 |

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 7/26/2018 | 53.5 | 52.81 |
| 7/27/2018 | 52.96 | 48.65 |
| 7/30/2018 | 47.98 | 47.98 |
| 7/31/2018 | 48.08 | 48.07 |
| 8/1/2018 | 47.54 | 49.83 |
| 8/2/2018 | 48.85 | 50.84 |
| 8/3/2018 | 51.01 | 50.84 |
| 8/6/2018 | 50.63 | 48.78 |
| 8/7/2018 | 51.05 | 57.66 |
| 8/8/2018 | 58.21 | 58.57 |
| 8/9/2018 | 58.29 | 57.01 |
| 8/10/2018 | 56.55 | 57.15 |
| 8/13/2018 | 57.51 | 57.53 |
| 8/14/2018 | 57.76 | 58.04 |
| 8/15/2018 | 58.47 | 57.6 |
| 8/16/2018 | 57.04 | 58.32 |
| 8/17/2018 | 57.95 | 60.19 |
| 8/20/2018 | 60.81 | 63.1 |
| 8/21/2018 | 63.18 | 61.76 |
| 8/22/2018 | 61.77 | 63.51 |
| 8/23/2018 | 63.18 | 65.19 |
| 8/24/2018 | 65.36 | 64.65 |
| 8/27/2018 | 64.79 | 65.49 |
| 8/28/2018 | 65.49 | 65.56 |
| 8/29/2018 | 65.35 | 67 |
| 8/30/2018 | 67.08 | 67.91 |
| 8/31/2018 | 67.76 | 67.67 |
| 9/4/2018 | 67.68 | 67.93 |
| 9/5/2018 | 68.18 | 69.97 |
| 9/6/2018 | 70.57 | 68.79 |
| 9/7/2018 | 68.47 | 67.49 |
| 9/10/2018 | 69.9 | 70.77 |
| 9/11/2018 | 70.37 | 70.17 |
| 9/12/2018 | 70.23 | 67.5 |
| 9/13/2018 | 67.75 | 69.01 |
| 9/14/2018 | 68.92 | 68.73 |
| 9/17/2018 | 68.6 | 65.13 |
| 9/18/2018 | 64.73 | 66.48 |
| 9/19/2018 | 66.48 | 65.54 |
| 9/20/2018 | 64.94 | 64.47 |

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 9/21/2018 | 64.19 | 63.91 |
| 9/24/2018 | 63.9 | 65.41 |
| 9/25/2018 | 65.68 | 68.1 |
| 9/26/2018 | 68.64 | 69.44 |
| 9/27/2018 | 69.78 | 69.61 |
| 9/28/2018 | 69.54 | 71.05 |
| 10/1/2018 | 71.54 | 68.93 |
| 10/2/2018 | 69.08 | 66.61 |
| 10/3/2018 | 66.7 | 65.41 |
| 10/4/2018 | 65.19 | 62.36 |
| 10/5/2018 | 62.38 | 63.39 |
| 10/8/2018 | 62.52 | 62.78 |
| 10/9/2018 | 62.28 | 62.2 |
| 10/10/2018 | 62.03 | 60.81 |
| 10/11/2018 | 60.14 | 60.34 |
| 10/12/2018 | 61.23 | 62.2 |
| 10/15/2018 | 61.72 | 62.12 |
| 10/16/2018 | 62.74 | 66.26 |
| 10/17/2018 | 66.18 | 66.41 |
| 10/18/2018 | 65.82 | 66.09 |
| 10/19/2018 | 65.3 | 64.47 |
| 10/22/2018 | 64.88 | 64.51 |
| 10/23/2018 | 63.51 | 66.01 |
| 10/24/2018 | 65.89 | 63.9 |
| 10/25/2018 | 64.4 | 63.29 |
| 10/26/2018 | 62.38 | 62.71 |
| 10/29/2018 | 62.69 | 63.73 |
| 10/30/2018 | 63.59 | 66.07 |
| 10/31/2018 | 67.43 | 65.48 |
| 11/1/2018 | 65.29 | 66.18 |
| 11/2/2018 | 66.98 | 66.34 |
| 11/5/2018 | 66.34 | 65.16 |
| 11/6/2018 | 61 | 61.08 |
| 11/7/2018 | 61.25 | 62.99 |
| 11/8/2018 | 62.69 | 61.98 |
| 11/9/2018 | 61.01 | 62.64 |
| 11/12/2018 | 62.96 | 60.92 |
| 11/13/2018 | 61.38 | 60.7 |
| 11/14/2018 | 61.3 | 57.79 |
| 11/15/2018 | 56.66 | 58.57 |

