# EXHIBIT 6

EXHIBIT 6

## INDIVIDUAL DEFENDANTS' STOCK SALES

\*All information comes from publicly accessible documents on file with the Securities & Exchange Commission ("Form 4s").[1]

\*\*For efficiency's sake, chart does not identify stock acquisitions, virtually all of which were stock options granted to the Individual Defendants by Tactile at various times. Defendants' sales generally involved the exercise and sale of stock options after the options vested. The "Shares Remaining After Sale" column reflects grant activity net of sales, *i.e.*, the Individual Defendants continued to receive new options.

\*\*\*Class Period: May 7, 2018 through June 8, 2020.

### Gerald R. Mattys
*Chief Executive Officer*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 5/19/2017 | $23.28 | 6,685 | 3/13/2017 | 325,715 |
| 5/19/2017 | $24.03 | 8,056 | 3/13/2017 | 317,659 |
| 5/19/2017 | $24.86 | 5,259 | 3/13/2017 | 312,400 |
| 8/11/2017 | $30.67 | 14,985 | 3/13/2017 | 312,900 |
| 8/11/2017 | $31.25 | 500 | 3/13/2017 | 312,400 |
| 8/14/2017 | $31.31 | 2,100 | 3/13/2017 | 324,815 |
| 8/14/2017 | $32.34 | 9,790 | 3/13/2017 | 315,025 |
| 8/14/2017 | $33.01 | 2,625 | 3/13/2017 | 312,400 |
| 11/17/2017 | $26.03 | 21,613 | 3/13/2017 | 312,400 |
| 11/20/2017 | $28.15 | 18,387 | 3/13/2017 | 312,400 |
| 1/2/2018 | $29.42 | 13,388 | 8/30/2017 | 309,331 |
| 1/3/2018 | $29.34 | 9,668 | 8/30/2017 | 309,331 |
| 1/4/2018 | $28.90 | 12,526 | 8/30/2017 | 309,331 |
| 1/5/2018 | $28.13 | 12,713 | 8/30/2017 | 309,331 |
| 1/16/2018 | $29.23 | 6,150 | 8/30/2017 | 303,181 |
| 1/17/2018 | $29.01 | 3,703 | 8/30/2017 | 299,478 |
| 3/1/2018 | $32.05 | 2,833 | 8/30/2017 | 304,370 |
| 3/2/2018 | $31.95 | 897 | 8/30/2017 | 303,473 |

---

[1] A Form 4 associated with each transaction listed herein may be found at https://investors.tactilemedical.com/annual-reports-sec-filings?field_nir_sec_form_group_target_id%5B%5D=466&field_nir_sec_date_filed_value=&items_per_page=10#views-exposed-form-widget-sec-filings-table.

1

EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| 3/5/2018 | $32.20 | 6,123 | 8/30/2017 | 297,350 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 6/26/2018 | $54.27 | 14,210 | 5/9/2018 | 299,919 |
| 6/26/2018 | $54.67 | 5,790 | 5/9/2018 | 294,129 |
| 7/17/2018 | $55.01 | 931 | 5/9/2018 | 294,129 |
| 7/17/2018 | $54.48 | 24,069 | 5/9/2018 | 295,060 |
| 8/21/2018 | $61.99 | 3,221 | 5/9/2018 | 296,466 |
| 8/21/2018 | $63.02 | 2,337 | 5/9/2018 | 294,129 |
| 9/17/2018 | $66.52 | 5,450 | 8/21/2018 | 298,659 |
| 9/17/2018 | $67.13 | 1,530 | 8/21/2018 | 297,129 |
| 9/17/2018 | $68.46 | 3,000 | 8/21/2018 | 294,129 |
| 9/17/2018 | $65.34 | 11,118 | 8/21/2018 | 304,109 |
| 10/22/2018 | $64.99 | 7,900 | 8/21/2018 | 294,129 |
| 10/22/2018 | $63.67 | 13,386 | 8/21/2018 | 319,743 |
| 10/22/2018 | $64.38 | 17,714 | 8/21/2018 | 302,029 |
| 11/19/2018 | $56.27 | 3,000 | 9/10/2018 | 294,929 |
| 11/19/2018 | $57.98 | 800 | 9/10/2018 | 294,129 |
| 11/19/2018 | $55.53 | 14,469 | 9/10/2018 | 297,929 |
| 2/14/2019 | $70.66 | 21,803 | 12/12/2018 | 306,559 |
| 2/14/2019 | $69.50 | 11,245 | 12/12/2018 | 328,362 |
| 2/14/2019 | $71.43 | 3,070 | 12/12/2018 | 303,489 |
| 2/15/2019 | $70.47 | 1,474 | 12/12/2018 | 289,607 |
| 2/15/2019 | $69.97 | 12,408 | 12/12/2018 | 291,081 |
| 3/1/2019 | $69.54 | 3,400 | 12/12/2018 | 285,032 |
| 3/1/2019 | $72.53 | 4,840 | 12/12/2018 | 267,498 |
| 3/1/2019 | $73.33 | 5,068 | 12/12/2018 | 262,430 |
| 3/1/2019 | $71.71 | 2,875 | 12/12/2018 | 272,338 |
| 3/1/2019 | $70.33 | 9,819 | 12/12/2018 | 275,213 |
| 3/1/2019 | $74.58 | 1,300 | 12/12/2018 | 261,130 |
| 12/23/2019 | $69.85 | 30,000 | 5/8/2019 | 227,358 |
| 3/5/2020 | $48.49 | 560 | 6/10/2019 | 272,615 |
| 4/28/2020 | $54.95 | 100 | 3/13/2020 | 271,684 |
| 4/29/2020 | $55.48 | 28,115 | 3/13/2020 | 243,569 |
| 4/29/2020 | $56.14 | 11,785 | 3/13/2020 | 324,786 |

