# EXHIBIT 7

SEC Form 4

# FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* Mattys Gerald R. (Last) (First) (Middle) 1331 TYLER STREET NE, SUITE 200 (Street) MINNEAPOLIS  MN  55413 (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol TACTILE SYSTEMS TECHNOLOGY INC [ TCMD ] 3. Date of Earliest Transaction (Month/Day/Year) 02/14/2019 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director    10% Owner X Officer (give title below)    Other (specify below) Chief Executive Officer 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
|---|---|---|

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/14/2019 | | S[1] | | 11,245 | D | $69.4953[2] | 328,362 | D | |
| Common Stock | 02/14/2019 | | S[1] | | 21,803 | D | $70.6593[3] | 306,559 | D | |
| Common Stock | 02/14/2019 | | S[1] | | 3,070 | D | $71.4305[4] | 303,489 | D | |
| Common Stock | 02/15/2019 | | S[1] | | 12,408 | D | $69.9749[5] | 291,081 | D | |
| Common Stock | 02/15/2019 | | S[1] | | 1,474 | D | $70.4656[6] | 289,607 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Sales effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on December 12, 2018.

2. Reflects the weighted average price of 11,245 shares of common stock of Tactile Systems Technology, Inc. sold by the reporting person in multiple transactions on February 14, 2019 with sale prices ranging from $69.10 to $70.03 per share. The reporting person undertakes to provide upon request by the U.S. Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

3. Reflects the weighted average price of 21,803 shares of common stock of Tactile Systems Technology, Inc. sold by the reporting person in multiple transactions on February 14, 2019 with sale prices ranging from $70.155 to $71.14 per share. The reporting person undertakes to provide upon request by the U.S. Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

4. Reflects the weighted average price of 3,070 shares of common stock of Tactile Systems Technology, Inc. sold by the reporting person in multiple transactions on February 14, 2019 with sale prices ranging from $71.16 to $71.66 per share. The reporting person undertakes to provide upon request by the U.S. Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

5. Reflects the weighted average price of 12,408 shares of common stock of Tactile Systems Technology, Inc. sold by the reporting person in multiple transactions on February 15, 2019 with sale prices ranging from $69.425 to $70.39 per share. The reporting person undertakes to provide upon request by the U.S. Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

6. Reflects the weighted average price of 1,474 shares of common stock of Tactile Systems Technology, Inc. sold by the reporting person in multiple transactions on February 15, 2019 with sale prices ranging from $70.42 to $70.58 per share. The reporting person undertakes to provide upon request by the U.S. Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

/s/ Jonathan R. Zimmerman, Attorney-in-Fact    02/19/2019

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**