# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>                    Defendants. | Civ. No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION<br><br>DECLARATION OF ASHLEY M. PRICE IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, Ashley M. Price, hereby declare as follows:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  I respectfully submit this Declaration in Support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

2.      Attached are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 1 | Notice of Election to Decline Intervention, *U.S. ex rel. Veterans First Med. Supply LLC v. Tactile Med. Sys. Tech., Inc.*, No. 4:18-cv-02871 (S.D. Tex. Jan. 22, 2019) (ECF No. 5) |
| 2 | Order on Motion for Partial Summary Judgment, *U.S. ex rel. Veterans First Med. Supply LLC v. Tactile Med. Sys. Tech., Inc.*, No. 4:18-cv-02871 (S.D. Tex. Mar. 29, 2021) (ECF No. 114) |

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of August, 2021.



*s/ Ashley M. Price*
ASHLEY M. PRICE

- 1 -

Cases\4850-1423-9222.v1-8/18/21