# EXHIBIT 1

United States Courts
Southern District of Texas
F I L E D

**JAN 22 2019**

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNDER SEAL, | § | |
| | § | |
| | § | CIVIL ACTION NO. 18-cv-2871 |
| Plaintiffs, | § | |
| | § | Judge Lynn N. Hughes |
| v. | § | |
| | § | FILED UNDER SEAL |
| | § | |
| UNDER SEAL, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

**[Attention Sealed Clerk]**

United States Courts
Southern District of Texas
F I L E D

JAN 22 2019

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **VETERANS FIRST MEDICAL SUPPLY LLC,** | § § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. 18-cv-2871** |
| **v.** | § § § | **Judge Lynn N. Hughes** |
| **TACTILE MEDICAL SYSTEMS TECHNOLOGY, INC.,** | § § § | **FILED UNDER SEAL** |
| **Defendant.** | § § | |

### UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States

reserves its right to order any deposition transcripts, to intervene in this action, for good cause at a later date, and to seek the dismissal of the relator's action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Respectfully submitted,

JOSEPH H. HUNT
ASSISANT ATTORNEY GENERAL

RYAN K. PATRICK
UNITED STATES ATTORNEY

MELISSA M. GREEN
Assistant United States Attorney
Texas Bar # 24097419
Southern District of Texas Bar No. 2982744
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9519
Facsimile: (713) 718-3309
Email: Melissa.Green@usdoj.gov

ATTORNEYS IN CHARGE FOR
THE UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention and accompanying Order were served by first class mail, postage prepaid, on January 22, 2019, to:

J. Mark Brewer
Brewer, Pritchard & Buckley, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas 77056

Todd Slobin
Sidd Rao
Shellist Lazaraz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

Attorney for Plaintiff/Relator

MELISSA M. GREEN
Assistant United States Attorney