# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>  Defendants. | Civ. No. 20-2074-NEB-BRT<br><br>**ORDER ON STIPULATION FOR PROTECTIVE ORDER** |

Based upon the Stipulation for Protective Order (Doc. No. 93) filed by the parties on May 17, 2022, IT IS HEREBY ORDERED that the Stipulation for Protective Order is GRANTED.

DATED: May 20, 2022

　　　　　　　　　　　　　　　*s/ Becky R. Thorson*
　　　　　　　　　　　　　　　BECKY R. THORSON
　　　　　　　　　　　　　　　U.S. Magistrate Judge