# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, individually and on behalf of all others similarly situated, and ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, | Case No. 20-CV-2074 (NEB/BRT) |
| Plaintiffs, | |
| v. | ORDER |
| TACTILE SYSTEMS TECHNOLOGY, INC., GERALD R. MATTYS, LYNN L. BLAKE, BRENT A. MOEN, WILLIAM W. BURKE, ROBERT J. FOLKES, RICHARD J. NIGON, BRYAN F. RISHE, and KEVIN H. ROCHE, | |
| Defendants. | |

This matter is before the Court on Plaintiff's letter to United States Magistrate Judge Becky R. Thorson dated June 7, 2022. (ECF No. 106.)

Plaintiff's amended complaint alleged, among other claims, that Tactile Systems Technology, Inc., Gerald Mattys, Lynn Blake, and Brent Moen violated Section 10(b) of the Securities and Exchange Act of 1934 and SEC Rule 10b-5(b) ("Count I"). (ECF No. 49 ¶¶ 288–92.) In March 2022, the Court granted in part and denied in part Defendants' motion to dismiss, and dismissed Count I as against Blake and Moen, among other claims. (ECF No. 81 ("March Order") at 65.) Plaintiff now seeks clarification as to whether

outside directors William Burke, Richard Nigon, and Kevin Roche are individual defendants as to Count I. They are not.

Plaintiff did not name Burke, Nigon, or Roche as individual defendants in Count I. Plaintiffs did allege that Burke, Nigon, and Roche (and others) violated Sections 10(b), 20(a), and 20A of the Exchange Act and Rule 10b-5(a) and (c) in Counts II–IV. In connection with Defendants' motion to dismiss, the parties addressed the alleged actions and scienter of all Defendants, including Burke, Nigon, and Roche. And rightly so. Count II alleges a scheme liability claim, which requires Plaintiff to show that each defendant committed a deceptive act with scienter. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, 845 F.3d 384, 389 (8th Cir. 2016). Like the parties, the Court analyzed the actions and scienter of the individual defendants in deciding whether the amended complaint stated claims upon which relief may be granted. In doing so, the Court did not intend to amend Count I to *add* claims that Plaintiff did not assert in its amended complaint.

Because no claims remain pending against William Burke, Richard Nigon, or Kevin Roche, these defendants are DISMISSED from this action.

Dated: July 7, 2022                    BY THE COURT:

                                       s/Nancy E. Brasel
                                       Nancy E. Brasel
                                       United States District Judge

2