## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| | ) | Civ. No. 0:20-cv-2074-NEB-BRT |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TACTILE SYSTEMS TECHNOLOGY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Defendants in the above-captioned action, through their undersigned counsel, hereby move the Court under Federal Rule of Civil Procedure 37 to compel Lead Plaintiff St. Clair County Employees' Retirement System to supplement its discovery responses and provide all responsive information to Defendants' Interrogatory No. 1 and Request for Production No. 14, which seek damages-related information and documents.

The grounds for this motion are set forth in the Memorandum in Support of Defendants' Motion to Compel Discovery, filed and served herewith, along with the Declaration of Matthew Kilby filed in support, the supporting exhibits, and all other records and files in this action.

1

Date:  September 9, 2022.

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Matt Kilby*

Matthew Kilby (#0335083)
Rory F. Collins (#0397415)
Anderson Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

*Attorneys for Defendants Tactile Systems Technology, Inc., Gerald Mattys, Lynn Blake, Brent Moen, Robert Folkes, and Bryan Rishe*