## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRIAN MART, Individually and on Behalf )
of All Others Similarly Situated, )

                               )    Civ. No. 0:20-cv-2074-NEB-BRT

         Plaintiff, )

                     )

vs. )

                     )

TACTILE SYSTEMS TECHNOLOGY, )
INC., et al., )

                     )

         Defendants. )

                     )

## L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Matthew Kilby, certify that Defendants' Motion to Compel Discovery complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Memorandum of Law contains a total of 3,047 words, exclusive of the caption and signature block.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count.

1

Date:  September 9, 2022.

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Matt Kilby*

Matthew Kilby (#0335083)
Rory F. Collins (#0397415)
Anderson Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

*Attorneys for Defendants Tactile Systems Technology, Inc., Gerald Mattys, Lynn Blake, Brent Moen, Robert Folkes, and Bryan Rishe*