**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Civ. No. 0:20-cv-2074-NEB-BRT |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TACTILE SYSTEMS TECHNOLOGY, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## DECLARATION OF MATTHEW KILBY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY

I, Matthew Kilby, declare as follows:

1. I am over the age of 18 and have personal knowledge of the following facts.

2. I am an attorney with the law firm of Faegre Drinker Biddle & Reath LLP and am counsel of record in this case on behalf of Defendants in the above-captioned action.

3. I make this declaration in support of Defendants' Motion to Compel Discovery. I have personal knowledge of the facts set forth herein.

4. Attached as **Exhibit A** is a true and correct copy of a letter I sent to Plaintiff's lead counsel, Ashley Price, dated July 17, 2022.

5. Attached as **Exhibit B** is a true and correct copy of a letter Ms. Price sent to me in response to my July 17 letter, dated July 25, 2022.

1

6.      Attached as **Exhibit C** is a true and correct copy of Plaintiff's Initial Disclosures, served on May 4, 2022.

7.      Attached as **Exhibit D** is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Interrogatories, served on May 31, 2022.

8.      Attached as **Exhibit E** is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Requests for Production, served on May 31, 2022.

9.      Attached as **Exhibit F** is a true and correct copy of Tactile's quarterly statement ("10-Q") for the second quarter of 2022, filed August 1, 2022.

10.     As of September 2, 2022, Defendants have produced over 75,000 documents to Plaintiff. These documents include deposition transcripts, declarations, and expert reports from the *qui tam* case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2022.

*/s/ Matt Kilby*
Matthew Kilby

2