# Exhibit C

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civ. No. 0:20-cv-02074-NEB-BRT

<u>CLASS ACTION</u>

LEAD PLAINTIFF ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Lead Plaintiff St. Clair County Employees' Retirement System ("Lead Plaintiff"), on behalf of the putative class, issues the following disclosures. These initial disclosures are made without waiver of, or prejudice to, any current or future objections Lead Plaintiff may have. Lead Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state laws; (f) undue burden; (g) materiality; (h) overbreadth; and (i) the admissibility in evidence of these initial disclosures or the subject matter thereof.

Lead Plaintiff has not yet completed its investigation of this case, and discovery is in its preliminary stages. Discovery will likely reveal additional documents, individuals and/or entities likely to have discoverable information that Lead Plaintiff may use to support its claims. As such, Lead Plaintiff reserves the right to clarify, amend, modify or supplement the information contained in these initial disclosures in accordance with the scheduling order, Federal Rules of Civil Procedure and Local Rules.

## I. Disclosure of Persons Who May Have Discoverable Information Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Lead Plaintiff hereby submits that the following individuals and entities are likely to have discoverable information that Lead Plaintiff may use to support the claims alleged in the Amended Class Action Complaint (ECF 49) ("Complaint"). This list is not exhaustive; Lead Plaintiff anticipates that other individuals and entities may have information relevant to the issues in this litigation, and these disclosures are made based upon information reasonably available to

- 1 -

Lead Plaintiff at this stage of the litigation and without prejudice to Lead Plaintiff's right to identify or rely on facts provided by additional witnesses. Lead Plaintiff incorporates by reference any other individuals or entities identified by any other party in this litigation. Documents in the possession, custody, or control of defendants Tactile Systems Technology, Inc. ("Tactile"), Gerald R. Mattys, Lynn L. Blake, Brent A. Moen, Robert J. Folkes, Bryan F. Rishe, William W. Burke, Richard J. Nigon, and Kevin H. Roche (collectively, "Individual Defendants," and with Tactile, "Defendants") and third parties to this litigation are likely to contain information identifying other witnesses Lead Plaintiff may use to support its claims. Lead Plaintiff reserves the right to supplement or amend the following lists as discovery proceeds, in the manner and as required by Federal Rule of Civil Procedure 26(e)(1).

Lead Plaintiff has identified addresses and telephone numbers where known but makes no representations as to the accuracy of such information, particularly with respect to any third parties that have been identified.

### A.    Lead Plaintiff

Lead Plaintiff states the following representatives may possess information relating to, *inter alia*, Lead Plaintiff's: (i) standing; (ii) adequacy and typicality under Federal Rule of Civil Procedure 23; and (iii) transactions in Tactile common stock during the Class Period (as defined in the Complaint):

| Name | Contact Information |
|---|---|
| St. Clair County Employees' Retirement System | c/o Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Ste. 1900<br>San Diego, CA  92101<br>(619) 231-1058 |

- 2 -

4877-1907-1006.v1

**B.  Lead Plaintiff's Investment Advisors**

Lead Plaintiff states that the following investment managers, advisors, agents and/or

representatives may have discoverable information relating to Lead Plaintiff's transactions of

Tactile common stock during the Class Period, which Lead Plaintiff may use to support its

claims:

| Name | Contact Information |
|---|---|
| Geneva Capital Management, LLC | 411 E. Wisconsin Avenue, Ste. 2320<br>Milwaukee, WI  53202<br>(414) 224-6002 |
| The Brice Group / Morgan Stanley Graystone Consulting & Private Wealth Management | 34901 Woodward Avenue, Ste. 300<br>Birmingham, MI  48009<br>(248) 988-2389 |
| Fifth Third Bank, NA | 38 Fountain Square Plaza<br>Cincinnati, OH  45263<br>(800) 972-3030 |

**C.  Defendants**

Defendants are likely to have discoverable information regarding the subject matter of

Lead Plaintiff's claims and any purported defenses.

Defendants are:

| Name | Contact Information |
|---|---|
| Tactile Systems Technology, Inc., d/b/a Tactile Medical | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Gerald R. Mattys | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |

- 3 -

| | |
|---|---|
| Lynn L. Blake | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Brent A. Moen | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Robert J. Folkes | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Bryan F. Rishe | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| William W. Burke | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Richard J. Nigon | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Kevin H. Roche | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |

**D.    Current and Former Tactile Directors, Officers, Executives and Employees**

Lead Plaintiff expects its investigation and the parties' meet and confer efforts will

identify current and former employees with discoverable information relevant to Lead

- 4 -

4877-1907-1006.v1

Plaintiff's claims, including the current addresses and telephone numbers of these persons.

