UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al.,<br><br>                Defendants. | Civ. No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION<br><br>LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING LEAD PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS |

I, Ashley M. Price, certify that Memorandum of Law in Support of Lead Plaintiff's Motion to Compel the Production of Documents complies with LR7.1(f).

I further certify that, in preparation of this memorandum, Word 2010 was used, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  The font is 13 point Times New Roman.

I further certify that the above referenced memorandum contains 8,623 words.

DATED:  September 9, 2022                    ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
                                                            JESSICA T. SHINNEFIELD
                                                            (admitted *pro hac vice*)
                                                            ASHLEY M. PRICE
                                                            (admitted *pro hac vice*)
                                                            NICOLE Q. GILLILAND
                                                            (admitted *pro hac vice*)
                                                            JOSEPH J. TULL
                                                            (admitted *pro hac vice*)


                                                                    s/ Ashley M. Price
                                                            ASHLEY M. PRICE

                                                            655 West Broadway, Suite 1900
                                                            San Diego, CA  92101
                                                            Telephone:  619/231-1058
                                                            619/231-7423 (fax)
                                                            jshinnefield@rgrdlaw.com
                                                            aprice@rgrdlaw.com
                                                            ngilliland@rgrdlaw.com
                                                            jtull@rgrdlaw.com

                                                            Lead Counsel for Lead Plaintiff

- 1 -

4860-9141-3042.v1

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

ZIMMERMAN REED LLP
CAROLYN G. ANDERSON, MN 275712
JUNE P. HOIDAL, MN 033330X
BEHDAD C. SADEGHI, MN 393374
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

Local Counsel

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
(admitted *pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

- 2 -

4860-9141-3042.v1

- 3 -

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

Counsel for Plaintiff Brian Mart

4860-9141-3042.v1