UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, <br><br>                Plaintiff, <br><br>     vs. <br><br> TACTILE SYSTEMS TECHNOLOGY, INC., et al., <br><br>               Defendants. | Civ. No. 0:20-cv-02074-NEB-BRT <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF ASHLEY M. PRICE IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS |

4866-3562-9874.v1

I, Ashley M. Price, hereby declare as follows:

1.     I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff St. Clair County Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  I respectfully submit this Declaration in Support of Lead Plaintiff's Motion to Compel the Production of Documents.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:   Lead Plaintiff's First Request for Production of Documents to Defendants, dated April 29, 2022;

Exhibit 2:   Defendants' Joint Written Response to Requests for Production of Documents by Lead Plaintiff (Set I), dated June 7, 2022;

Exhibit 3:   Letter from Ashley Price, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated June 30, 2022;

Exhibit 4:   Letter from Matthew Kilby, counsel for Defendants, to Ashley Price, counsel for Lead Plaintiff, dated July 19, 2022;

Exhibit 5:   Letter from Nicole Gilliland, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated July 29, 2022 **[FILED UNDER SEAL]**;

Exhibit 6:   Letter from Nicole Gilliland, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated August 19, 2022, sent at 5:17 P.M. PT;

Exhibit 7:   Document titled: "Defendants' Custodians and Search Terms," attached to Defendants' July 20, 2022 email;

Exhibit 8:   Letter from Matthew Kilby, counsel for Defendants, to Nicole Gilliland, counsel for Lead Plaintiff, dated August 25, 2022;

Exhibit 9:   Letter from Matthew Kilby, counsel for Defendants, to Nicole Gilliland, counsel for Lead Plaintiff, dated August 12, 2022;

Exhibit 10:  Letter from Nicole Gilliland, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated August 19, 2022, sent at 4:19 P.M. PT **[FILED UNDER SEAL]**;

- 1 -

4866-3562-9874.v1

Exhibit 11:    Email from Nicole Gilliland, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated July 1, 2022;

Exhibit 12:    Email from Nicole Gilliland, counsel for Lead Plaintiff, to Matthew Kilby, counsel for Defendants, dated August 12, 2022;

Exhibit 13:    Document titled: "Lead Plaintiff's Counter-Proposal to Defendants' Proposed Search Parameters," attached to Lead Plaintiff's August 12, 2022 email;

Exhibit 14:    Letter from Matthew Kilby, counsel for Defendants, to Nicole Gilliland, counsel for Lead Plaintiff, dated August 18, 2022;

Exhibit 15:    Tactile Medical Training Guide for Product Specialists, Managers and Field Trainers, dated January 2, 2018 (Bates No. TACTILE_SECLIT_00074236) **[FILED UNDER SEAL]**;

Exhibit 16:    Tactile Medical Status Report (Bates No. TACTILE_SECLIT _00137689) **[FILED UNDER SEAL]**;

Exhibit 17:    Prescriber List (Bates No. TACTILE_SECLIT_ 00045711) **[FILED UNDER SEAL]**;

Exhibit 18:    Tactile Medical Presentation, Account Development for Revenue Acceleration (Bates No. TACTILE_SECLIT_00236924) **[FILED UNDER SEAL]**;

Exhibit 19:    *United States v. Tactile Sys. Tech.*, No. 4:18-cv-02871 (S.D. Tex.), Excerpts from the Deposition Transcript of Jackie Gorham, dated July 20, 2021 (Bates No. TACTILE_SECLIT_00286287) **[FILED UNDER SEAL]**;

Exhibit 20:    Tactile Medical Key Opinion Leader (KOL) Event Planning Kit, Event Date September 13, 2018 (Bates No. TACTILE_SECLIT_00158687) **[FILED UNDER SEAL]**;

Exhibit 21:    Tactile Medical Key Opinion Leader (KOL) Event Planning Kit, Event Date August 1, 2019 (Bates No. TACTILE_SECLIT_00176940) **[FILED UNDER SEAL]**;

Exhibit 22:    Event Logistics Form, Event Date March 30, 2020 (Bates No. TACTILE_SECLIT_00245430) **[FILED UNDER SEAL]**;

Exhibit 23:    Tactile Medical Presentation, Key Opinion Leader (KOL) Program Best Practices, dated 2018 (Bates No. TACTILE_SECLIT_00050607) **[FILED UNDER SEAL]**;

- 2 -

4866-3562-9874.v1

Exhibit 24: Tactile Medical KOL Programs Reporting (Bates No. TACTILE_SECLIT_00021590) **[FILED UNDER SEAL]**;

Exhibit 25: Emails between Kristen Weaver and Megan Mosbek, dated May 13 and 22, 2018 (Bates No. TACTILE_SECLIT_00051192) **[FILED UNDER SEAL]**;

Exhibit 26: Emails between Jackie Gorham and Brad McAtee, dated January 3 and 5, 2020 (Bates No. TACTILE_SECLIT_00110838) **[FILED UNDER SEAL]**;

Exhibit 27: Tactile Medical Sales Update Quarterly Business Review, Q-1 2020 (Bates No. TACTILE_SECLIT_00090480) **[FILED UNDER SEAL]**;

Exhibit 28: Tactile Medical Presentation, 2018 National Sales Meeting (Bates No. TACTILE_SECLIT_00211121) **[FILED UNDER SEAL]**;

Exhibit 29: Tactile Medical 2017 Performance Review, Jackie Gorham, dated April 12, 2018 (Bates No. TACTILE_SECLIT_00215624) **[FILED UNDER SEAL]**; and

Exhibit 30: A side-by-side comparison of the parties' search terms for Requests 14, 15, 18, 19, and 20.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2022.

s/ Ashley M. Price
ASHLEY M. PRICE

- 3 -

4866-3562-9874.v1

# Mailing Information for a Case 0:20-cv-02074-NEB-BRT Mart et al v. Tactile Systems Technology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carolyn G Anderson**
  carolyn.anderson@zimmreed.com,karen.colt@zimmreed.com

- **Rory Collins**
  rory.collins@faegredrinker.com,katie.daubenmeyer@faegredrinker.com

- **Nicole Quaid Gilliland**
  ngilliland@rgrdlaw.com

- **Lucas Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com,mmorgan@gustafsongluek.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com

- **June Pineda Hoidal**
  june.hoidal@zimmreed.com,julianne.vannorman@zimmreed.com

- **Matthew B Kilby**
  matthew.kilby@faegredrinker.com,terrilyn.storlien@faegredrinker.com

- **Ashley M Price**
  aprice@rgrdlaw.com,CReis@ecf.courtdrive.com,e_file_SD@rgrdlaw.com,creis@rgrdlaw.com

- **Behdad C Sadeghi**
  behdad.sadeghi@zimmreed.com,leslie.harms@zimmreed.com

- **Jessica Shinnefield**
  jshinnefield@rgrdlaw.com,e_file_SD@rgrdlaw.com,JShinnefield@ecf.courtdrive.com,mwaligurski@rgrdlaw.com

- **Anderson Tuggle**
  anderson.tuggle@faegredrinker.com,mimi.dilorenzo@faegredrinker.com

- **Joseph J. Tull**
  jtull@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)