# EXHIBIT 7

Mart v. Tactile
Defendants' Custodians and Search Terms

| RFP No. | Custodians | Search Term |
|---|---|---|
| 1(f) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Blake, Lynn | ("qui tam" or "relator" or "Veteran's First" or "VFMS") /15 (effect! or affect! alter! or impact! or impair! or influence!) /15 (profit! or revenue!  or financ!) |
| 1(g) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Weaver, Kristen<br>Blake, Lynn | "qui tam" or "relator" or "Veteran's First" or "VFMS"<br><br>[Limit to date range April 29, 2019 – May 6, 2019] |
| 1(h) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Blake, Lynn | ("qui tam" or "relator" or "Veteran's First" or "VFMS") /15 (effect! or affect! or alter! or impact! or impair! or influence!) /15 (share! stock! or equit! or secur! or price!) |
| 3(i) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Wennen, Darren<br>Blake, Lynn | ("10-K" or form! or "SEC" or filing! or disclos! or statement!) /20 trainer! /20 (change! or delet! or modif! or edit!)<br><br>Limit to period two months before filing. |
| 14 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday | ("VA" or "veteran's affairs" or "CMS" or "centers for Medicaid and medicare" or "DOJ" or "U.S. attorney" or "AUSA" or "US attorney" or "USAO" or "department of justice" or "SEC" or "securities and exchange commission") /15 (inquir! or audit! or investiga! or request!) /50 (trainer! or "KOL" or "key opinion leader") |

1

| 15(a) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>O'Donnell, Thomas<br>Wennen, Darren | ("TAM" or "total addressable market") /15 (estimate! or stud! or analy! or data! or diagnos!) /40 ("flexitouch" or "FT") |
|---|---|---|
| 15(b) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>O'Donnell, Thomas<br>Wennen, Darren | Lymphedema! /10 diagnos! /15 (estimate! or stud! or analy! or data!) |
| 16 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald | Lymphedema! /10 (diagnos! or patient!) /15 ((estimate! or stud! or analy! or data!) OR (("flexitouch" or "FT") /15 market!))<br><br>"Health and economic benefits of advanced pneumatic compression devices in patients with phlebolymphedema" or "health and economic benefits" OR ("o'donnell" /15 (study! or article! or piece!)) |
| 18 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Hoy, Sunday | (("10-K" or "8-K" or "10-Q") OR ((earnings!) /5 (call! or release!)) /20 (draft! or memo! or analys! or script! or meeting! or present!) |
| 19 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex | (call! or present! or meeting! or report! or statement! or agenda! or script!) /30 (shareholder! or analyst! or media! or publication! or press! or reporter! or journalist! or banker! or investor!) /30 (("TAM" or "total addressable market") or ("KOL" or "key opinion leader") or trainer! or ("qui tam" or "relator" or "Veteran's First" or "VFMS")) |

2

| | Weaver, Kristen<br>Oberle, Julie | |
|---|---|---|
| 20 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | (stud! or analy! or data! or review! or report! or memo!) /20 (("KOL" or "key opinion leader") or trainer!) /20 (trend! or uncertainty! or effect! or affect! alter! or impact! or impair! or influence!) /20 (profit! or revenue!  or financ! or income!) |
| 25(a) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan | (share! or stock! or secur! or equit!) /15 efficien! /15 market! |
| 25(b) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | (share! or stock! or secur! or equit!) /15 (price! or cost!) /15 (move! or up! or down! or change! or fall! or rise! or alter! or impair! or impact!) /25 (("TAM" or "total addressable market") or ("KOL" or "key opinion leader") or trainer! or ("qui tam" or "relator" or "Veteran's First" or "VFMS")) |
| 25(c) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Blake, Lynn | (share! or stock!) and (price! or decline! or down! or fall!)<br><br>[Limit to date range March 19-25, 2019 and June 6-11, 2020] |

3