# EXHIBIT 11

| | |
|---|---|
| **From:** | Nicole Gilliland |
| **To:** | "Kilby, Matthew"; Ashley Price; Wildung, Wendy J.; Collins, Rory F.; Tuggle, Anderson C. |
| **Cc:** | Jessica Shinnefield; Joseph Tull; June Hoidal; Anna E. Jenks; Mara Waligurski |
| **Subject:** | RE: Mart v. Tactile Systems - custodians for ESI searching |
| **Date:** | Friday, July 1, 2022 9:32:15 AM |
| **Attachments:** | edi extension.xlsx |
| | 837 extension.xlsx |

Hi Matthew,

Thank you for sending Defendants' proposed custodians. Plaintiff proposes the following custodians in addition to the 12 that Defendants proposed:

- Brett Demchuk
- Adam Ferkinhoff
- Greg Seeling
- Andrea Henson
- Angela Neofotistos
- Jill Christensen
- Maggie Thompson
- Megan Mosbek
- Lynn Haspert
- Jackie Gorham
- Jay Stracke
- Bjorn Larsen

Should the court clarify that Messrs. Burke, Nigon, and Roche are still part of the case, Plaintiff will seek to add them as custodians. Additionally, please let us know if any of the Individual Defendants had a practice of having their administrative assistants send or receive emails on their behalf.

We anticipate that for some of these custodians, only limited searches will be necessary. So that we can evaluate the searches that were already conducted for the qui tam litigation, particularly for Plaintiff's proposed custodians that overlap with the qui tam custodians, please provide the search terms that were used.  Please also confirm whether Defendants intend to conduct their search of responsive documents for this litigation by using search terms or technology assisted review.

Lastly, we have encountered a couple of technical problems with the production.  First, there is no custodial data.  Please provide an overlay for the production with that metadata information. Second, all documents with the FileExt "edi" and "837" appear to have slip sheets indicating that there is a "Native File Format," but none have accessible native files (see, e.g. TACTILE_SECLIT_00000457). At your earliest convenience, please provide replacements for these documents, which are listed in the attached excel spreadsheets.

Regards,
Nicole

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Friday, June 24, 2022 6:03 AM
**To:** Ashley Price <APrice@rgrdlaw.com>; Wildung, Wendy J. <wendy.wildung@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks <Anna.Jenks@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>
**Subject:** RE: Mart v. Tactile Systems - custodians for ESI searching

EXTERNAL SENDER
Ashley,

Below is a list of 12 document custodians who we propose for purposes of running searches to locate potentially responsive ESI in this matter.  Following that is a list, for informational purposes, of the custodians we understand were searched in connection with the document production made in the qui tam case.

**Proposed custodians for ESI searches in Mart**
1. Blake, Lynn
2. Casey, Alex
3. Folkes, Robert
4. Hansen, Jill
5. Hoy, Sunday
6. Mattys, Gerald
7. Moen, Brent
8. Oberle, Julie
9. O'Donnell, Thomas
10. Rishe, Bryan
11. Weaver, Kristen
12. Wennen, Darren

**Custodians searched in connection with the qui tam production**
1. Brannon, Jeremy
2. Calderon, Ruben
3. Cannon, Brittany
4. Ebner, Kelsey
5. Duncan, Katie
6. Gast, Dustin
7. Gavegan, Alyssa
8. Gorham, Jackie
9. Harrison, Jack
10. Haspert, Lynn
11. Henderson, Clint

12. Hertel, Parker
13. Hoy, Sunday
14. Killian, Daniel
15. Love, Taylor
16. McArther, Brooke
17. Metcalf, Katherine
18. Middlebrook, Michael
19. Moreland, Danny
20. Mosbek, Megan
21. Peters, Katie
22. Rishe, Bryan
23. Smith, Alexis
24. Smith, Forrest
25. Smith, Victoria
26. Thompson, Maggie
27. Weaver, Kristen
28. Wennen, Darren
29. Wilde, Adam
30. O'Donnell, Tom

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Tuesday, June 21, 2022 9:54 PM
**To:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Wildung, Wendy J.
<wendy.wildung@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle,
Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>;
Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks
<Anna.Jenks@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>
**Subject:** RE: Mart v. Tactile Systems - Draft Joint Agenda


**This Message originated outside your organization.**

---

Matt –

We are attaching a redline reflecting our edits to the joint agenda.  Please confirm that you have no further edits and that we have your authorization to file.

Regards,

Ashley

---

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Tuesday, June 21, 2022 3:45 PM
**To:** Ashley Price <APrice@rgrdlaw.com>; Wildung, Wendy J. <wendy.wildung@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks <Anna.Jenks@zimmreed.com>
**Subject:** RE: Mart v. Tactile Systems - Draft Joint Agenda

EXTERNAL SENDER
Ashley,
I am attaching our edits to your draft.  Please let us know if you have any further edits.

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Friday, June 17, 2022 5:43 PM
**To:** Wildung, Wendy J. <wendy.wildung@faegredrinker.com>; Kilby, Matthew <matthew.kilby@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks <Anna.Jenks@zimmreed.com>
**Subject:** Mart v. Tactile Systems - Draft Joint Agenda

**This Message originated outside your organization.**

---

Counsel –

We attach a draft joint agenda for next week's status conference.  Please provide us your inserts and any revisions.  We suggest that we file this by the end of the day on June 21 to provide the Court enough time to review it.

Regards,
Ashley

**Ashley M. Price**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**