# EXHIBIT 12

| | |
|---|---|
| **From:** | Nicole Gilliland |
| **To:** | "Kilby, Matthew"; Ashley Price |
| **Cc:** | Jessica Shinnefield; Joseph Tull; "June Hoidal"; Collins, Rory F.; Tuggle, Anderson C.; Mara Waligurski |
| **Subject:** | RE: Mart v. Tactile Systems Technology, Inc. et al. |
| **Date:** | Friday, August 12, 2022 4:37:07 PM |
| **Attachments:** | Lead Plaintiff"s Counter Proposal to Defendants" Proposed Search Parameters 8.12.22.docx |
| | Tactile - Redlined Proposed Search Parameters.docx |

Matt,

Attached are: (1) a draft of Lead Plaintiff's counter-proposal to Defendants' proposed search parameters; and (2) a redlined document that tracks the changes between Defendants' proposed search parameters and Lead Plaintiff's counter proposal. Lead Plaintiff reserves the right to modify these parameters before the parties reach a final agreement, including based on the parties' continuing discussions concerning the scope of Lead Plaintiff's document requests and the completeness of Defendants' search in the qui tam litigation.

Moreover, these proposed search parameters are not intended to replace an alternative method for locating responsive documents (e.g. searching repositories without search terms, as discussed on yesterday's call). Likewise, merely searching repositories may be inadequate to collect responsive documents, particularly for those requests that seek communications.

Please let us know a few times next week that you are available to meet and confer on these search parameters.

Have a good weekend.

Regards,
Nicole

---

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Wednesday, July 20, 2022 9:29 AM
**To:** Ashley Price <APrice@rgrdlaw.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems Technology, Inc. et al.

EXTERNAL SENDER
Counsel,

Please confirm by close of business tomorrow Plaintiff's agreement to the attached search parameters for Defendants' ESI collection.

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Thursday, July 14, 2022 5:57 PM
**To:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Collins, Rory F.
<rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>;
Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>
**Subject:** Mart v. Tactile Systems Technology, Inc. et al.

**This Message originated outside your organization.**

Counsel:

Please confirm by close of business tomorrow Defendants' agreement to the search parameters for
Lead Plaintiff's ESI collection.

Date range:
January 1, 2018 – September 30, 2020.

Custodians:
Tami M. Rumsey, Human Resources – Pension System Administrator
Deborah L. Martin, Chairperson – Board of Trustees
William Herpel Jr., Vice Chairperson – Board of Trustees

Search Terms:
Tactile
TCMD
@tactilemedical.com
Flexitouch
Mattys
Moen
"Lynn Blake"
Folkes

Rishe
VFMS
"Veterans First"
@veteransfirstmedical.com
"Office of Strategic Shorts"
"OSS Research"
"Brian Mart"

Regards,

Ashley


**Ashley M. Price**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**