# EXHIBIT 13

*Mart v. Tactile Systems Tech, Inc., et al.*
**Lead Plaintiff's Counter-Proposal to Defendants' Proposed Search Parameters**

| RFP No. | Custodians | Search Terms |
|---------|-----------|--------------|
| 1(f) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Blake, Lynn<br>Thompson, Maggie<br>Stracke, Jay<br>Casey, Alex<br>Oberle, Julie<br>Hansen, Jill | ("qui tam" or "relator" or "veteran's first" or "veterans first" or "jody allen" or "VFMS") /200 (effect! or affect! alter! or impact! or impair! or influenc! or caus! or loss! or lose or decline! or decreas! or deflat! or fall! or fell or drop! or reduc! or down!) /200 (profit! or revenue! or financ! or earning! or income!) |
| 1(g) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Weaver, Kristen<br>Blake, Lynn | "qui tam" or "relator" or "veteran's first" or "veterans first" or "VFMS" or "jody allen"<br><br>[Limit to date range February 13, 2019 – May 6, 2019] |
| 1(h) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Blake, Lynn | ("qui tam" or "relator" or "Veteran's First" or "veterans first" or "VFMS" or "jody allen") /200 (effect! or affect! or alter! or impact! or impair! or influenc! or caus! or loss! or lose or decline! or decreas! or deflat! or fall! or fell or drop! or reduc!) /200 (share! or stock! or equit! or secur! or price! or unseal! or public!) |
| 2, 6, 7 | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Blake, Lynn<br>Stracke, Jay<br>Larsen, Bjorn | "key opinion leader" or "key opinion leaders" or "KOL" or ("medical education" /3 program!) or (physician! /3 speak!) or "P2P" or "peer to peer" or "peer-to-peer" or (speak! w/3 program!) or (speak! /3 bureau! or "speaker event" or "speaker presentation") |
| 2, 6, 7 | Weaver, Kristen<br>Wennen, Darren<br>Hoy, Sunday<br>Thompson, Maggie | "KOL" or ("medical education" /3 program!) or (physician! /3 speak!) or "P2P" or "peer to peer" or "peer-to-peer" or (speak! w/3 program!) or (speak! |

1

| | | /3 bureau! or "speaker event" or "speaker presentation") |
|---|---|---|
| 3, 6, 7 | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Blake, Lynn<br>Larsen, Bjorn<br>Stracke, Jay | (trainer! or (train! w/100 therapist! or "RN" or nurse! or contract!)) /250 (order! or refer! or prescription! or prescrib! or pay! or paid! or remunerat! or "AKS" or kickback! or compensat! or budget! or expense! or cost! or reimburs! or assign! or enroll! or recuit! or influenc! or connection! or comply! or compli! or monitor! or "ROI" or "return on investment" or quota! or strateg! or target! or account! or lead! or revenue! or income! or sale! or "FTOC" or "VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "@va.gov" or "CMS" or "C.M.S." or medicare or medicaid or "@cms.hhs.gov") |
| 3, 6, 7 | Hoy, Sunday<br>Weaver, Kristen<br>Wennen, Darren<br>Haspert, Lynn<br>Thompson, Maggie | (trainer! or (train! w/100 therapist! or "RN" or nurse! or contract!)) /250 (order! or prescription! or prescrib! or pay! or paid! or remunerat! or "AKS" or kickback! or compensat! or budget! or expense! or cost! or reimburse! or enroll! or recuit! or influenc! or connection! or comply or compli! or monitor! or "ROI" or "return on investment" or quota! or strateg! or target! or account! or lead! or revenue! or income! or sale! or "FTOC" or "VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "@va.gov" "CMS" or "C.M.S." or medicare or medicaid or "@cms.hhs.gov") |
| 3(i) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Wennen, Darren<br>Larsen, Bjorn<br>Blake, Lynn<br>Weaver, Kristen<br>Casey, Alex<br>Oberle, Julie<br>Hansen, Jill | ("10-K" or "10K" or form! or "SEC" or filing! or disclos! or statement!) /500 (trainer! or "sales and marketing") /100 (change! or delet! or modif! or edit! or remove! or redlin! or cut!)<br><br>[Limit to date range December 26, 2019-February 28, 2020] |
| 4(a) and (c) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan | ("key opinion leader" or "key opinion leaders" or "KOL" or ("medical education" /3 program!) or (physician* /3 speak*) or "P2P" or "peer to peer" or "peer-to-peer" or (speak* w/3 program!) or |

