# EXHIBIT 14



faegredrinker.com

**Matthew Kilby**
Partner
Matthew.kilby@faegredrinker.com
+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
+1 612 766 7000 main
+1 612 766 1600 fax

August 18, 2022

**VIA E-MAIL**

Ashley M. Price
Jessica T. Shinnefield
Nicole Q. Gilliland
Joseph J. Tull
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

June P. Hoidal
Carolyn G. Anderson
Behdad C. Sadeghi
Zimmerman Reed LLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

   Re: *Mart v. Tactile Systems Technology, Inc. et al.*,
     <u>No. 0:20-cv-02074-NEB-BRT (D. Minn.)</u>

Dear Ms. Gilliland:

   This letter is in response to Lead Plaintiff's Counter Proposal to Defendants' Proposed Search Parameters ("Counter Proposal"), which you sent by email on August 12, 2022.

   The Counter Proposal comes far too late.  I sent you Defendants' proposed search parameters on <u>July 20, 2022</u> and requested that you confirm Lead Plaintiffs' agreement to those parameters by close of business the following day.  That was the same amount of time in which Plaintiff had requested a response to its own search terms.  You sent an email that same day stating that you would respond to Defendants' proposal "promptly."  That did not happen, nor did you tell us then that you were planning to send a proposal imminently (because you weren't and didn't).  In fact, we did not receive a single alternative or additional search term until you sent the Counter Proposal *23 days later*, just three weeks before Defendants' September 2 production deadline.  For context, we responded to Plaintiffs' search terms just *3 days after they were proposed* (including a weekend) on July 17.

-2-

Lead Plaintiff's long delay has been highly prejudicial.  In order to meet our September 2 substantial production deadline, and because we had not received a substantive response to our proposed search parameters, Defendants reasonably proceeded with reviewing documents based on the search parameters we proposed on July 20.  It was through that process that we identified the 3,831 documents (Bates Nos. TACTILE_SECLIT_00344880 – TACTILE_SECLIT_00375244) that Defendants produced on August 12.  We did not receive Lead Plaintiff's Counter Proposal until two hours *after* we served this production based on our own terms.

Compounding the challenges created by Lead Plaintiff's long delay, the Counter Proposal is patently overbroad and burdensome in multiple respects:

- The Counter Proposal seeks to add 12 entirely new searches, including for document requests for which Defendants never agreed to use search terms (e.g., RFP Nos. 17, 26) and never agreed to produce documents at all (e.g., RFP Nos. 5, 11).

- In addition to 12 new searches, Lead Plaintiff proposed modifications to each of the 14 searches that were part of Defendants' initial proposal.  Thus, the Counter Proposal presented a total of 26 searches for Defendants to consider.  Simply inputting and testing all these searches in our database took days, including because several of the searches contained syntax errors or were too long to run as a single search.

- All the searches in the Counter Proposal are overbroad and not reasonably related to the claims and defenses in this case.  For example, Defendants' proposed searches use proximity connectors (such as "/15") to tailor the searches to the scope of the particular document request and the issues in the case.  The Counter Proposal, however, increases many of these proximity connectors to "/200" or "/250"—negating any limitation and effectively turning them into "AND" connectors.

- Some of the searches in the Counter Proposal do not include any limiting terms at all.  Both of the searches proposed in connection with RFP Nos. 2, 6, and 7, for example, consist of a string of synonyms for "Key Opinion Leader" connected by "OR."  This case, however, is about alleged *kickbacks*, not anything and everything related to Tactile's Key Opinion Leader program.  Running broad searches for any documents referencing the Key Opinion Leader program by any name would return many nonresponsive and irrelevant documents that Defendants' counsel would need to review—thereby imposing an undue burden on Defendants.

Notwithstanding the foregoing objections, to resolve any dispute Defendants agree to the additional custodians and searches listed below.

### **Additional Custodians**

As stated during our meet and confer call on August 10, 2022, Defendants will add Bjorn Larsen and Jill Christensen as custodians for certain additional searches as noted below, and for the searches from Defendants' original proposal related to the following document requests:

-3-

Christensen – RFP Nos. 15(a), 15(b)
Larsen – RFP Nos. 14, 15(a), 15(b)

## Additional Searches

Defendants agree to run the additional searches listed below for the specified custodians.

