# EXHIBIT 30

**Comparison of Defendants' Search Term Proposal (*see* Ex.7) and
Lead Plaintiff's Search Term Counter-Proposal (*see* Ex. 13) for Request Nos. 14, 15, 18, 19, and 20**

| Request | Defendants' Custodians | Defendants' Terms | Lead Plaintiff's Custodians | Lead Plaintiff's Terms |
|---|---|---|---|---|
| 14 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday | ("VA" or "veteran's affairs" or "CMS" or "centers for Medicaid and medicare" or "DOJ" or "U.S. attorney" or "AUSA" or "US attorney" or "USAO" or "department of justice" or "SEC" or "securities and exchange commission") /15 (inquir! or audit! or investiga! or request!) /50 (trainer! or "KOL" or "key opinion leader") | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Mosbek, Megan<br>Weaver, Kristen<br>Haspert, Lynn<br>Thompson, Maggie<br>Stracke, Jay<br>Larsen, Bjorn | ("VA" or "veteran's affairs" or "veterans affairs" "veterans administration" or "veteran's administration" or "VAOIG" or "VA OIG" or "CMS" or medicaid or medicare or "DOJ" or "U.S. attorney" or "AUSA" or "US attorney" or "USAO" or "department of justice" or "SEC" or "securities and exchange commission") /200 (inquir! or audit! or investigat! or request! or complaint or claim) AND (trainer! or "KOL" or "key opinion leader" or "AKS" or kickback! or fraud!) |
| 15 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>O'Donnell, Thomas<br>Wennen, Darren | 15(a):<br>("TAM" or "total addressable market") /15 (estimate! or stud! or analy! or data! or diagnos!) /40 ("flexitouch" or "FT") | 15(a) and (c):<br>Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Christensen, Jill<br>Hoy, Sunday<br>O'Donnell, Thomas<br>Wennen, Darren<br>Larsen, Bjorn<br>Weaver, Kristen | ("TAM" or (addressable /3 market) or "market size" or (market /5 lymphedema) or (market /5 Flexitouch)) AND (estimat! or stud! or analy! or data! or diagnos! or severe or severity or advance! or stage! or phase! or calculat! or accura! or determin! or source! or "back-up" or journal! or article! or "BHI" or "blue health") |

| | | | | |
|---|---|---|---|---|
| | Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan Hoy, Sunday O'Donnell, Thomas Wennen, Darren | 15(b): ("TAM" or "total addressable market") /15 (estimate! or stud! or analy! or data! or diagnos!) /40 ("flexitouch" or "FT") | 15(b): Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan O'Donnell, Thomas Wennen, Darren Christensen, Jill Larsen, Bjorn Weaver, Kristen | Lymphedema! /100 (diagnos! or patient! or incidence!) /100 (estimat! or stud! or analy! or data! or source! or basis or determin! or calculat! or "back-up" or journal! or article! or "BHI" or "blue health") |
| 18 | Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan Hansen, Jill Casey, Alex Weaver, Kristen Oberle, Julie Hoy, Sunday | (("10-K" or "8-K" or "10-Q") OR ((earnings!) /5 (call! or release!)) /20 (draft! or memo! or analys! or script! or meeting! or present!) | Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan Hansen, Jill Casey, Alex Weaver, Kristen Oberle, Julie Hoy, Sunday | ("10-K" or "10K" or "8-K" or 8K or "10-Q" or "10Q" or script! or transcript! or (earning! /50 report! or call! or release! or meeting! or present! or slide! or deck! or "press release" or "conference call")) /300 (draft! or memo! or analys! or analyze or redline! or comment! or edit! or final! or note!) |
| 19 | Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan Hansen, Jill Casey, Alex Weaver, Kristen Oberle, Julie | (call! or present! or meeting! or report! or statement! or agenda! or script!) /30 (shareholder! or analyst! or media! or publication! or press! or reporter! or journalist! or banker! or investor!) /30 (("TAM" or "total addressable market") or ("KOL" or "key opinion leader") or trainer! or ("qui tam" or "relator" or "Veteran's First" or "VFMS")) | Blake, Lynn Folkes, Robert Moen, Brent Mattys, Gerald Rishe, Bryan Hansen, Jill Casey, Alex Weaver, Kristen Oberle, Julie Hoy, Sunday | (westwick! or "ICR" or shareholder! or analyst! or colliers or guggenheim or northland or oppenheimer or "piper sandler" or "william blair" or media or publication! or press! or reporter! or journalist! or bank! or investor!) /200 ("TAM" or (addressable /3 market) or (market /3 size) or "KOL" or "key opinion leader" or trainer! or "qui tam" or "relator" or "Veteran's First" or "veterans first" or "VFMS" or "VA" or |

| | | | |
|---|---|---|---|
| | | | "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "CMS" or "C.M.S." or medicare or medicaid) |
| 20 | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | (stud! or analy! or data! or review! or report! or memo!) /20 (("KOL" or "key opinion leader") or trainer!) /20 (trend! or uncertainty! or effect! or affect! alter! or impact! or impair! or influence!) /20 (profit! or revenue!  or financ! or income!) | Blake, Lynn<br>Folkes, Robert<br>Moen, Brent<br>Mattys, Gerald<br>Rishe, Bryan<br>Hoy, Sunday<br>Hansen, Jill<br>Casey, Alex<br>Weaver, Kristen<br>Oberle, Julie | ("KOL" or "key opinion leader" or "key opinion leaders" or trainer! or "VA" or "veterans affairs" or "veteran's affairs" or "veterans administration" or "veteran's administration" or "CMS" or medicare or medicaid) /200 ("Item 303" or trend! or uncertain! or effect! or affect! or alter! or impact! or impair! or influence! or "MD&A" or "management's discussion") /200 (profit! or revenue! or financ! or income! or positive or negative or loss or gain or lose or sale! or result! or operation!) |