# EXHIBIT 25
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Kristen Weaver </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1362AA092DF24FC484DC03AE FB25D006-KRISTEN WEA> |
| **Sent:** | Tuesday, May 22, 2018 10:56 AM |
| **To:** | Megan Mosbek <megan.mosbek@gmail.com> |
| **Subject:** | FW: Follow-up Questions |
| **Attach:** | 0-KOL Event Planning Kit 5.14.18-fillable.pdf |

Hi Megan,

I'm the guilty party in not getting back to you sooner. Dan kindly responded to your questions below. My marcom needs mostly have to do with the "Awareness Campaign" we have developed. Basically we develop information to be sent out to a very targeted list every two weeks (sometimes only once/month). We are just starting to see the fruits of our labor by receiving "hot leads" from doctors. Doctors and therapists who are actually reading the information and reaching back out to us. The hope is, these doctors turn into hot leads and start to refer patients our way. It's actually all very exciting!

Dan's answers are below and I've also included the Key Opinion Leader "kit" for your reference. He has also offered to speak with you any time about the expectations of this part of the job. I've added my comments in red.

**Kristen Weaver**
**Director of Marketing Communications**
**Tactile Medical**
D: 612.355.5116
M: 612-770-5991

_____

1331 Tyler Street NE, Suite 200
Minneapolis, MN 55413 USA

Toll-Free Phone: 866.435.3948
Toll-Free Fax:866.435.3949

www.tactilemedical.com



This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00051192

reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from any computer. Thank you.

**From:** Megan Mosbek [mailto:megan.mosbek@gmail.com]
**Sent:** Sunday, May 13, 2018 10:09 PM
**To:** Kristen Weaver <kweaver@tactilemedical.com>
**Subject:** Follow-up Questions

Hi Kristen -
Hope you had a great weekend and Mother's Day!

I have a couple inital questions for you regarding our conversation last week. I am also happy to discuss over the phone if you prefer:

1. What does a KOL dinner and webinar at Tactile consist of/look like? How do they currently get planned and executed?
   a. The attached kit helps provide more insight on the steps that go into each one leading up to the night of, and some steps on follow up. Right now we push so much of the planning onto the local rep because I don't have time to help with local details. We have an outside service (called Dinevent) that can help finding restaurants and venues for the rep. We have the physicians book all their own travel arrangements which does have its plusses and minuses (I try to connect the physician to the local rep so they're synced on details and I don't have to be a middleman on all these execution details for each event).
   b. Documentation and tracking-would have this person handle these activities
      i. We need to keep documentation of the events and I spend a lot of time going back and forth on email getting the details figured out and documented on forms 1 and 2 of the attached kit (Part of this is for compliance purposes, and part is to ensure the event is planned well, and that the RM is engaged and bought into the plan)
      ii. Attendees-each event has a sign in sheet and we need to get those from the rep host after the event and save them, we enter them into Filemaker to track ROI (this resource wouldn't need to do detailed ROI analysis, but would need to manage the data entry). This process is evolving as we're working on a way to automate some of this with IT as we pull from Concur expense reports for KOL events.
      iii. Physician invoices-our seasoned speakers are good about submitting them to me on email, but others need to have some hand holding and follow up. Sometimes need to go into contract and remind them of the rates they are supposed to charge us. Then-review the invoices as they come in, make sure it aligns to the event and correct rates, that travel expenses line up and that receipts are present. Approve, file and pass to accounts payable
         1. This needs to be tracked monthly and accruals for no invoiced events need to be compiled and submitted to accounting each month

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00051193

     c.   There are lots of areas I think we can improve on with a focused resource! We want to do more programs and make them better by having them run more smoothly, making it easier for reps to execute, and easier for speakers to work with us!

2. How many of each are done a month? Anywhere from 4-12 per month in the past few quarters. Expect this to go up, though. The plan for this year is to do 60 in the year which we are on pace to crush, because like many other things here we ramp as the year goes. In '17 we did 25 in q4 after we shared best practices and formally rolled out this process at the '17 summer meetings.

3. Is there a certain time of the day these events take place? Most are evening dinner programs. It wouldn't be expected that this person attend the events they help organize, but it might be helpful to attend 1-2 to see them first hand just to get a feel for how they run etc, understand areas that we can improve upon from a planning perspective. Webinars can be centered around lunch where reps will coordinate a lunch inservice and then we will pipe in a remote presenter. Have only done this a few times on a small scale but working on making national webinars a regular practice with a regular cadence which this person would help with as well.

4. What does the marketing communications portion of the job consist of? KW-please add your additional ideas about this question-I'm just adding the marcom element of KOL programs, which is invites only. This might morph a little for national webinars if we get to a point of going bigger with those, and promoting them.

Invites-Right now I go back and forth with the rep hosts and speakers to coordinate all the details of the event-once that's done I give "form 2" of the attached kit to Abbie who lines up a designer to create an invite within 5 days. I often end up using a pdf editor to create invites for reps because we don't have time to wait for a designer to do this work, and it takes me 15-20 minutes rather than waiting a whole week.

As I mention above, I'd like this person to take on more of a management role of the content we create. Helping to create an editorial calendar to determine what content will go out and when and to which audience segments. This person would be responsible for working with downstream marketers to develop content and manage outside resources (writer, agency) to produce the content.  Another job duty is to manage the metrics around the campaign and develop a monthly report which would be pulled from our webmaster and our internal database (Abbie would provide).

Between KOL management and Awareness Campaign management that will be a lot!

Call me anytime!

Kristen


Thanks Kristen!
Megan

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00051194