# EXHIBIT 26
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Brad McAtee <bmcatee@tactilemedical.com> |
| **Sent:** | Sunday, January 5, 2020 5:43 PM |
| **To:** | Jackie Gorham <jgorham@tactilemedical.com> |
| **Subject:** | RE: QBR Preparation |
| **Attach:** | Territory Report B. Knific.xlsx |

Attached is what I have for each territory. Is this the right report?

**Brad McAtee**
**Region Manager**
**Tactile Medical**
Cell: 858.775.7027
Fax: 866.236.1448

_____

3701 Wayzata Blvd, Suite 300
Minneapolis, MN 55416 USA

Toll-Free Phone: 866.435.3948
Toll-Free Fax:866.435.3949

www.tactilemedical.com



This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from any computer. Thank you.

**From:** Jackie Gorham <jgorham@tactilemedical.com>
**Sent:** Sunday, January 5, 2020 11:04 AM
**To:** Brad McAtee <bmcatee@tactilemedical.com>
**Subject:** Re: QBR Preparation

Yes.   Acct summary will also work but not sure you have access yet.  I'll ping it and have them grant you access to all of the pacific.

**Jackie Gorham**
**Area Director of Sales- West**
M:404.557.2870
F:866.610.8958

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00110838

Sent from my iPhone

On Jan 5, 2020, at 12:56 PM, Brad McAtee <bmcatee@tactilemedical.com> wrote:

JG- I don't believe I have the 2019 alignments however I'm also not sure what you mean by alignments. Are they the territory reports with YTD numbers through Nov the alignments? If so, I do have. Please advise.

**Brad McAtee**
**Region Manager**
**Tactile Medical**
Mobile: 858.775.7027
Fax: 866.236.1448

3701 Wayzata Blvd, Suite 300
Minneapolis, MN 55416 USA
Toll Free Phone: 833.382.2845
(833.3TACTILE)
Toll Free Fax: 866.435.3949
tactilemedical.com

This information is intended only for the person or entity to which it is addressed and may contain confidential
and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in
reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have
received this in error, please contact the sender and delete the material from any computer. Thank you.

On Jan 5, 2020, at 10:49 AM, Jackie Gorham <jgorham@tactilemedical.com> wrote:

All,

Please utilize the attached spreadsheet for your Q1 forecast in which we will be expected to present to leadership.  (NOTE- you should go by 2019 Alignments) **Brad, if you do not have 2019 ailgnments from MP... please advise and we can go over tomorrow.

As Bryan noted in the email I forwarded-  Finance and Jerry are looking for more than just a month prediction, but rather quarterly.   This is a change from prior forecasting, but will ultimately require your hands on leadership in understanding the trends in each territory and should ultimately result in limited 'surprises'.  There should be very little situations where we are 'surprised' by a miss, or worse someone 'bombing' in their production.

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

EX:  if a territory's closure rate is 60%,  quota of 40, and they have a pipeline of 5 commercial viable orders starting the month…. Don't forecast 30% over.  We can no longer just 'take' word for a forecast but must show a clear understanding of the business and the trends w/the rep running the territory. We have some-  you can go to the bank w/the forecast…others tend to have a HIGH YELLOW only lol and some additional coaching in understanding their business could be beneficial.

Additionally this will require each leader to be intensely focused on the futuristic appts and opportunities in each territory to 'sell'. This includes KOL events, out of office events w/the right targets, inservices the primary driver to each BCR, and your  field rides scheduled well in advance w/each team member so it is no surprise but rather a habit.

Please don't hesitate reaching out w/any questions.  This is a starting point… you don't have to be perfect w/this- just get started and we will review before Tuesday.

Thanks all,

**Jackie Gorham
Area Director - West
Tactile Medical**
M: 404.557.2870
F: 866.610.8958

_____

1331 Tyler Street NE, Suite 200
Minneapolis, MN 55413 USA

Toll-Free Phone: 866.435.3948
Toll-Free Fax:866.435.3949

www.tactilemedical.com

<image001.jpg>

This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from any computer. Thank you.

---

**From:** Jackie Gorham <jgorham@tactilemedical.com>
**Sent:** Friday, January 3, 2020 11:14 AM
**To:** Jackie Gorham <jgorham@tactilemedical.com>; Andrea Henson <ahenson@tactilemedical.com>
**Subject:** FW: QBR Preparation
**Importance:** High

**Jackie Gorham
Area Director - West**

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00110840

**Tactile Medical**
M: 404.557.2870
F: 866.610.8958

---

1331 Tyler Street NE, Suite 200
Minneapolis, MN 55413 USA

Toll-Free Phone: 866.435.3948
Toll-Free Fax:866.435.3949

www.tactilemedical.com

<image001.jpg>

This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from any computer. Thank you.

---

**From:** Bryan Rishe <brishe@tactilemedical.com>
**Sent:** Sunday, December 29, 2019 1:33 PM
**To:** TACT-AreaDirectors <TACT-AreaDirectors@tactilemedical.com>; Andrea Henson <ahenson@tactilemedical.com>; Angela Neofotistos <aneofotistos@tactilemedical.com>
**Cc:** Dominic Kennedy <dkennedy@tactilemedical.com>; Jerry Mattys <jmattys@tactilemedical.com>
**Subject:** QBR Preparation
**Importance:** High

Team,
Had a chance to catch up with Jerry last week.  Relative to QBR, and in view of limited time, he asked that we not spend much time talking about 2019 success (we all know how great it was has been).  Rather he requested that each of you present the following covering your Area or Region.  Please do not consolidate your issues across regions nor delegate this request.  Rather, collaborate with your managers to insure robust material which represents the Area/Region.  You should have a few slides and plan to deliver it yourself.
Topics as follows:

- 1st Quarter 2020 Forecast (I have provided a template for this purpose).  Suggest that you review current run rates and also comparative data from 4th and 1st quarter 2018 & 19.

- Highest Priorities within your Area or Region in 1st quarter
- Issues or Challenges that are impeding your progress – Area/Region specific
- Solutions - what can be done to address them
    - Leadership required – critical support you will need

I am happy to address questions and/or concerns.
Thanks,
Bryan

**Bryan Rishe**
**Senior Vice President - Sales**

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00110841

**Tactile Medical**
P: 704.292.5283

_____

3701 Wayzata Blvd, Suite 300
Minneapolis, MN 55416 USA

Toll-Free Phone: 866.435.3948
Toll-Free Fax:866.435.3949

www.tactilemedical.com

<image001.jpg>

This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from any computer. Thank you.

<Forecast - Q1-2020.xlsx>

Confidential - Subject to Protective Order

Confidential – Subject to protective order in Mart v. Tactile Systems Technology, Inc., et al.

TACTILE_SECLIT_00110842