UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TACTILE SYSTEMS TECHNOLOGY, INC., et al., )<br><br>Defendants. ) | Civ. No. 0:20-cv-02074-NEB-BRT<br><br>CLASS ACTION<br><br>STATEMENT OF FILING UNDER TEMPORARY SEAL PURSUANT TO D. MINN. L.R. 5.6(d)(1)(A)(ii) |

4870-5577-8866.v1

Lead Plaintiff St. Clair Employees' Retirement System submits the following Statement of Filing Under Temporary Seal pursuant to D. Minn. Local Rule 5.6(d)(1)(A)(ii). Lead Plaintiff submits Exhibits 5, 10, 15-29 to the Declaration of Ashley M. Price in Support of Lead Plaintiff's Motion to Compel the Production of Documents in their entirety under temporary seal, as the entirety of each document has been designated "Confidential" by Defendants pursuant to the Order on Stipulation for Protective Order signed by United States Magistrate Judge Thorson in the above-referenced action.  ECFs 93, 97.

DATED:  September 9, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD
(admitted *pro hac vice*)
ASHLEY M. PRICE
(admitted *pro hac vice*)
NICOLE Q. GILLILAND
(admitted *pro hac vice*)
JOSEPH J. TULL
(admitted *pro hac vice*)


                    s/ Ashley M. Price
                   ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
aprice@rgrdlaw.com
ngilliland@rgrdlaw.com
jtull@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

ZIMMERMAN REED LLP
CAROLYN G. ANDERSON, MN 275712
JUNE P. HOIDAL, MN 033330X
BEHDAD C. SADEGHI, MN 393374
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

Local Counsel

HAGENS BERMAN SOBOL SHAPIRO LLP
REED R. KATHREIN
LUCAS E. GILMORE
(admitted *pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  510/725-3000
510/725-3001 (fax)
reed@hbsslaw.com
lucasg@hbsslaw.com

- 2 -

4870-5577-8866.v1

- 3 -

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com

Counsel for Plaintiff Brian Mart

4870-5577-8866.v1