**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civ. No. 0:20-cv-2074-NEB-BRT |
| Plaintiff, ) ) | |
| vs. ) ) | |
| TACTILE SYSTEMS TECHNOLOGY, INC., et al., ) ) ) | |
| Defendants. ) ) | |

**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Matthew Kilby, certify that Defendants' Opposition to Plaintiff's Motion to Compel Discovery complies with the requirements of Local Rule 7.1(f) and 7.1(h), as well as the Court's September 13, 2022 order increasing Defendants' word-count limit. (Dkt. 132.) I certify that the Memorandum of Law contains a total of 11,597 words, exclusive of the caption and signature block.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count.

Date:  September 21, 2022.

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Matt Kilby

Matthew Kilby (#0335083)
Rory F. Collins (#0397415)
Anderson Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

*Attorneys for Defendants Tactile Systems Technology, Inc., Gerald Mattys, Lynn Blake, Brent Moen, Robert Folkes, and Bryan Rishe*

2