# Exhibit C

**From:** Kilby, Matthew
**To:** Ashley Price; Wildung, Wendy J.; Collins, Rory F.; Tuggle, Anderson C.
**Cc:** Jessica Shinnefield; Nicole Gilliland; Joseph Tull; June Hoidal; Anna E. Jenks; Mara Waligurski
**Subject:** RE: Mart v. Tactile Systems - custodians for ESI searching
**Date:** Friday, June 24, 2022 8:02:33 AM

Ashley,

Below is a list of 12 document custodians who we propose for purposes of running searches to locate potentially responsive ESI in this matter.  Following that is a list, for informational purposes, of the custodians we understand were searched in connection with the document production made in the qui tam case.

**Proposed custodians for ESI searches in Mart**
1. Blake, Lynn
2. Casey, Alex
3. Folkes, Robert
4. Hansen, Jill
5. Hoy, Sunday
6. Mattys, Gerald
7. Moen, Brent
8. Oberle, Julie
9. O'Donnell, Thomas
10. Rishe, Bryan
11. Weaver, Kristen
12. Wennen, Darren

**Custodians searched in connection with the qui tam production**
1. Brannon, Jeremy
2. Calderon, Ruben
3. Cannon, Brittany
4. Ebner, Kelsey
5. Duncan, Katie
6. Gast, Dustin
7. Gavegan, Alyssa
8. Gorham, Jackie
9. Harrison, Jack
10. Haspert, Lynn
11. Henderson, Clint
12. Hertel, Parker
13. Hoy, Sunday
14. Killian, Daniel
15. Love, Taylor
16. McArther, Brooke
17. Metcalf, Katherine
18. Middlebrook, Michael

19. Moreland, Danny
20. Mosbek, Megan
21. Peters, Katie
22. Rishe, Bryan
23. Smith, Alexis
24. Smith, Forrest
25. Smith, Victoria
26. Thompson, Maggie
27. Weaver, Kristen
28. Wennen, Darren
29. Wilde, Adam
30. O'Donnell, Tom

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Tuesday, June 21, 2022 9:54 PM
**To:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Wildung, Wendy J. <wendy.wildung@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks <Anna.Jenks@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>
**Subject:** RE: Mart v. Tactile Systems - Draft Joint Agenda

**This Message originated outside your organization.**

---

Matt –

We are attaching a redline reflecting our edits to the joint agenda.  Please confirm that you have no further edits and that we have your authorization to file.

Regards,

Ashley

---

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Tuesday, June 21, 2022 3:45 PM
**To:** Ashley Price <APrice@rgrdlaw.com>; Wildung, Wendy J. <wendy.wildung@faegredrinker.com>;
Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C.
<anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>;
Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks
<Anna.Jenks@zimmreed.com>
**Subject:** RE: Mart v. Tactile Systems - Draft Joint Agenda

EXTERNAL SENDER
Ashley,
I am attaching our edits to your draft.  Please let us know if you have any further edits.


Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

**+1 612 766 7550 direct**

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Friday, June 17, 2022 5:43 PM
**To:** Wildung, Wendy J. <wendy.wildung@faegredrinker.com>; Kilby, Matthew
<matthew.kilby@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle,
Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>;
Joseph Tull <JTull@rgrdlaw.com>; June Hoidal <June.Hoidal@zimmreed.com>; Anna E. Jenks
<Anna.Jenks@zimmreed.com>
**Subject:** Mart v. Tactile Systems - Draft Joint Agenda


**This Message originated outside your organization.**

---

Counsel –

We attach a draft joint agenda for next week's status conference.  Please provide us your inserts and
any revisions.  We suggest that we file this by the end of the day on June 21 to provide the Court

enough time to review it.

Regards,
Ashley

**Ashley M. Price**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**