# Exhibit D

| | |
|---|---|
| **From:** | Kilby, Matthew |
| **To:** | Ashley Price |
| **Cc:** | Jessica Shinnefield; Nicole Gilliland; Joseph Tull; "June Hoidal"; Collins, Rory F.; Tuggle, Anderson C. |
| **Subject:** | RE: Mart v. Tactile Systems Technology, Inc. et al. |
| **Date:** | Wednesday, July 20, 2022 11:29:26 AM |
| **Attachments:** | Tactile - Custodians and Search Terms for ESI Searches (003).DOCX |

Counsel,

Please confirm by close of business tomorrow Plaintiff's agreement to the attached search parameters for Defendants' ESI collection.

Regards,

**Matthew Kilby**

Partner

matthew.kilby@faegredrinker.com

Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Thursday, July 14, 2022 5:57 PM
**To:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>
**Subject:** Mart v. Tactile Systems Technology, Inc. et al.

**This Message originated outside your organization.**

Counsel:

Please confirm by close of business tomorrow Defendants' agreement to the search parameters for Lead Plaintiff's ESI collection.

Date range:
January 1, 2018 – September 30, 2020.

Custodians:
Tami M. Rumsey, Human Resources – Pension System Administrator
Deborah L. Martin, Chairperson – Board of Trustees

William Herpel Jr., Vice Chairperson – Board of Trustees

<u>Search Terms</u>:
Tactile
TCMD
@tactilemedical.com
Flexitouch
Mattys
Moen
"Lynn Blake"
Folkes
Rishe
VFMS
"Veterans First"
@veteransfirstmedical.com
"Office of Strategic Shorts"
"OSS Research"
"Brian Mart"

Regards,

Ashley


**Ashley M. Price**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    


**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**