# Exhibit E

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| United States *ex rel.* Veterans First Medical Supply, LLC, <br><br>        Relator/Counterclaim Defendant, <br><br> vs. <br><br> Tactile Systems Technology, Inc., <br><br>        Defendant/Counterclaim Plaintiff | Case No. H-18-2871 |

## <u>DECLARATION OF KRISTEN WEAVER</u>

I, Kristen Weaver, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.    I have been employed by Tactile since May 2016 as Director of Marketing Communications. Before joining Tactile, I spent 15 years working at Medtronic.

2.    Oversight of Tactile's medical education program is one of my responsibilities at the company. Tactile's medical education program has changed and grown quite a bit since I began working at the company. When I started, we had only a few physicians engaged as medical education speakers ("key opinion leaders" or "KOLs"). At that time, I did not have oversight of the KOL programs. This was managed by the marketers. Their job was to simply arrange the speakers based on the requests from the field. As the number of requests grew, we hired Megan Mosbek back to Tactile in a newly created position of Medical Education Manager. It was at this time, when the development of this department took shape. Oversight of the KOL program made sense at that time because it dovetailed with the work I did in arranging for Tactile's presence at national physician conferences. Overtime, the KOL program has expanded

1

significantly. It has remained within the scope of my responsibilities even though it is really separate and distinct from the work I do to develop and implement marketing strategies across the company.

3.      When Tactile hired Megan Mosbek, she began to organize the medical education program and developed standard processes for initiating and executing medical education programs. The company also began to track whether or not program attendees increased their use of Tactile devices after participating in a program. This allowed us to better understand how effective the programs were in increasing physician interest and recognition of lymphedema and chronic venous insufficiency and physician adoption of our device as a lymphedema treatment modality.

4.      Tactile sponsors several types of medical education events. Some events involve presentation to a group of clinicians at a seminar. Some events involve speaking at one of the national conferences that vascular surgeons or other physicians attend. Some events involve peer-to-peer education where a Tactile KOL meets with just several (usually 3-4) peer physicians for a more personalized conversation about the disease and use of Tactile's devices that addresses the unique and specific questions and concerns of the guest physicians, though these events are rare.

5.      We have been challenged in the past to recruit top doctors to serve as KOLs because our speaker compensation rate was historically low in comparison with other device companies, and we have been forced recently to increase our rates for some physicians simply in order to keep them signed up as KOLs. For some doctors, it is not worth their while to leave their practice to speak at one of our medical education programs. When recruiting KOLs, we look for clinicians who have strong reputations in their field, who present well, who understand

2

and can educate about lymphedema, and who have some experience with our products. We do not recruit KOLs based on their prescribing patterns or based on a desire to increase orders from a given KOL. Our medical education program is just that – education about the disease state and our devices.

6. I have presented internally several times regarding the overall growth we have seen in the number of Tactile orders from physicians who attended a Tactile medical education program. During these presentations, I sometimes have referred to the "Return on Investment" or "ROI" of Tactile's medical education programs. These phrases relate to the overall increase in Flexitouch orders by program attendees. They have nothing to do with the prescribing practices of our KOLs. We do not track whether our KOLs are changing prescribing practices based on the number of speaking engagements in which they participate. Initially, we began tracking the behavior of our targeted customers (not KOLs) from our "Awareness Campaign," which is a digital marketing strategy used to educate on the diseases of lymphedema and chronic venous insufficiency. Rarely do we promote the Flexitouch in these efforts. From this tracking, we could tell which targets had changed behavior based on engagement with our digital marketing campaign. When Megan Mosbek joined, we applied the same learnings to the KOL programs. We took the cost of the event and measured the change in behavior. As stated, we do NOT pull the behavior of our speakers in any ROI data set—only the participants.

7. I have never heard anyone at Tactile suggest that we use the medical education program to induce or encourage referrals by KOLs, or that we should withhold or provide opportunities to participate in the medical education program based on how often a speaker prescribes Tactile's devices. I have never suggested such an arrangement.

3

8.      Tactile has a strong compliance program and takes a conservative approach to compliance to ensure it always stays on the right side of the line. Sales representatives receive regular training on what is and is not permitted with respect to financial relationships between the company and clinicians. I have never been asked to do anything unethical, unlawful, or inappropriate by the company, and I would not remain at Tactile if such a request was made.

Dated:                          1/25/21         _Kristen Weaver_
                                                Kristen Weaver

4