# EXHIBIT 2

| | |
|---|---|
| **From:** | Ashley Price |
| **To:** | "Kilby, Matthew"; Nicole Gilliland; Jessica Shinnefield; Joseph Tull; Mara Waligurski; "June Hoidal"; Carolyn Anderson; Behdad.Sadeghi@zimmreed.com |
| **Cc:** | Collins, Rory F.; Tuggle, Anderson C. |
| **Subject:** | RE: Mart v. Tactile Systems - Discovery Correspondence |
| **Date:** | Tuesday, August 30, 2022 5:03:53 PM |

Matt –

This is the first that we have heard from Defendants regarding Defendants' Interrogatory No. 1 and Request for Production No. 14 since our letter sent on July 24, 2022.  However, as it appears that Defendants consider the meet-and-confer process concluded on that issue, we will proceed accordingly and seek dates for both motions from the Magistrate.

Regards,

Ashley

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Tuesday, August 30, 2022 11:23 AM
**To:** Ashley Price <APrice@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

EXTERNAL SENDER

Ashley,

First, with respect to discovery motions, please note that Defendants intend to move to compel with respect to their Interrogatory No. 1 and Request for Production No. 14.

Second, since the parties are not using Informal Dispute Resolution, I don't think there will be a telephonic conference in advance of an argument on the motions to compel, unless that is what the Magistrate indicates she would like.  In any event, if you want to call the Court and inquire about available dates and then confer with us, that would work for us.

Thanks,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath** LLP

2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Ashley Price <APrice@rgrdlaw.com>
**Sent:** Monday, August 29, 2022 5:06 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Kilby, Matthew <matthew.kilby@faegredrinker.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence


**This Message originated outside your organization.**

---

Counsel –

Please let us know when you have time tomorrow to jointly contact the Court to obtain a date for the required telephone conference (*see* ECF 110 at 10) and a hearing date for the motion regarding the discovery disputes listed in Nicole's email. We are also happy to call the Court to inquire about available dates and then confer with you.


Regards,
Ashley

---

**From:** Nicole Gilliland <NGilliland@rgrdlaw.com>
**Sent:** Friday, August 26, 2022 5:08 PM
**To:** 'Kilby, Matthew' <matthew.kilby@faegredrinker.com>; Ashley Price <APrice@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

Counsel,

We understand from your August 25, 2022 letter that Defendants are unwilling to participate in the Informal Dispute Resolution process. Accordingly, we will file a motion next week to seek resolution on the following issues:

1. Requests Nos. 2 and 3: conducting adequate searches of the Individual Defendants' custodial files regarding the KOL and contract trainer programs;

- 2.  Requests Nos. 2(f) and 7: conducting adequate searches of Tactile's centralized data systems and the custodial files for the Individual Defendants, Larsen, Weaver, and Wennen;
- 3. Request No. 9: including the area sales directors as custodians;
- 4. Request No. 11: producing the VA and Government Accounts Managers' and area sales directors' performance evaluations; and
- 5. Requests Nos. 14, 15, 18, 19, and 20: conducting Lead Plaintiff's proposed searches.

Regards,
Nicole

---

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Thursday, August 25, 2022 1:15 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

EXTERNAL SENDER
Counsel,
I am attaching a letter.

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Nicole Gilliland <NGilliland@rgrdlaw.com>
**Sent:** Friday, August 19, 2022 6:19 PM
**To:** Collins, Rory F. <rory.collins@faegredrinker.com>; Ashley Price <APrice@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>

**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

**This Message originated outside your organization.**

---

Counsel,

Please see the attached correspondence.

Thank you,
Nicole

---

**From:** Collins, Rory F. <rory.collins@faegredrinker.com>
**Sent:** Friday, August 12, 2022 10:57 AM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Carolyn Anderson <Carolyn.Anderson@zimmreed.com>; Behdad.Sadeghi@zimmreed.com
**Cc:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

EXTERNAL SENDER
Counsel,

Please see the attached correspondence.

Thank you,
Rory

**Rory F. Collins**
Associate
Pronouns: he/him/his
rory.collins@faegredrinker.com
Connect: vCard

+1 612 766 8744 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Nicole Gilliland <NGilliland@rgrdlaw.com>
**Sent:** Wednesday, August 10, 2022 10:17 AM
**To:** Kilby, Matthew <matthew.kilby@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

**This Message originated outside your organization.**

Counsel,

The enclosure to Lead Plaintiff's July 29, 2022 letter was inadvertently left out. It is the source for the statement in ¶44 of the Amended Complaint that references a contract trainer's performance assessment. We attach it here.

Regards,
Nicole

**From:** Nicole Gilliland
**Sent:** Friday, July 29, 2022 5:36 PM
**To:** 'Kilby, Matthew' <matthew.kilby@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

Counsel,

Please see the attached correspondence.

Thank you,
Nicole

**From:** Kilby, Matthew <matthew.kilby@faegredrinker.com>
**Sent:** Tuesday, July 19, 2022 4:23 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>

**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'June Hoidal' <June.Hoidal@zimmreed.com>; 'Anna E. Jenks' <Anna.Jenks@zimmreed.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; Tuggle, Anderson C. <anderson.tuggle@faegredrinker.com>
**Subject:** RE: Mart v. Tactile Systems - Discovery Correspondence

EXTERNAL SENDER
Counsel,
I am attaching a letter.

Regards,

**Matthew Kilby**
Partner
matthew.kilby@faegredrinker.com
Connect: vCard

+1 612 766 7550 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**