## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRIAN MART, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TACTILE SYSTEMS TECHNOLOGY, INC., et al,

Defendants.

File No. 0:20-cv-02074-NEB-DTS

## JOINT MOTION TO STAY PROCEEDINGS PENDING CLASS SETTLEMENT APPROVAL

For the reasons that follow, Lead Plaintiff St. Clair County Employees' Retirement System ("Lead Plaintiff") and Defendants Tactile Systems Technology, Inc., Gerald Mattys, Lynn Blake, Brent Moen, Robert Folkes, and Bryan Rishe (collectively, "Defendants"), by and through their respective counsel, hereby move the Court for an order staying discovery and all case deadlines set forth in the Court's Scheduling Order (ECF 110) pending class settlement approval.

WHEREAS, Plaintiff filed the operative class-action complaint on April 19, 2021;

WHEREAS, the Court entered the operative Pretrial Scheduling Order on June 24, 2022 (ECF 110), which set forth various deadlines for discovery and dispositive motion practice;

WHEREAS, the parties have been conducting discovery in accordance with the Court's Scheduling Order;

WHEREAS, the parties held a private mediation on October 18, 2022, and as a result of that mediation and subsequent discussions over the last month, the parties reached a class-wide settlement agreement, subject to the Court's approval under Fed. R. Civ P. 23(e);

WHEREAS, the parties executed a memorandum of understanding on November 20, 2022;

WHEREAS, Plaintiff will move the Court for an order approving the parties' settlement agreement within 45 days of this filing;

WHEREAS, both parties believe a stay of proceedings pending Court approval of the settlement agreement is in the interest of justice and will preserve party and judicial resources;

WHEREAS, in the absence of a stay the parties will expend resources taking depositions and engaging in expert discovery, all of which will be unnecessary if the settlement is approved; and

WHEREAS, this stay is not sought in bad faith or for purposes of delay.

NOW, THEREFORE, the parties jointly request that the Court stay pending case deadlines and grant all other just and appropriate relief.

Date: November 28, 2022

**FAEGRE DRINKER BIDDLE &
REATH LLP**

*/s/ Matt Kilby*

Matthew Kilby (#0335083)
Rory F. Collins (#0397415)
Anderson Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
matthew.kilby@faegredrinker.com
rory.collins@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Attorneys for Defendants*

Date: November 28, 2022

**ROBBINS GELLER RUDMAN & DOWD
LLP**

*/s/ Ashley M. Price*

Jessica T. Shinnefield
Ashley M. Price
Nicole Q. Gilliland
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
jshinnefield@rgrdlaw.com
aprice@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

**ZIMMERMAN REED LLP**
Carolyn G. Anderson (#275712)
June P. Hoidal (#033330X)
Behdad C. Sadeghi (#393374)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Carolyn.Anderson@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

*Local Counsel*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI  48201
Telephone: (313) 578-1200
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein
Lucas E. Gilmore (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
206/623-0594 (fax)
steve@hbsslaw.com

*Counsel for Plaintiff Brian Mart*