**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brian Mart, et al.,

      Plaintiffs,

v.

Tactile Systems Technology, Inc., et al.,

      Defendants.

Case No. 20-cv-2074 (NEB/DTS)

**STAY ORDER**

---

The parties filed a Joint Motion to Stay (Dkt. No. 139) this proceeding. **IT IS HEREBY ORDERED:**

1.     The joint motion is **GRANTED**. All deadlines in this case are stayed until **February 13, 2023**

2.     If a stipulation to dismiss is not filed by February 13, 2023, Plaintiff shall file a letter every 30 days beginning February 14, 2023, to update the Court on the status of class-wide settlement agreement.

Dated: November 29, 2022

                              __s/David T. Schultz_____
                              DAVID T. SCHULTZ
                              U.S. Magistrate Judge