## EXHIBIT INDEX

Exhibit A:    Declaration of Deborah L. Martin in Support of: (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses

Exhibit B:    Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date

Exhibit C:    Declaration of Ashley M. Price Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses

Exhibit D:    Declaration of June P. Hoidal Filed on Behalf of Zimmerman Reed LLP in Support of Application for Award of Attorneys' Fees and Expenses

Exhibit E:    Declaration of Lucas E. Gilmore Filed on Behalf of Hagens Berman Sobol Shapiro LLP in Support of Application for Award of Attorneys' Fees and Expenses