4

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 11/16/2018 | 58.22 | 58.52 |
| 11/19/2018 | 58.31 | 55.02 |
| 11/20/2018 | 54.22 | 54.2 |
| 11/21/2018 | 54.36 | 53.61 |
| 11/23/2018 | 53.84 | 54.67 |
| 11/26/2018 | 55.14 | 54.37 |
| 11/27/2018 | 53.94 | 53.31 |
| 11/28/2018 | 53.54 | 54.38 |
| 11/29/2018 | 53.95 | 55.88 |
| 11/30/2018 | 55.7 | 56.24 |
| 12/3/2018 | 57.06 | 57.56 |
| 12/4/2018 | 57.23 | 54.24 |
| 12/6/2018 | 53.19 | 54.67 |
| 12/7/2018 | 54.63 | 53.51 |
| 12/10/2018 | 53.61 | 53.18 |
| 12/11/2018 | 53.63 | 52.59 |
| 12/12/2018 | 52.97 | 53.19 |
| 12/13/2018 | 53.53 | 52.09 |
| 12/14/2018 | 51.22 | 50.47 |
| 12/17/2018 | 49.85 | 47.87 |
| 12/18/2018 | 48.03 | 44.72 |
| 12/19/2018 | 44.96 | 45.06 |
| 12/20/2018 | 44.81 | 43.78 |
| 12/21/2018 | 43.97 | 42.25 |
| 12/24/2018 | 41.76 | 41.79 |
| 12/26/2018 | 42.11 | 43.53 |
| 12/27/2018 | 42.9 | 43.66 |
| 12/28/2018 | 43.65 | 43.83 |
| 12/31/2018 | 44.18 | 45.55 |
| 1/2/2019 | 45.42 | 44.59 |
| 1/3/2019 | 44.41 | 43.12 |
| 1/4/2019 | 43.72 | 46.05 |
| 1/7/2019 | 46.1 | 47.35 |
| 1/8/2019 | 51 | 59.73 |
| 1/9/2019 | 59.73 | 60.09 |
| 1/10/2019 | 59.65 | 61.44 |
| 1/11/2019 | 61.77 | 62.13 |
| 1/14/2019 | 61.7 | 60.38 |
| 1/15/2019 | 59.49 | 59.59 |
| 1/16/2019 | 59.66 | 61.37 |