Post-Class Period Sales

[*Unknown; retired as CEO on June 8, 2020*]

2

EXHIBIT 6

## **Lynn L. Blake**
### *Chief Financial Officer*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 5/2/2017 | $19.25 | 2,727 | 3/2/2017 | 53,219 |
| 8/1/2017 | $29.55 | 682 | 3/2/2017 | 62,213 |
| 11/1/2017 | $28.63 | 682 | 3/2/2017 | 64,767 |
| 1/31/2018 | $32.34 | 766 | 12/14/2017 | 62,237 |
| 5/2/2018 | $34.74 | 766 | 12/14/2017 | 63,147 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 5/15/2018 | $44.95 | 556 | 12/14/2017 | 61,424 |
| 7/31/2018 | $48.08 | 766 | 12/14/2017 | 60,004 |
| 8/16/2018 | $57.04 | 5,000 | N/A | 55,004 |

Post-Class Period Sales

[*Unknown; retired on September 1, 2018*]

3

EXHIBIT 6

## Robert J. Folkes
### *Chief Operating Officer*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|------------------------------|
| 4/12/2017 | $17.59 | 1,500 | 3/2/2017 | 125,167 |
| 5/10/2017 | $21.41 | 1,500 | 3/2/2017 | 132,837 |
| 6/7/2017 | $25 | 1,500 | 3/2/2017 | 131,337 |
| 7/3/2017 | $28.16 | 2,955 | 6/2/2017 | 131,337 |
| 7/12/2017 | $29.49 | 1,500 | 3/2/2017 | 129,837 |
| 8/1/2017 | $29.43 | 2,955 | 3/2/2017 | 129,837 |
| 8/9/2017 | $32.54 | 1,500 | 3/2/2017 | 133,337 |
| 9/1/2017 | $32.46 | 2,955 | N/A | 133,337 |
| 9/6/2017 | $33.67 | 1,500 | 3/2/2017 | 131,837 |
| 10/2/2017 | $30.81 | 2,955 | 6/2/2017 | 128,882 |
| 10/4/2017 | $31.73 | 1,500 | 3/2/2017 | 127,382 |
| 11/1/2017 | $28.63 | 300 | 6/2/2017 | 130,037 |
| 11/1/2017 | $28.10 | 2,655 | 6/2/2017 | 127,382 |
| 11/1/2017 | $28.63 | 1,500 | 3/2/2017 | 125,882 |
| 12/1/2017 | $29.80 | 200 | 6/2/2017 | 131,592 |
| 12/1/2017 | $28.86 | 2,755 | 6/2/2017 | 128,837 |
| 10/2/2017 | $30.81 | 2,955 | 6/2/2017 | 131,837 |
| 12/6/2017 | $27.08 | 1,500 | 3/2/2017 | 127,337 |
| 1/10/2018 | $28.32 | 1,500 | 3/2/2017 | 119,777 |
| 1/18/2018 | $29.25 | 2,483 | 12/12/2017 | 119,777 |
| 2/7/2018 | $30.48 | 1,500 | 3/2/2017 | 118,277 |
| 2/16/2018 | $31.15 | 2,482 | 12/2/2017 | 118,277 |
| 3/7/2018 | $32.47 | 1,500 | 3/2/2017 | 119,403 |
| 3/16/2018 | $31.80 | 2,482 | 12/12/2017 | 119,403 |
| 4/10/2018 | $31.90 | 3,044 | 3/7/2018 | 119,403 |
| 4/18/2018 | $35.84 | 2,482 | 12/12/2017 | 119,403 |
| 5/1/2018 | $34.75 | 3,044 | 3/7/2018 | 119,403 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|------------------------------|
| 5/18/2018 | $46.05 | 2,482 | 12/12/2017 | 118,236 |
| 6/1/2018 | $49.78 | 3,044 | 3/7/2018 | 118,236 |