Lead Plaintiff has thus far identified certain individuals currently or formerly associated with

Tactile whom Lead Plaintiff believes may have discoverable information that Lead Plaintiff

may use to support its claims in this action, other than information to be used solely for

impeachment. These individuals may have information including, but not limited to, the

following general categories: Tactile's business, financial reporting, and compliance with

federal laws and regulations; Tactile's sales practices involving illegal kickbacks that

targeted Tactile's VA and CMS sales channels; and Defendants' materially false and

misleading statements and omissions as alleged in the Complaint, including public

statements concerning Tactile's revenue growth and the market size for its primary product,

and concealing Defendants' sales practices involving illegal kickbacks to doctors and

trainers. These individuals and their last known contact information, if found, are listed

below:

| Name | Contact Information |
|---|---|
| Aldridge, Mark | St. Paul, MN |
| Comerota, Anthony | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Dean, Steven | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Demchuk, Brett | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |

- 5 -

| Name | Contact Information |
| --- | --- |
| Hansen, Jill | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>(612)  766-7000 |
| Hoy, Sunday | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Huggenberger, Ray | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Karni, Ron J. | Memorial Hermann<br>UT Physicians - Ear, Nose & Throat<br>6400 Fannin Street, Ste. 2080<br>Houston, TX  77030<br>(713) 486-5000 |
| Larsen, Bjorn | Sonex Health Inc.<br>950 Blue Gentian Road, Ste. 200<br>Eagan, MN  55121<br>(888) 518-8780 |
| O'Donnell, Jr., Thomas J. | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Oenning, Darin J. | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Pearson, Mark | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |

4877-1907-1006.v1

| Name | Contact Information |
|---|---|
| Pittman, Christopher | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Pegus, Cheryl | Walmart Inc.<br>702 S.W. 8th Street<br>Bentonville, AR  72712 |
| Schenk, Rebecca | Urovant Sciences, Inc.,<br>5281 California Avenue, Ste. 100<br>Irvine, CA  92617<br>(833) 876-8268 |
| Soderberg, Peter | c/o Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000 |
| Stracke, Jay | Minneapolis, MN |
| Thompson, Mary M., a.k.a. "Maggie" | Boise, ID |
| Weiss, Jeannie | Baxter International Inc.<br>One Baxter Parkway<br>Deerfield, IL  60015<br>(224) 948-2000 |
| Wennen, Darren | Avation Medical<br>1375 Perry Street<br>Columbus, OH  43201<br>(614) 591-4201 |

### E.    Non-Parties

1.    The following individuals and/or entities may have information that Lead Plaintiff may use to support the claims alleged in the Complaint, including, but not limited to, the following general categories: Defendants' illegal sales practices involving kickbacks to doctors and trainers; the market size for Tactile's primary product, including the incidence and prevalence of lymphedema diagnoses; Tactile's financial reporting, internal controls, and compliance with federal laws and regulations; and Tactile's reported revenue in its VA and

- 7 -

4877-1907-1006.v1

CMS sales channels.  These non-party individuals and entities, and their last known contact

information, are listed below:

| Name | Contact Information |
|---|---|
| Allen, Jody | c/o Brewer & Pritchard, P.C.<br>800 Bering Drive, Ste. 201A<br>Houston, TX  77057<br>(713) 903-2731 |
| Altman, Igor A. | University of Illinois Health<br>Outpatient Care Center, Ste. 3F<br>1801 W. Taylor Street<br>Chicago, IL  60612<br>(312) 355-4300 |
| Baltazar, Ulises | Houston Methodist Hospital – Texas Medical Center<br>6565 Fannin Street<br>Houston, TX  77030<br>(281) 240-8400 |
| Bhayani, Mihir | Rush University Medical Group<br>Rush Otolaryngology, Head and Neck Surgery – Chicago<br>1611 W. Harrison Street, Orthopedic Building Ste. 550<br>Chicago, IL  60612<br>(312) 942-6100 |
| Gonzalez, Norma | Corpus Christi, TX |
| Kirakosian, Arman | Dignity Health<br>Associated Podiatry Group at San Carlos<br>961 Laurel Street, Ste. 100<br>San Carlos, CA  94070<br>(650) 918-5646 |
| Melin, Matthew M. | M Health Fairview Southdale Hospital<br>6401 France Avenue S.<br>Edina, MN  55435<br>(952) 924-5000 |
| Morrissey, Nicholas | Columbia University Irving Medical Center/<br>Herbert Irving Pavilion<br>161 Fort Washington Avenue, Ste. 538<br>New York, NY  10032<br>(212) 342-2929 |