| | Blake, Lynn<br>Hoy, Sunday | (speak! /3 bureau!) or "speaker event" or "speaker presentation" or trainer! or therapist!) or "AKS" or kickback! or fraud!) AND revenue! or grow! or income!) AND ("BOD" or board or director! or audit! or comply! or compli! or burke or nigon or roche or kroche or dnigon or bill@wwburke.com) |
|---|---|---|
| 4(b) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Blake, Lynn<br>Hoy, Sunday<br>Christensen, Jill | ((addressable /3 market) or "TAM" or incidence!) AND (burke or nigon or roche or kroche or dnigon or bill@wwburke.com or audit! or compli! or comply or board or "BOD" or director!) |
| 5 | Mattys, Gerald<br>Rishe, Bryan<br>Folkes, Robert<br>Thompson, Maggie<br>Stracke, Jay<br>Larsen, Bjorn | ("VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "@va.gov" or "CMS" or "C.M.S." or medicare or medicaid or "@cms.hhs.gov") AND (cover! or reimburse! or pay! or paid or eligib! or contract! or agree! or supply or schedule! or commit! or arrange!) |
| 9 | Seeling, Greg<br>Ferkinhoff, Adam<br>Henson, Andrea<br>Neofotistos, Angela<br>Gorham, Jackie<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Blake, Lynn<br>Hoy, Sunday<br>Wennen, Darren<br>Weaver, Kristen<br>Mosbek, Megan<br>Thompson, Maggie<br>Stracke, Jay<br>Larsen, Bjorn | ("Quarterly business" or "QBR" or "annual sales meeting" or "national sales meeting" or "2019 sales meeting" or "2020 sales meeting" or "NSM") AND ("key opinion leader" or "key opinion leaders" or "KOL" or ("medical education" /3 program!) or (physician! /3 speak!) or "P2P" or "peer to peer" or "peer-to-peer" or (speak! w/3 program!) or (speak! /3 bureau! or "speaker event" or "speaker presentation" or trainer! or (train! w/100 therapist!) or "TAM" or (addressable /3 market) or "market size" or (market /5 lymphedema) or (market /5 Flexitouch)) |
| 11 | Rishe, Bryan<br>Seeling, Greg<br>Ferkinhoff, Adam<br>Henson, Andrea | ("VA Government and Accounts Manager") AND ("performance review" or "performance evaluation" or "overall assessment") |

3

| | Neofotistos, Angela<br>Gorham, Jackie<br>Larsen, Bjorn | |
|---|---|---|
| 13 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Mosbek, Megan<br>Weaver, Kristen<br>Haspert, Lynn | (internal or DuVal) /100 (audit! or inquir! or investigat! or request! or oversight) AND (trainer! or "KOL" or "key opinion leader") |
| 14 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Mosbek, Megan<br>Weaver, Kristen<br>Haspert, Lynn<br>Thompson, Maggie<br>Stracke, Jay<br>Larsen, Bjorn | ("VA" or "veteran's affairs" or "veterans affairs" "veterans administration" or "veteran's administration" or "VAOIG" or "VA OIG" or "CMS" or medicaid or medicare or "DOJ" or "U.S. attorney" or "AUSA" or "US attorney" or "USAO" or "department of justice" or "SEC" or "securities and exchange commission") /200 (inquir! or audit! or investigat! or request! or complaint or claim) AND (trainer! or "KOL" or "key opinion leader" or "AKS" or kickback! or fraud!) |
| 15(a) and (c) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Christensen, Jill<br>Hoy, Sunday<br>O'Donnell, Thomas<br>Wennen, Darren<br>Larsen, Bjorn<br>Weaver, Kristen | ("TAM" or (addressable /3 market) or "market size" or (market /5 lymphedema) or (market /5 Flexitouch)) AND (estimat! or stud! or analy! or data! or diagnos! or severe or severity or advance! or stage! or phase! or calculat! or accura! or determin! or source! or "back-up" or journal! or article! or "BHI" or "blue health") |
| 15(b) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>O'Donnell, Thomas<br>Wennen, Darren<br>Christensen, Jill<br>Larsen, Bjorn<br>Weaver, Kristen | Lymphedema! /100 (diagnos! or patient! or incidence!) /100 (estimat! or stud! or analy! or data! or source! or basis or determin! or calculat! or "back-up" or journal! or article! or "BHI" or "blue health") |