The following search terms are adopted from the Counter Proposal, with some non-substantive edits made to correct syntax errors or to divide searches that were too long to run in our database.

| RFP No. | Custodians | Search Terms |
|---|---|---|
| 1(f) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Blake, Lynn | ("qui tam" or "relator" or "veteran's first" or "veterans first" or "jody allen" or "VFMS") /200 (effect! or affect! alter! or impact! or impair! or influenc! or caus! or loss! or lose or decline! or decreas! or deflat! or fall! or fell or drop! or reduc! or down!) /200 (profit! or revenue! or financ! or earning! or income!) |
| 1(g) | Folkes, Robert<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan<br>Hoy, Sunday<br>Weaver, Kristen<br>Blake, Lynn | "qui tam" or "relator" or "veteran's first" or "veterans first" or "VFMS" or "jody allen"<br><br>[Limit to date range February 13, 2019 – May 6, 2019] |
| 1(h) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie<br>Blake, Lynn | ("qui tam" or "relator" or "Veteran's First" or "veterans first" or "VFMS" or "jody allen") /200 (effect! or affect! or alter! or impact! or impair! or influenc! or caus! or loss! or lose or decline! or decreas! or deflat! or fall! or fell or drop! or reduc!) /200 (share! or stock! or equit! or secur! or price! or unseal! or public!) |
| 3(i) | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Wennen, Darren<br>Larsen, Bjorn | ("10-K" or "10K" or form! or "SEC" or filing! or disclos! or statement!) /500 (trainer! or "sales and marketing") /100 (change! or delet! or modif! or edit! or remove! or redlin! or cut!)<br><br>[Limit to date range December 26, 2019-February 28, 2020] |

-4-

| RFP No. | Custodians | Search Terms |
|---|---|---|
|  | Blake, Lynn<br>Weaver, Kristen<br>Casey, Alex<br>Oberle, Julie<br>Hansen, Jill |  |
| 9 | Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Blake, Lynn<br>Hoy, Sunday<br>Wennen, Darren<br>Weaver, Kristen<br>Larsen, Bjorn | ("Quarterly business" or "QBR" or "annual sales meeting" or "national sales meeting" or "2019 sales meeting" or "2020 sales meeting" or "NSM") AND ("key opinion leader" or "key opinion leaders" or "KOL" or ("medical education" /3 program!) or (physician! /3 speak!) or "P2P" or "peer to peer" or "peer-to-peer" or (speak! w/3 program!) or (speak! /3 bureau! or "speaker event" or "speaker presentation" or trainer! or (train! w/100 therapist!) or "TAM" or (addressable /3 market) or "market size" or (market /5 lymphedema) or (market /5 Flexitouch)) |
| 16 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Christensen, Jill<br>O'Donnell, Thomas | ("SAB" or "scientific advisory board" or "CMO" or "Chief Medical Officer") AND (estimat! or stud! or article! or journal! or present! or piece! or analy! or data! or diagnos!) AND (lymphedema or phlebolymphedema or "Health and economic benefits" or compensat! or grant! or pay! or paid) |
| 25(a), (b), and (c) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hansen, Jill<br>Casey, Alex<br>Oberle, Julie | (share! or stock! or secur! or equit! or "TCMD") /100 (move! or up! or down! or drop! or decrease! or change! or fall! or fell or rise! or alter! or impair! or impact! or decline! or react! or "short report" or "short seller" or "seeking alpha" or "OSS" or "office of strategic shorts" or "qui tam" or complaint or unseal! or miss! or volume! or pric! or valu! or volatil! or driv! or negative or positive or rebound! or hit! or loss! or gain! or news or caus!) |

For the following two searches, Defendants modified the search terms that were included in the Counter Proposal.

| RFP No. | Custodians | Search Terms |
|---|---|---|
| 4 | Blake, Lynn<br>Christensen, Jill<br>Folkes, Robert<br>Hoy, Sunday<br>Mattys, Gerald<br>Moen, Brent<br>Rishe, Bryan | (((("compliance" or "audit") w/3 "committee") or "burke" or "nigon" or "roche") w/40 (("KOL" or "key opinion leader" or "medical education") or trainer* or "TAM" or "addressable market") |

-5-

| 22-24 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday | "insider trading" or "insider sales" or "insider selling" or "trading plan" or "trading plans" or "10b5-1" or "10b51" or "10(b)(5)-(1)" |
|---|---|---|

To comply with our deadline for production, we will begin our additional review based on these added terms immediately.

Regards,

*/s/ Matt Kilby*

Matthew Kilby

cc:    Rory F. Collins
       Anderson C. Tuggle