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 1/17/2019 | 60.85 | 62.35 |
| 1/18/2019 | 62.55 | 63.21 |
| 1/22/2019 | 62.71 | 62.14 |
| 1/23/2019 | 62.53 | 64.21 |
| 1/24/2019 | 64.39 | 65.42 |
| 1/25/2019 | 65.73 | 65.26 |
| 1/28/2019 | 64.46 | 64.5 |
| 1/29/2019 | 64.6 | 64.92 |
| 1/30/2019 | 65.09 | 66.32 |
| 1/31/2019 | 66.31 | 66.58 |
| 2/1/2019 | 66.04 | 67.6 |
| 2/4/2019 | 67.57 | 68.23 |
| 2/5/2019 | 68.25 | 68.28 |
| 2/6/2019 | 68.23 | 68.57 |
| 2/7/2019 | 67.88 | 68.65 |
| 2/8/2019 | 68.5 | 68.97 |
| 2/11/2019 | 68.61 | 69.19 |
| 2/12/2019 | 69.68 | 70.62 |
| 2/13/2019 | 70.22 | 71.74 |
| 2/14/2019 | 71.58 | 69.44 |
| 2/15/2019 | 69.44 | 70.66 |
| 2/19/2019 | 70.23 | 74.11 |
| 2/20/2019 | 74.02 | 73.5 |
| 2/21/2019 | 73.51 | 73.8 |
| 2/22/2019 | 74.66 | 74.49 |
| 2/25/2019 | 75.12 | 76.29 |
| 2/26/2019 | 75.9 | 73.76 |
| 2/27/2019 | 73.58 | 72.67 |
| 2/28/2019 | 72.64 | 76.01 |
| 3/1/2019 | 69 | 72.99 |
| 3/4/2019 | 73.68 | 72.64 |
| 3/5/2019 | 71.97 | 74.79 |
| 3/6/2019 | 74.42 | 72.84 |
| 3/7/2019 | 73.06 | 72.79 |
| 3/8/2019 | 72.35 | 72.1 |
| 3/11/2019 | 72.25 | 72.81 |
| 3/12/2019 | 70.36 | 66.14 |
| 3/13/2019 | 65.73 | 62.5 |
| 3/14/2019 | 61.72 | 62.93 |
| 3/15/2019 | 62.7 | 63.19 |

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 3/18/2019 | 63.07 | 62.19 |
| 3/19/2019 | 62.62 | 61.46 |
| 3/20/2019 | 61.58 | 60.1 |
| 3/21/2019 | 59.98 | 60.85 |
| 3/22/2019 | 60.6 | 55.57 |
| 3/25/2019 | 55.57 | 55.98 |
| 3/26/2019 | 56.58 | 53.25 |
| 3/27/2019 | 53.22 | 52.39 |
| 3/28/2019 | 52.81 | 52.54 |
| 3/29/2019 | 53 | 52.72 |
| 4/1/2019 | 53.03 | 51.9 |
| 4/2/2019 | 51.89 | 53.25 |
| 4/3/2019 | 53.68 | 53.51 |
| 4/4/2019 | 53.51 | 53.01 |
| 4/5/2019 | 53.24 | 52.75 |
| 4/8/2019 | 52.65 | 52.68 |
| 4/9/2019 | 52.47 | 52.3 |
| 4/10/2019 | 52.6 | 53.73 |
| 4/11/2019 | 53.97 | 54.13 |
| 4/12/2019 | 54.6 | 53.17 |
| 4/15/2019 | 52.98 | 52.49 |
| 4/16/2019 | 52.45 | 54.08 |
| 4/17/2019 | 54.34 | 50.14 |
| 4/18/2019 | 49.83 | 48.28 |
| 4/22/2019 | 48 | 48.82 |
| 4/23/2019 | 49.1 | 48.8 |
| 4/24/2019 | 48.8 | 49 |
| 4/25/2019 | 48.81 | 48.52 |
| 4/26/2019 | 48.42 | 49.05 |
| 4/29/2019 | 49.33 | 49.53 |
| 4/30/2019 | 49.63 | 49.76 |
| 5/1/2019 | 49.97 | 49.9 |
| 5/2/2019 | 49.85 | 51.14 |
| 5/3/2019 | 51.6 | 53.38 |
| 5/6/2019 | 54.89 | 55.59 |
| 5/7/2019 | 57.98 | 55.77 |
| 5/8/2019 | 55.28 | 57.93 |
| 5/9/2019 | 57.34 | 58.02 |
| 5/10/2019 | 57.9 | 55.49 |
| 5/13/2019 | 54.46 | 52.47 |