4

EXHIBIT 6

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 6/18/2018 | $55.92 | 1,082 | 12/12/2017 | 118,236 |
| 6/18/2018 | $55.32 | 1,400 | 12/12/2017 | 119,318 |
| 7/2/2018 | $51.50 | 3,043 | 3/7/2018 | 118.236 |
| 7/18/2018 | $54.55 | 2,482 | 12/12/2017 | 118,236 |
| 8/1/2018 | $47.54 | 3,043 | 3/7/2018 | 118,236 |
| 8/17/2018 | $57.95 | 2,482 | 12/12/2017 | 118,236 |
| 9/4/2018 | $67.25 | 2,000 | 3/7/2018 | 119,280 |
| 9/4/2018 | $67.77 | 1,044 | 3/7/2018 | 118,236 |
| 9/10/2018 | $70.05 | 5,000 | N/A | 113,236 |
| 9/18/2018 | $64.73 | 2,482 | 12/12/2017 | 113,236 |
| 10/1/2018 | $71.54 | 3,044 | 3/7/2018 | 113,236 |
| 10/18/2018 | $65.82 | 2,483 | 12/12/2017 | 113,236 |
| 11/1/2018 | $65.29 | 3,043 | 3/7/2018 | 113,236 |
| 11/27/2018 | $54.07 | 2,067 | N/A | 113,236 |
| 11/27/2018 | $53.35 | 12,248 | N/A | 115,303 |
| 11/28/2018 | $52.58 | 7,535 | N/A | 114,576 |
| 11/28/2018 | $54.21 | 240 | N/A | 113,236 |
| 11/28/2018 | $53.39 | 1,100 | N/A | 113,476 |
| 12/3/2018 | $56.27 | 3,043 | 3/7/2018 | 113,236 |
| 1/2/2019 | $45.42 | 3,044 | 3/7/2018 | 107,770 |
| 1/15/2019 | $59.49 | 2,500 | 12/9/2018 | 107,770 |
| 1/17/2019 | $60.85 | 2,500 | 12/9/2018 | 107,770 |
| 2/1/2019 | $66.04 | 3,044 | 3/7/2018 | 107,770 |
| 2/11/2019 | $68.61 | 2,500 | 12/9/2018 | 107,770 |
| 2/13/2019 | $70.22 | 2,500 | 12/9/2018 | 107,770 |
| 3/1/2019 | $69.00 | 3,044 | 3/7/2018 | 107,502 |
| 3/12/2019 | $70.36 | 2,500 | 12/9/2018 | 109,154 |
| 3/14/2019 | $61.72 | 2,500 | 12/9/2018 | 109,154 |
| 4/16/2019 | $52.45 | 2,500 | 12/9/2018 | 109,154 |
| 4/18/2019 | $49.83 | 2,500 | 12/9/2018 | 109,154 |
| 5/13/2019 | $53.25 | 1,574 | 12/9/2018 | 108,341 |
| 5/13/2019 | $54.40 | 926 | 12/9/2018 | 107,415 |
| 5/15/2019 | $51.52 | 100 | 12/9/2018 | 107,415 |
| 5/15/2019 | $50.40 | 2,400 | 12/9/2018 | 107,415 |
| 5/21/2019 | $50.00 | 10,607 | N/A | 96,808 |
| 6/11/2019 | $53.80 | 2,500 | 12/9/2018 | 96,808 |
| 6/13/2019 | $52.75 | 2,500 | 12/9/2018 | 96,808 |
| 6/20/2019 | $56.02 | 2,106 | 5/20/2019 | 94,702 |
| 6/27/2019 | $52.38 | 2,106 | 5/20/2019 | 92,596 |