- 8 -

| Name | Contact Information |
|---|---|
| Radhakrishnan, Jay K. | Texas Interventional Associates<br>9191 Pinecroft Drive, Ste. 200<br>Shenandoah, TX  77380<br>(936) 273-7700 |
| Rhoudes, Brandi | VA Medical Center Big Spring Texas<br>300 W. Veterans Boulevard<br>Big Spring, TX  79720<br>(432) 263-7361 |
| Satwah, Vinay | Center for Vein Restoration<br>7300 Hanover Drive, Ste. 303<br>Greenbelt, MD  20770<br>(888) 410-1388 |
| Vasquez, Michael A. | Venous Institute of Buffalo<br>4927 Main Street, Ste. 400<br>Amherst, NY  14226<br>(716) 877-7000 |
| Chi, Willy Yung-Wei | University of California Davis Health, Vascular Center<br>Lawrence J. Ellison Ambulatory Care Center<br>4860 Y Street, Ste. 2100<br>Sacramento, CA  95817<br>(916) 734-3800 |

| Entity | Contact Information |
|---|---|
| Blue Health Intelligence, LLC | 225 North Michigan Avenue<br>Chicago, IL  60601<br>(312) 540-5151 |
| Grant Thornton, LLP | 200 South 6th Street, Ste. 1400<br>Minneapolis, MN  55402<br>(612) 332-0001 |
| OSS Research | Unknown |
| Veterans First Medical Supply | c/o Brewer & Pritchard, P.C.<br>800 Bering Drive, Ste. 201A<br>Houston, TX  77057<br>(713) 903-2731 |

2. During the Class Period, Tactile was covered by a number of securities analysts employed by the following firms who may have discoverable information regarding the subject matter of Lead Plaintiff's claims as alleged in the Complaint, including, but not

- 9 -

limited to: Defendants' communications with securities analysts; Defendants' statements to the market during the Class Period; disclosures by and about Tactile; transactions in Tactile common stock; and/or the materiality of Defendants' misstatements and omissions:

| Name | Contact Information |
| --- | --- |
| BTIG LLC | 65 East 55th Street<br>New York, NY  10022<br>(212) 593-7555 |
| Canaccord Genuity LLC | 44 Montgomery Street, Ste. 1600<br>San Francisco, CA  94104<br>(415) 229-7171 |
| Dougherty & Company LLC | 90 South Seventh Street, Ste. 4300<br>Minneapolis, MN  55402<br>(612) 376-4000 |
| Guggenheim Securities, LLC | 330 Madison Avenue<br>New York, NY  10017<br>(212) 739-0700 |
| Northland Securities Inc. | 45 South 7th Street, Ste. 2000<br>Minneapolis, MN  55402<br>(612) 851-5900 |
| Oppenheimer & Co. Inc. | 85 Broad Street<br>New York, NY  10004<br>(212) 668-8000 |
| Piper Jaffray & Co., n/k/a Piper Sandler Companies | 800 Nicollet Mall, Ste. 900<br>Minneapolis, MN  55402<br>(612) 303-6000 |
| William Blair & Company, LLC | The William Blair Building<br>150 North Riverside Plaza<br>Chicago, IL  60606<br>(312) 236-1600 |

3.    The following government agencies, as well as representatives and/or employees of these agencies may have discoverable information that Lead Plaintiff may use to support its claims alleged in the Complaint:

| Name | Contact Information |
| --- | --- |
| U.S. Centers for Medicare & Medicaid Services | 7500 Security Boulevard<br>Baltimore, MD  21244<br>(877) 267-2323 |

- 10 -

4877-1907-1006.v1

| Name | Contact Information |
|------|---------------------|
| U.S. Department of Justice | 950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>(202) 514-2000 |
| U.S. Department of Veterans Affairs | 810 Vermont Avenue, NW<br>Washington, DC  20420<br>(800) 698-2411 |
| U.S. Securities and Exchange Commission | 100 F Street, NE<br>Washington, DC  20549<br>(202) 551-6551 |

## II.      Disclosure of Categories of Documents Within Lead Plaintiff's Control Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Lead Plaintiff, based on the information currently in its possession, custody and control, identify the following categories of documents that it may use to support the claims alleged in the Complaint: records identifying and concerning Lead Plaintiff's transactions in Tactile's common stock; documents regarding Tactile that were publicly filed with the SEC, or are publicly available transcripts of conference calls with financial analysts, media articles, press releases and analyst reports; and documents referenced in the Complaint.  Lead Plaintiff reserves the right to use any and all documents produced by any other party or non-party in this action.