4

| 16 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Christensen, Jill<br>O'Donnell, Thomas | ("SAB" or "scientific advisory board" or "CMO" or "Chief Medical Officer") AND (estimat! or stud! or article! or journal! or present! or piece! or analy! or data! or diagnos!) AND (lymphedema or phlebolymphedema or "Health and economic benefits" or compensat! or grant! or pay! or paid) |
| --- | --- | --- |
| 17 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday | (Board or "BOD" or director! or "audit committee" or "compliance committee") /300 (stock or "TCMD" or share! or equit! or trad! or (compensat! /20 exec! or mattys or moen or blake or rishe or folkes) or (incentive /20 exec! or mattys or moen or blake or rishe or folkes) or (bonus! /20 exec! or mattys or moen or blake or rishe or folkes) or (("performance based" or "performance-based") /20 exec! or mattys or moen or blake or rishe or folkes) or ((award or reward) /20 exec! or mattys or moen or blake or rishe or folkes) or (trad! /5 polic!) or "trading plan" or "10b5-1" or "10b51" or "10(b)(5)-(1)" or "qui tam" or "relator" or "veteran's first" or "veterans first" or "VFMS" or "jody allen" or trainer! or "KOL" or "key opinion leader" or "speaker's bureau") |
| 17, 18 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Hoy, Sunday | ("10-K" or "10K" or "8-K" or 8K or "10-Q" or "10Q" or script! or transcript! or (earning! /50 report! or call! or release! or meeting! or present! or slide! or deck! or "press release" or "conference call")) /300 (draft! or memo! or analys! or analyze or redline! or comment! or edit! or final! or note!) |
| 19 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | (westwick! or "ICR" or shareholder! or analyst! or colliers or guggenheim or northland or oppenheimer or "piper sandler" or "william blair" or media or publication! or press! or reporter! or journalist! or bank! or investor!) /200 ("TAM" or (addressable /3 market) or (market /3 size) or "KOL" or "key opinion leader" or trainer! or "qui tam" or "relator" or "Veteran's First" or "veterans first" or "VFMS" or "VA" or "veterans affairs" or |

5

| | Hoy, Sunday | "veteran's affairs" or "veterans administration" or "veteran's administration" or "CMS" or "C.M.S." or medicare or medicaid) |
|---|---|---|
| 20 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | ("KOL" or "key opinion leader" or "key opinion leaders" or trainer! or "VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "CMS" or medicare or medicaid) /200 ("Item 303" or trend! or uncertain! or effect! or affect! or alter! or impact! or impair! or influence! or "MD&A" or "management's discussion") /200 (profit! or revenue! or financ! or income! or positive or negative or loss or gain or lose or sale! or result! or operation!) |
| 21 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Oberle, Julie | ("Grant Thorton" or "GT" or (external /3 audit!) or auditor!) AND ("TAM" or (addressable /3 market) or "market size" or (market /5 lymphedema) or (market /5 Flexitouch) or "key opinion leader" or "key opinion leaders" or "KOL" or trainer! or (("VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "CMS" or medicare or medicaid /20 revenue! or income or loss! or grow! or earnings)) or "AKS" or kickback! or "Item 303" or "known trend or uncertainty" or "known trends or uncertainties" or "insider trading" or "insider sales" or "insider selling" or "trading plan" or "trading plans" or "10b5-1" or "10b51" or "10(b)(5)-(1)"<br><br>"Grant Thorton" /20 (engagement or contract or agreement) |
| 22-24 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday | "insider trading" or "insider sales" or "insider selling" or "trading plan" or "trading plans" or "10b5-1" or "10b51" or "10(b)(5)-(1)" or "stock option" or "stock options" or ((award or reward) /5 (stock! or share!)) or (incentive /3 compensation) or "performance based" or "performance-based") |
| 25(a), (b), and (c) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Oberle, Julie | (share! or stock! or secur! or equit! or "TCMD") /100 (move! or up! or down! or drop! or decrease! or change! or fall! or fell or rise! or alter! or impair! or impact! or decline! or react! or "short report" or "short seller" or "seeking alpha" or "OSS" or "office of strategic shorts" or "qui tam" or complaint or unseal! or miss! or volume! or pric! or |

6

| | | |
|---|---|---|
| | | valu! or volatil! or driv! or negative or positive or rebound! or hit! or loss! or gain! or news or caus!) |
| 26 | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Blake, Lynn<br>Thompson, Maggie | Fire! or retir! or depart! or "step down" or "stepping down" or "stepped down" or resign! or quit! or terminat! or dismiss! or remov!) |