7

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 5/14/2019 | 52.65 | 51.47 |
| 5/15/2019 | 51.49 | 50.21 |
| 5/16/2019 | 50.16 | 50.93 |
| 5/17/2019 | 50.39 | 49.54 |
| 5/20/2019 | 49.01 | 49.61 |
| 5/21/2019 | 49.85 | 49.96 |
| 5/22/2019 | 49.76 | 49.64 |
| 5/23/2019 | 49.07 | 48.49 |
| 5/24/2019 | 48.64 | 49.56 |
| 5/28/2019 | 49.66 | 49.13 |
| 5/29/2019 | 48.76 | 48.8 |
| 5/30/2019 | 48.86 | 50.04 |
| 5/31/2019 | 49.38 | 48.03 |
| 6/3/2019 | 48.12 | 49.52 |
| 6/4/2019 | 49.91 | 51.09 |
| 6/5/2019 | 51.28 | 50.93 |
| 6/6/2019 | 50.93 | 53.62 |
| 6/7/2019 | 53.89 | 52.58 |
| 6/10/2019 | 52.83 | 53.63 |
| 6/11/2019 | 53.8 | 51.66 |
| 6/12/2019 | 51.59 | 52.49 |
| 6/13/2019 | 52.75 | 54.23 |
| 6/14/2019 | 54.57 | 53.27 |
| 6/17/2019 | 53.07 | 53.56 |
| 6/18/2019 | 53.8 | 55.4 |
| 6/19/2019 | 55.69 | 55.88 |
| 6/20/2019 | 56.02 | 56.04 |
| 6/21/2019 | 55.59 | 54.99 |
| 6/24/2019 | 55.33 | 54.41 |
| 6/25/2019 | 54.39 | 53.95 |
| 6/26/2019 | 54.29 | 52.5 |
| 6/27/2019 | 52.38 | 54.01 |
| 6/28/2019 | 54 | 56.92 |
| 7/1/2019 | 57.71 | 57.25 |
| 7/2/2019 | 57.32 | 56.4 |
| 7/3/2019 | 56.78 | 56.99 |
| 7/5/2019 | 56.58 | 57.16 |
| 7/8/2019 | 56.82 | 55.43 |
| 7/9/2019 | 55.05 | 56 |
| 7/10/2019 | 56.24 | 55.58 |

8

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 7/11/2019 | 55.31 | 55.07 |
| 7/12/2019 | 54.97 | 54.99 |
| 7/15/2019 | 54.79 | 54.84 |
| 7/16/2019 | 54.81 | 55.41 |
| 7/17/2019 | 55.55 | 54.11 |
| 7/18/2019 | 54.13 | 54.31 |
| 7/19/2019 | 54.23 | 53.59 |
| 7/22/2019 | 53.83 | 52.62 |
| 7/23/2019 | 52.5 | 52.92 |
| 7/24/2019 | 52.81 | 54.28 |
| 7/25/2019 | 54.34 | 53.65 |
| 7/26/2019 | 54.03 | 55.04 |
| 7/29/2019 | 55.06 | 54.53 |
| 7/30/2019 | 53.9 | 55.86 |
| 7/31/2019 | 55.97 | 57.74 |
| 8/1/2019 | 58.01 | 55.9 |
| 8/2/2019 | 55.66 | 54.53 |
| 8/5/2019 | 53.56 | 55.15 |
| 8/6/2019 | 59.25 | 49.3 |
| 8/7/2019 | 52.47 | 51.23 |
| 8/8/2019 | 51.13 | 51.95 |
| 8/9/2019 | 51.96 | 50.36 |
| 8/12/2019 | 50.03 | 49.99 |
| 8/13/2019 | 49.73 | 50.76 |
| 8/14/2019 | 50.05 | 49.63 |
| 8/15/2019 | 49.35 | 49.1 |
| 8/16/2019 | 49.47 | 51.44 |
| 8/19/2019 | 52.4 | 50.69 |
| 8/20/2019 | 50.69 | 50.7 |
| 8/21/2019 | 51.32 | 50.84 |
| 8/22/2019 | 50.85 | 50.37 |
| 8/23/2019 | 50.32 | 48.4 |
| 8/26/2019 | 48.99 | 48.83 |
| 8/27/2019 | 49.1 | 48.11 |
| 8/28/2019 | 47.96 | 49.53 |
| 8/29/2019 | 49.97 | 49.83 |
| 8/30/2019 | 49.82 | 50.44 |
| 9/3/2019 | 50.03 | 48.89 |
| 9/4/2019 | 49.35 | 48.39 |
| 9/5/2019 | 48.99 | 48.55 |