5

EXHIBIT 6

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 7/11/2019 | $55.31 | 2,106 | 5/20/2019 | 90,490 |
| 7/25/2019 | $55.17 | 506 | 5/20/2019 | 88,384 |
| 7/25/2019 | $54.49 | 1,600 | 5/20/2019 | 88,890 |
| 8/8/2019 | $51.13 | 2,106 | 5/20/2019 | 86,278 |
| 8/22/2019 | $50.85 | 2,106 | 5/20/2019 | 84,172 |
| 9/12/2019 | $50.11 | 2,106 | 5/20/2019 | 82,066 |
| 9/26/2019 | $45.11 | 2,106 | 5/20/2019 | 79,960 |
| 10/10/2019 | $42.29 | 2,106 | 5/20/2019 | 77,854 |
| 10/24/2019 | $45.38 | 2,106 | 5/20/2019 | 75,748 |
| 11/7/2019 | $51.27 | 2,106 | 5/20/2019 | 73,642 |
| 11/21/2019 | $58.21 | 2,106 | 5/20/2019 | 71,536 |
| 11/22/2019 | $60.12 | 2,273 | N/A | 71,536 |
| 12/12/2019 | $65.04 | 2,106 | 5/20/2019 | 69,430 |
| 12/26/2019 | $71.04 | 127 | 5/20/2019 | 67,324 |
| 12/26/2019 | $69.30 | 1,479 | 5/20/2019 | 67,951 |
| 12/26/2019 | $70.40 | 500 | 5/20/2019 | 67,451 |
| 1/9/2020 | $68.02 | 2,106 | 5/20/2019 | 65,218 |
| 1/23/2020 | $57.21 | 2,106 | 5/20/2019 | 63,112 |
| 2/6/2020 | $59.17 | 2,106 | 5/20/2019 | 61,006 |
| 2/20/2020 | $63.62 | 2,106 | 5/20/2019 | 58,900 |
| 3/5/2020 | $48.67 | 180 | N/A | 76,303 |

Post-Class Period Sales

[*Unknown; terminated on September 3, 2020*]

6

EXHIBIT 6

**Bryan F. Rishe**
*Senior Vice President of Sales*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 4/5/2017 | $18.18 | 1,500 | 3/2/2017 | 104,222 |
| 5/3/2017 | $18.62 | 1,500 | 3/2/2017 | 102,722 |
| 6/5/2017 | $26.45 | 1,500 | N/A | 113,807 |
| 7/3/2017 | $28.44 | 1,500 | 3/2/2017 | 112,307 |
| 7/20/2017 | $30.41 | 1,500 | 3/2/2017 | 110,807 |
| 8/3/2017 | $28.29 | 1,500 | 3/2/2017 | 114,307 |
| 8/21/2017 | $33.57 | 1,500 | 5/31/2017 | 112,807 |
| 9/5/2017 | $32.77 | 1,500 | 3/2/2017 | 111,307 |
| 9/20/2017 | $32.86 | 1,500 | 5/31/2017 | 109.807 |
| 10/3/2017 | $31.56 | 1,500 | 3/2/2017 | 108.307 |
| 10/20/2017 | $31.87 | 1,500 | 5/31/2017 | 106,807 |
| 11/3/2017 | $27.21 | 1,500 | 3/2/2017 | 105,307 |
| 11/20/2017 | $28.51 | 1,500 | 5/31/2017 | 103,807 |
| 12/4/2017 | $29.34 | 1,500 | 3/2/2017 | 102,307 |
| 12/20/2017 | $29.54 | 1,500 | 5/31/2017 | 100,807 |
| 1/5/2018 | $28.67 | 1,500 | 3/2/2017 | 94,645 |
| 1/22/2018 | $30.92 | 1,500 | 5/31/2017 | 93,145 |
| 2/5/2018 | $31.68 | 1,500 | 3/2/2017 | 91,645 |
| 2/20/2018 | $31.07 | 1,500 | 5/31/2017 | 90,145 |
| 3/5/2018 | $31.35 | 1,500 | 3/2/2017 | 92,585 |
| 3/20/2018 | $31.02 | 1,500 | 5/31/2017 | 91,085 |
| 4/20/2018 | $35.04 | 1,500 | 5/31/2017 | 89,585 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 5/21/2018 | $46.02 | 1,500 | 5/31/2017 | 86,828 |
| 6/15/2018 | $54.77 | 900 | 5/11/2018 | 85,928 |
| 6/15/2018 | $55.59 | 2,100 | 5/11/2018 | 83,828 |
| 6/20/2018 | $55.69 | 1,500 | 5/31/2017 | 82,328 |
| 7/16/2018 | $52.49 | 3,000 | 5/11/2018 | 79,328 |
| 8/15/2018 | $57.48 | 2,900 | 5/11/2018 | 76,428 |
| 8/15/2018 | $58.47 | 100 | 5/11/2018 | 76,328 |
| 9/14/2018 | $68.63 | 2,476 | 5/11/2018 | 73,852 |