## III.     Computation of Damages Under Federal Rule of Civil Procedure 26(a)(1)(A)(iii)

As stated in the Complaint, Lead Plaintiff, on behalf of itself and the Class, seeks damages, including interest; reasonable costs, including attorneys' fees and expenses; and such equitable/inactive relief or other relief as the Court may deem just and proper.  Lead Plaintiff reserves the right to seek other damages in this action.

- 11 -

4877-1907-1006.v1

The calculation of damages in this action requires expert testimony and discovery. Lead Plaintiff will provide its expert opinion(s) on damages in accordance with Federal Rule of Civil Procedure 26 and at the time set forth in the operative scheduling order. Thus, the computation of damages at this point is premature. Once discovery has been conducted and Lead Plaintiff's expert(s) have calculated damages, this calculation will be provided to Defendants.

**IV.     Production of an Applicable Insurance Agreement that May Be Used to Satisfy All or Part of a Judgment Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv)**

Lead Plaintiff does not have in its possession, custody or control any insurance agreements subject to disclosure under Federal Rule of Civil Procedure 26(a)(1)(A)(iv).

DATED: May 4, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD
(admitted *pro hac vice*)
ASHLEY M. PRICE
(admitted *pro hac vice*)
NICOLE Q. GILLILAND
(admitted *pro hac vice*)

_____
ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
aprice@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 12 -

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

ZIMMERMAN REED LLP
CAROLYN G. ANDERSON, MN 275712
JUNE P. HOIDAL, MN 033330X
BEHDAD C. SADEGHI, MN 393374
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

Local Counsel

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

Counsel for Plaintiff Brian Mart

- 13 -

4877-1907-1006.v1

## DECLARATION OF SERVICE BY EMAIL

I, Mara Waligurski, not a party to the within action, hereby declare that on May 4, 2022, I served the attached LEAD PLAINTIFF ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A) on the parties in the within action by email addressed as follows:

## COUNSEL FOR PLAINTIFFS:

| NAME | FIRM | EMAIL |
|---|---|---|
| Jessica T. Shinnefield<br>Ashley M. Price<br>Nicole Q. Gilliland<br>Joseph J. Tull | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) | jshinnefield@rgrdlaw.com<br>aprice@rgrdlaw.com<br>ngilliland@rgrdlaw.com |
| Carolyn G. Anderson<br>June P. Hoidal<br>Behdad C. Sadeghi | ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402<br>Telephone:  612/341-0400<br>612/341-0844 (fax) | Carolyn.Anderson@zimmreed.com<br>June.Hoidal@zimmreed.com<br>Behdad.Sadeghi@zimmreed.com |
| Thomas C. Michaud | VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, MI  48201<br>Telephone:  313/578-1200<br>313/578-1201 (fax) | tmichaud@vmtlaw.com |

| Reed R. Kathrein<br>Lucas E. Gilmore | HAGENS BERMAN<br>SOBOL SHAPIRO LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710<br>Telephone: 510/725-3000<br>510/725-3001 (fax) | reed@hbsslaw.com<br>lucasg@hbsslaw.com |
| --- | --- | --- |
| Steve W. Berman | HAGENS BERMAN<br>SOBOL SHAPIRO LLP<br>1301 Second Avenue<br>Suite 2000<br>Seattle, WA 98101<br>Telephone: 206/623-7292<br>206/623-0594 (fax) | steve@hbsslaw.com |

## COUNSEL FOR DEFENDANTS:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Wendy J. Wildung<br>Matthew Kilby<br>Anderson C. Tuggle | FAEGRE DRINKER<br>BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>99 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: 612/766-7000 | wendy.wildung@faegredrinker.com<br>matthew.kilby@faegredrinker.com<br>anderson.tuggle@faegredrinker.com |

**\*** Denotes service via hand delivery and email

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2022, at San Diego, California.

MARA WALIGURSKI