9

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 9/6/2019 | 48.76 | 48.76 |
| 9/9/2019 | 48.78 | 49.25 |
| 9/10/2019 | 49.21 | 50.43 |
| 9/11/2019 | 50.54 | 50.49 |
| 9/12/2019 | 50.11 | 52.47 |
| 9/13/2019 | 52.88 | 52.72 |
| 9/16/2019 | 51.98 | 54.59 |
| 9/17/2019 | 54.45 | 54.12 |
| 9/18/2019 | 54.18 | 51.27 |
| 9/19/2019 | 51.43 | 49.97 |
| 9/20/2019 | 49.78 | 49.39 |
| 9/23/2019 | 49.22 | 47.52 |
| 9/24/2019 | 47.73 | 45.96 |
| 9/25/2019 | 46.16 | 45.31 |
| 9/26/2019 | 45.11 | 43.32 |
| 9/27/2019 | 43.48 | 42.91 |
| 9/30/2019 | 42.82 | 42.32 |
| 10/1/2019 | 42.42 | 41.39 |
| 10/2/2019 | 41.15 | 41.65 |
| 10/3/2019 | 41.53 | 42.98 |
| 10/4/2019 | 43.12 | 42.74 |
| 10/7/2019 | 42.62 | 43.49 |
| 10/8/2019 | 43.2 | 43.05 |
| 10/9/2019 | 43.34 | 42.53 |
| 10/10/2019 | 42.29 | 43.45 |
| 10/11/2019 | 43.96 | 45.07 |
| 10/14/2019 | 44.92 | 45.24 |
| 10/15/2019 | 45.07 | 46.13 |
| 10/16/2019 | 46.01 | 46.72 |
| 10/17/2019 | 47.09 | 48.63 |
| 10/18/2019 | 48.62 | 47.06 |
| 10/21/2019 | 47.63 | 46.68 |
| 10/22/2019 | 47.13 | 44.81 |
| 10/23/2019 | 44.65 | 45.44 |
| 10/24/2019 | 45.38 | 44.85 |
| 10/25/2019 | 44.73 | 44.88 |
| 10/28/2019 | 45.31 | 46 |
| 10/29/2019 | 45.87 | 45.69 |
| 10/30/2019 | 45.75 | 44.85 |
| 10/31/2019 | 44.96 | 45.42 |