EXHIBIT 6

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 9/14/2018 | $69.30 | 524 | 5/11/2018 | 73,328 |
| 10/15/2018 | $61.72 | 3,000 | 5/11/2018 | 70,328 |
| 11/15/2018 | $56.66 | 3,000 | 5/11/2018 | 67,328 |
| 12/14/2018 | $51.22 | 3,000 | 5/11/2018 | 64,328 |
| 1/15/2019 | $59.49 | 3,000 | 5/11/2018 | 57,143 |
| 2/15/2019 | $69.44 | 3,000 | 5/11/2018 | 54,143 |
| 3/15/2019 | $62.70 | 3,000 | 5/11/2018 | 52,681 |
| 4/15/2019 | $52.98 | 3,000 | 5/11/2018 | 49,681 |
| 5/15/2019 | $51.16 | 100 | 5/11/2018 | 45,862 |
| 5/15/2019 | $50.39 | 2,900 | 5/11/2018 | 45,962 |
| 6/10/2019 | $53.75 | 193 | 5/9/2019 | 45,862 |
| 6/10/2019 | $53.25 | 4,619 | 5/9/2019 | 46,055 |
| 6/25/2019 | $53.44 | 2,725 | 5/9/2019 | 47,949 |
| 6/25/2019 | $54.31 | 2,087 | 5/9/2019 | 45,862 |
| 7/10/2019 | $55.09 | 3,580 | 5/9/2019 | 47,095 |
| 7/10/2019 | $55.78 | 1,233 | 5/9/2019 | 45,862 |
| 7/25/2019 | $54.19 | 4,012 | 5/9/2019 | 46,662 |
| 7/25/2019 | $54.92 | 800 | 5/9/2019 | 45,862 |
| 8/12/2019 | $48.63 | 4,613 | 5/9/2019 | 46,062 |
| 8/12/2019 | $49.69 | 200 | 5/9/2019 | 45,862 |
| 8/26/2019 | $48.56 | 4,099 | 5/9/2019 | 46,575 |
| 8/26/2019 | $48.98 | 713 | 5/9/2019 | 45,862 |
| 9/10/2019 | $49.00 | 1,213 | 5/9/2019 | 47,075 |
| 9/10/2019 | $48.59 | 3,600 | 5/9/2019 | 45,862 |
| 9/25/2019 | $45.77 | 4,512 | 5/9/2019 | 46,162 |
| 9/25/2019 | $46.30 | 300 | 5/9/2019 | 45,862 |
| 10/10/2019 | $43.19 | 201 | 5/9/2019 | 45,862 |
| 10/10/2019 | $42.62 | 4,612 | 5/9/2019 | 46,063 |
| 10/25/2019 | $44.88 | 4,812 | 5/9/2019 | 45,862 |
| 11/11/2019 | $51.75 | 2,713 | 5/9/2019 | 45,862 |
| 11/11/2019 | $51.24 | 2,100 | 5/9/2019 | 48,575 |
| 11/25/2019 | $62.05 | 1,157 | 5/9/2019 | 45,862 |
| 11/25/2019 | $61.80 | 3,655 | 5/9/2019 | 47,019 |
| 12/10/2019 | $64.23 | 4,813 | 5/9/2019 | 45,862 |
| 12/23/2019 | $70.00 | 3,409 | 5/9/2019 | 45,862 |
| 12/26/2019 | $70.81 | 305 | 5/9/2019 | 45,862 |
| 12/26/2019 | $69.09 | 3,980 | 5/9/2019 | 46,694 |
| 12/26/2019 | $70.04 | 527 | 5/9/2019 | 46,167 |
| 1/10/2020 | $68.77 | 2,331 | 11/21/2019 | 45,531 |