10

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 11/1/2019 | 45.94 | 46.36 |
| 11/4/2019 | 47 | 47.79 |
| 11/5/2019 | 48.11 | 49.99 |
| 11/6/2019 | 49.27 | 51.02 |
| 11/7/2019 | 51.27 | 52.1 |
| 11/8/2019 | 51.83 | 52.1 |
| 11/11/2019 | 51.8 | 51.52 |
| 11/12/2019 | 51.41 | 52.8 |
| 11/13/2019 | 52.17 | 53.34 |
| 11/14/2019 | 53.38 | 53.6 |
| 11/15/2019 | 53.9 | 55.77 |
| 11/18/2019 | 56.09 | 57.14 |
| 11/19/2019 | 57.28 | 58.03 |
| 11/20/2019 | 57.9 | 58.31 |
| 11/21/2019 | 58.21 | 59.65 |
| 11/22/2019 | 59.9 | 60.87 |
| 11/25/2019 | 61.25 | 62.67 |
| 11/26/2019 | 62.78 | 63.06 |
| 11/27/2019 | 63.32 | 64.19 |
| 11/29/2019 | 64.23 | 64.21 |
| 12/2/2019 | 64.27 | 62 |
| 12/3/2019 | 61.2 | 61.3 |
| 12/4/2019 | 61.6 | 62.95 |
| 12/5/2019 | 63.09 | 62.74 |
| 12/6/2019 | 63.16 | 63.98 |
| 12/9/2019 | 63.77 | 64.06 |
| 12/10/2019 | 63.94 | 64.73 |
| 12/11/2019 | 65.17 | 65.25 |
| 12/12/2019 | 65.04 | 67.28 |
| 12/13/2019 | 67.26 | 67.37 |
| 12/16/2019 | 67.71 | 68.07 |
| 12/17/2019 | 68.09 | 68.63 |
| 12/18/2019 | 68.95 | 68.07 |
| 12/19/2019 | 68.43 | 68.52 |
| 12/20/2019 | 68.67 | 69.31 |
| 12/23/2019 | 69.26 | 70.32 |
| 12/24/2019 | 70.65 | 70.99 |
| 12/26/2019 | 71.05 | 69.64 |
| 12/27/2019 | 69.93 | 68.33 |
| 12/30/2019 | 68.08 | 67.26 |

11

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 12/31/2019 | 67.19 | 67.51 |
| 1/2/2020 | 68.15 | 66.76 |
| 1/3/2020 | 66.18 | 67.09 |
| 1/6/2020 | 66.59 | 67.11 |
| 1/7/2020 | 67.04 | 66.81 |
| 1/8/2020 | 66.97 | 68.1 |
| 1/9/2020 | 68.45 | 69.01 |
| 1/10/2020 | 68.77 | 70 |
| 1/13/2020 | 68.84 | 63 |
| 1/14/2020 | 63.05 | 63.42 |
| 1/15/2020 | 63.12 | 62 |
| 1/16/2020 | 62 | 63.5 |
| 1/17/2020 | 64 | 60.82 |
| 1/21/2020 | 60.23 | 58.93 |
| 1/22/2020 | 59.32 | 57.78 |
| 1/23/2020 | 57.21 | 58.27 |
| 1/24/2020 | 58.19 | 57.11 |
| 1/27/2020 | 56.19 | 56.72 |
| 1/28/2020 | 56.81 | 57.51 |
| 1/29/2020 | 57.53 | 57.7 |
| 1/30/2020 | 57.23 | 57.01 |
| 1/31/2020 | 56.95 | 56.19 |
| 2/3/2020 | 56.34 | 56.78 |
| 2/4/2020 | 57.64 | 58.03 |
| 2/5/2020 | 58.66 | 59.66 |
| 2/6/2020 | 59.17 | 61.21 |
| 2/7/2020 | 60.82 | 59.05 |
| 2/10/2020 | 58.63 | 61.05 |
| 2/11/2020 | 61.21 | 62.72 |
| 2/12/2020 | 63.32 | 63.33 |
| 2/13/2020 | 62.97 | 64.07 |
| 2/14/2020 | 64.01 | 63.6 |
| 2/18/2020 | 63.41 | 64.84 |
| 2/19/2020 | 64.79 | 64.06 |
| 2/20/2020 | 63.62 | 62.97 |
| 2/21/2020 | 62.74 | 60.1 |
| 2/24/2020 | 57.93 | 56.09 |
| 2/25/2020 | 55.75 | 54.24 |
| 2/26/2020 | 54.59 | 54.12 |
| 2/27/2020 | 56.6 | 52.7 |