EXHIBIT 6

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 1/24/2020 | $59.19 | 2,330 | 11/21/2019 | 41,201 |
| 2/10/2020 | $58.63 | 2,330 | 11/21/2019 | 38,871 |
| 2/25/2020 | $55.75 | 2,330 | 11/21/2019 | 36,541 |
| 3/5/2020 | $48.87 | 204 | N/A | 57,518 |
| 3/10/2020 | $43.75 | 2,330 | N/A | 55,188 |
| 3/25/2020 | $40.00 | 2,331 | 11/21/2019 | 52,438 |
| 4/13/2020 | $47.26 | 2,330 | 11/21/2019 | 50,108 |
| 4/27/2020 | $52.66 | 2,330 | 11/21/2019 | 47,778 |
| 5/11/2020 | $49.22 | 2,330 | 11/21/2019 | 45,448 |
| 5/26/2020 | $50.10 | 2,330 | 11/21/2019 | 43,567 |

Post-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 6/10/2020 | $44.77 | 2,330 | 11/21/2019 | 41,237 |
| 6/25/2020 | $40.66 | 2,331 | 11/21/2019 | 38,906 |
| 2/28/2021 | $50.90 | 1,062 | N/A | 37,763 |
| 3/5/2021 | $47.15 | 196 | N/A | 37,567 |

EXHIBIT 6

### William W. Burke
*Outside Director*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|-----------------------------|
| 6/12/2017 | $25.25 | 1,500 | 5/12/2017 | 8,306 |
| 12/1/2017 | $28.86 | 2,000 | N/A | 6,306 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|-----------------------------|
| 5/14/2018 | $45.86 | 700 | N/A | 6,979 |
| 8/9/2018 | $58.74 | 5,000 | N/A | 1,979 |
| 5/4/2019 | $52.65 | 412 | 12/11/2018 | 3,721 |
| 6/18/2019 | $55.00 | 10,000 | 5/8/2019 | 3,721 |
| 5/13/2020 | $49.94 | 550 | 11/27/2019 | 5,843 |

Post-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|-----------------------------|
| 11/2/2020 | $37.50 | 1,500 | 8/6/2020 | 5,843 |
| 1/4/2021 | $45.13 | 1,500 | 8/6/2020 | 5,843 |
| 5/17/2021 | $52.08 | 800 | 8/6/2020 | 5,043 |

10

EXHIBIT 6

## **Richard J. Nigon**
### *Outside Director*

Pre-Class Period Sales

[*None*]

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|---|---|---|---|---|
| 5/15/2019 | $50.33 | 15,000 | N/A | 28,486 |
| 9/4/2019 | $49.35 | 39 | N/A | 28,622 |
| 9/5/2019 | $49.35 | 1,900 | N/A | 26,722 |
| 9/9/2019 | $49.30 | 5,354 | N/A | 21,368 |
| 9/10/2019 | $49.92 | 4,583 | N/A | 16,785 |

Post-Class Period Sales

[*None*]

11

EXHIBIT 6

## Kevin H. Roche
*Outside Director*

Pre-Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|------------------------------|
| 3/2/2017 | $19.38 | 5,692 | N/A | 198,782 |
| 3/2/2017 | $18.97 | 19,308 | N/A | 179,474 |
| 5/11/2017 | $21.53 | 30,000 | N/A | 151,784 |
| 8/28/2017 | $32.42 | 6,012 | N/A | 145,772 |
| 8/28/2017 | $32.36 | 18,988 | N/A | 126,784 |
| 12/4/2017 | $28.60 | 400 | N/A | 126,384 |
| 12/8/2017 | $27.49 | 14,600 | N/A | 111,784 |
| 3/2/2018 | $30.87 | 30,000 | N/A | 81,784 |

Class Period Sales

| Sale Date | Share Price | Shares Sold | 10b5-1 Plan Date | Shares Remaining After Sale |
|-----------|-------------|-------------|------------------|------------------------------|
| 5/10/2018 | $44.41 | 15,000 | N/A | 66,784 |
| 8/9/2018 | $58.19 | 1,134 | N/A | 67,023 |
| 8/9/2018 | $59.25 | 1,645 | N/A | 65,378 |
| 8/10/2018 | $57.37 | 12,221 | N/A | 53,157 |
| 5/10/2019 | $57.25 | 10,093 | N/A | 45,218 |
| 5/30/2019 | $50.00 | 4,907 | N/A | 40,311 |
| 8/22/2019 | $50.87 | 5,000 | N/A | 35,311 |

Post-Class Period Sales

[*None*]