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 2/28/2020 | 50.44 | 50.41 |
| 3/2/2020 | 50.85 | 50.84 |
| 3/3/2020 | 50.95 | 49.86 |
| 3/4/2020 | 50.81 | 50.5 |
| 3/5/2020 | 49.42 | 47.02 |
| 3/6/2020 | 45.57 | 45.66 |
| 3/9/2020 | 42.3 | 42.89 |
| 3/10/2020 | 43.75 | 45.25 |
| 3/11/2020 | 43.93 | 42.58 |
| 3/12/2020 | 39.71 | 38.54 |
| 3/13/2020 | 40.68 | 39.88 |
| 3/16/2020 | 36.42 | 34.79 |
| 3/17/2020 | 35.49 | 36.09 |
| 3/18/2020 | 33.96 | 33.4 |
| 3/19/2020 | 33.79 | 32.03 |
| 3/20/2020 | 32.4 | 31 |
| 3/23/2020 | 31.52 | 31.58 |
| 3/24/2020 | 33.42 | 37.16 |
| 3/25/2020 | 36.91 | 38.14 |
| 3/26/2020 | 38.64 | 40.17 |
| 3/27/2020 | 38.88 | 38.95 |
| 3/30/2020 | 38.81 | 40.79 |
| 3/31/2020 | 40.61 | 40.16 |
| 4/1/2020 | 38.68 | 37.7 |
| 4/2/2020 | 37.36 | 37.66 |
| 4/3/2020 | 37.19 | 35.83 |
| 4/6/2020 | 36.84 | 38.56 |
| 4/7/2020 | 39.84 | 42.57 |
| 4/8/2020 | 43.35 | 45.57 |
| 4/9/2020 | 46.5 | 48.54 |
| 4/13/2020 | 47.26 | 47.67 |
| 4/14/2020 | 49.22 | 49.64 |
| 4/15/2020 | 49.6 | 46.95 |
| 4/16/2020 | 46.85 | 46.5 |
| 4/17/2020 | 48 | 49.97 |
| 4/20/2020 | 48.87 | 49.27 |
| 4/21/2020 | 48.07 | 49.82 |
| 4/22/2020 | 50.49 | 49.45 |
| 4/23/2020 | 49.8 | 52.82 |
| 4/24/2020 | 53.31 | 52.7 |

13

EXHIBIT 5

| Date | Open ($) | Close ($) |
|---|---|---|
| 4/27/2020 | 52.66 | 53.42 |
| 4/28/2020 | 54.6 | 53.61 |
| 4/29/2020 | 54.89 | 55.26 |
| 4/30/2020 | 54.16 | 51.62 |
| 5/1/2020 | 50.2 | 48.72 |
| 5/4/2020 | 45.68 | 48.64 |
| 5/5/2020 | 49.24 | 48.25 |
| 5/6/2020 | 48.55 | 47.65 |
| 5/7/2020 | 48.45 | 48.62 |
| 5/8/2020 | 49.29 | 50.3 |
| 5/11/2020 | 49.22 | 51.41 |
| 5/12/2020 | 51.65 | 50.54 |
| 5/13/2020 | 49.94 | 46.26 |
| 5/14/2020 | 45.04 | 47.61 |
| 5/15/2020 | 47.39 | 49.19 |
| 5/18/2020 | 50.96 | 50.21 |
| 5/19/2020 | 49.76 | 50.03 |
| 5/20/2020 | 50.91 | 50.71 |
| 5/21/2020 | 50.39 | 47.12 |
| 5/22/2020 | 47.55 | 49.13 |
| 5/26/2020 | 50.1 | 49.01 |
| 5/27/2020 | 49.81 | 51.81 |
| 5/28/2020 | 52.15 | 52.84 |
| 5/29/2020 | 52.57 | 48.45 |
| 6/1/2020 | 48.26 | 49.54 |
| 6/2/2020 | 49.96 | 48.59 |
| 6/3/2020 | 49.29 | 51.08 |
| 6/4/2020 | 50.82 | 50.38 |
| 6/5/2020 | 52.1 | 52.54 |
| 6/8/2020 | 51.72 | 47.26 |

14